# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| JOHN EASTMAN | ) | 3:15-mj-_____ (JGM) |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 12, 2012 to Nov. 10, 2012  in the county of  New Haven  in the  _____  District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Persuading, inducing, coercing and enticing a minor to engage in unlawful sexual activity, and attempting to do the same. |
| 18 U.S.C. § 2252A(a)(5)(b) | Possession of child pornography |

This criminal complaint is based on these facts:
See Attached Affidavit of DHS/HSI Special Agent Allison M. Haimila

☑ Continued on the attached sheet.

_____
Complainant's signature

Allison M. Haimila, Special Agent, DHS/HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/12/15

/s/ Joan G. Margolis
Judge's signature

City and state:  New Haven, Connecticut    Hon. Joan G. Margolis, USMJ
Printed name and title