THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, BRIDGEPORT CORRECTIONAL CENTER, BRIDGEPORT, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, ANY OF HIS PROPER DEPUTIES, OR FEDERAL LAW ENFORCEMENT OFFICERS

G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, any of his proper deputies, or Federal Law Enforcement Officers the body of John Eastman (CT Inmate # 181388) now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, any of his proper deputies, or Federal Law Enforcement Officer may have the said John Eastman before the United States District Court, District of Connecticut, at the United States Courthouse, 141 Church Street, New Haven, Connecticut, on February 20, 2015 at 2:30 p.m., or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said John Eastman for violations of 18 U.S.C. §§ 2422(b) (sexual enticement or coercion of a minor) and 2252A(a)(5)(B) (possession of child pornography), and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, any of his proper deputies, or Federal Law Enforcement Officers shall return the said John Eastman to the Warden, Bridgeport Correctional Center, Bridgeport, Connecticut, for safe and secure conduct.

_____
CLERK, UNITED STATES DISTRICT COURT

The foregoing Writ is hereby allowed.
Dated at New Haven, Connecticut,
this 13th day of February, 2015.

_____/s/_____
HONORABLE JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:15-mj-21 (JGM) |
| v. | : | |
| JOHN EASTMAN | : | February 13, 2015 |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Neeraj N. Patel, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On February 20, 2015 at 2:30 p.m., there will come before the Honorable Joan G. Margolis, United States Magistrate Judge, at the United States District Court, 141 Church Street, New Haven, Connecticut, the criminal case of United States v. John Eastman, Criminal Number 3:15-mj-21 (JGM), for an initial appearance.

2. That the above named John Eastman (CT Inmate # 181388), is charged in a criminal complaint with violations of 18 U.S.C. § 2422(b) (sexual enticement or coercion of a minor) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

3. That the said John Eastman is now confined at the Bridgeport Correctional Center, Bridgeport, Connecticut, awaiting trial in a state case.

4. That the said John Eastman be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offenses, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Bridgeport Correctional Center, Bridgeport, Connecticut, and the United States Marshal for the District of Connecticut, any of his proper deputies or Federal Law Enforcement Officers, ordering them to produce the said John Eastman (CT Inmate # 181388) on February 20, 2015 at 2:30 p.m., at the United States Courthouse, 141 Church Street, New Haven, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. Phv04499
157 Church Street, 25th Floor
New Haven, Connecticut 06510
Tel: (203) 821-3700
Fax: (203) 773-5376
Email: neeraj.patel@usdoj.gov