UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  3:15-mj-21(JGM) |
| v. | : | |
| | : | |
| JOHN EASTMAN | : | February 23, 2015 |

## NOTICE OF APPEARANCE

    To the Clerk of this Court and all parties of record:  Enter my appearance as counsel in this case for the United States of America.

Date: February 23, 2015

    Respectfully submitted,

    DEIRDRE M. DALY
    UNITED STATES ATTORNEY


    /s/ Neeraj N. Patel
    NEERAJ N. PATEL
    ASSISTANT U.S. ATTORNEY
    Federal Bar No. phv04499
    157 Church Street, 25th Floor
    New Haven, CT  06510
    Tel.:   (203) 821-3700
    Fax:   (203) 773-5376
    Email: neeraj.patel@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2015, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Neeraj N. Patel
      Neeraj N. Patel
      Assistant United States Attorney