IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
                                        :
UNITED STATES OF AMERICA                :      3:15 MJ 21 (JGM)
                                        :
v.                                      :
                                        :      DATE: FEBRUARY 20, 2015
JOHN EASTMAN                            :               :
-----------------------------------------------------x
```

<u>ORDER OF DETENTION</u>

     In that defendant already is in state custody, by agreement of counsel, the Government's Motion for Detention is <u>granted</u>, without prejudice to defendant filing a Motion for Reconsideration, **with prior notification to the U.S. Probation Office**, if and when his release from state custody appears imminent.

     Dated at New Haven, Connecticut, this 20th day of February, 2015.


              <u>/s/ Joan G. Margolis, USMJ</u>
              Joan G. Margolis
              U.S. Magistrate Judge