UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :

v. : CASE NO. **3:15mj21 (JGM)**

**John Eastman** :

### APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT OF 1964

The defendant has sworn under oath or affirmed as to his/her financial inability to employ counsel and has expressed the desire that counsel be provided by the Court to represent him/her, pursuant to the provisions of the Criminal Justice Act of 1964 as amended.

The Office of the Federal Public Defender is appointed to represent the defendant and has been notified of this appointment.

It is so ordered.

Dated on __2/20/15__ at __New Haven, CT__.

/s/ Joan G. Margolis, USMJ
**United States Magistrate Judge**

cc:  Federal Public Defender

Rev.8/2011