UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.  3:15MJ21 (JGM) |
| JOHN EASTMAN | : | March 5, 2015 |

### UNOPPOSED MOTION TO CONTINUE PROBABLE CAUSE HEARING

The defendant, Mr. John Eastman, moves to continue the probable cause hearing in this case currently scheduled for March 6, 2015 for approximately 60 days to May 6, 2015.

This is Mr. Eastman's first request for a continuance.

The parties are engaged in discussions that may obviate the need for a hearing.

Mr. Eastman is currently incarcerated in state custody.  Undersigned counsel verbally discussed this motion with Mr. Eastman, and Mr. Eastman orally agreed to waive his right to a preliminary hearing and speedy indictment for 60 days.  A written waiver will be obtained and filed no later than the week of March 9, 2015.

Assistant United States Attorney Neeraj Patel does not oppose the continuance.

Respectfully submitted,

THE DEFENDANT,
John Eastman

FEDERAL DEFENDER OFFICE

Dated: March 5, 2015        /s/ Kelly M. Barrett
Kelly M. Barrett
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct27410
Email: kelly_barrett@fd.org

- 2 -

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 5, 2015, a copy of the foregoing Unopposed Motion To Continue Probable Cause Hearing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  /s/ Kelly M. Barrett
                                  Kelly M. Barrett