UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :

         vs.               :      CRIMINAL NO.  3:15MJ21(JGM)

JOHN EASTMAN             :      March 9, 2015

## NOTICE OF WAIVER OF RIGHTS TO PRELIMINARY HEARING

     The defendant, Mr. John Eastman, hereby waives until May 6, 2015, his rights to a preliminary hearing under Rule 5(C) of the Federal Rules of Criminal Procedure and his right to a speedy indictment under the Speedy Trial Act, 18 U.S.C. Sec. 3161(B).

                     Respectfully submitted,

                     The Defendant,
                     John Eastman

                     OFFICE OF THE FEDERAL DEFENDER

Dated: March 9, 2015                   Kelly M. Barrett
                     Asst. Federal Defender
                     265 Church Street, Suite 702
                     New Haven, CT 06510
                     Bar No. ct27410
                     (860) 498-4200
                     Email: kelly_barrett@fd.org

     I have read the above waiver which has been explained to me by my attorney.  I agree to waive my rights to a preliminary hearing and a speedy indictment until May 6, 2015.

John Eastman                   Date: 3/9/15

Kelly M. Barrett                Date: 3/9/15

- 2 -

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March ___ 2015, a copy of the foregoing Notice of Waiver of Rights to Preliminary Hearing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                /s/ Kelly M. Barrett _____

                Kelly M. Barrett