UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  3:15-mj-21(JGM) |
| v. | : | |
| | : | |
| JOHN EASTMAN | : | March 26, 2015 |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

    Pursuant to 18 U.S.C. § 3509(d)(3) and Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the Government respectfully moves the Court for the entry of a protective order governing the handling of certain sensitive materials in this case.  Specifically, the Government respectfully requests that the Court enter an order: (1) protecting the identity of any minor victim and witness in this case from public disclosure; and (2) protecting discovery material that is otherwise sensitive in nature.  A proposed protective order is attached to the Government's Memorandum in Support of its Motion for a Protective Order, filed along with this motion.  Counsel for the Government has conferred with defense counsel, Assistant Federal Defender Kelly M. Barrett, who has no objection to this motion and the proposed protective order.

                Respectfully submitted,

                DEIDRE M. DALY
                UNITED STATES ATTORNEY

                /s/ Neeraj N. Patel
                NEERAJ N. PATEL
                ASSISTANT UNITED STATES ATTORNEY
                Federal Bar No. phv04499
                157 Church Street, 25th Floor
                New Haven, CT  06510
                Tel.:   (203) 821-3700
                Fax:   (203) 773-5376
                Email: neeraj.patel@usdoj.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 26, 2015, a copy of the foregoing Motion for Protective Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            /s/ Neeraj N. Patel
            Neeraj N. Patel
            Assistant United States Attorney