UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  3:15-mj-21(JGM) |
| v. | : | |
| | : | |
| JOHN EASTMAN | : | _____, 2015 |

**PROTECTIVE ORDER**

　　　　IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3509(d)(3) and Rule 16(d)(1) of the Federal Rules of Criminal Procedure, that up until the time of trial, the parties are not to disclose in any public filings or in open court the names of any alleged minor victim or witness in this case, and instead, shall utilize the minor's initials, the terms "Minor Victim" ("MV") or "Minor Witness" ("MW"), or some other measure to protect the minor's identity from public disclosure;

　　　　IT IS FURTHER ORDERED, that up until the time of trial, the parties are not to disclose in any public filings or in open court the email addresses or online screen names (for Skype, Facebook, Twitter, or any other online service or social media) of any alleged minor victim or witness in this case, and instead, shall make appropriate redactions or utilize some other measure to protect the minor's email address or online screen name from public disclosure;

　　　　IT IS FURTHER ORDERED THAT copies of any transcripts, any law enforcement reports or memoranda referencing any child victim or witness (because they identify and/or depict the child witness and also involve discussions of the sexual exploitation that he/she allegedly suffered), and any other discovery material referencing, identifying or depicting any child victim or witness, may be viewed by the defendant in the presence of members of the defense team (counsel, paralegals, investigators, experts, litigation support personnel and secretarial staff), will not be provided to the defendant and will remain at all times in the control

1

and custody of defense counsel or those individuals directly working on the defense team (paralegals, investigators, experts, litigation support personnel and secretarial staff);

IT IS FURTHER ORDERED THAT, except as permitted by this Order, or other court order, defense counsel shall not disclose any transcripts, statements, images, videos, law enforcement reports or memoranda of interview, or any other discovery material, or the contents thereof, except that, for the sole purpose of preparing for trial:

a. defense counsel may show such material to the defendant;

b. defense counsel can show any prospective witness his/her own transcript, statement, memoranda, image, or video, but may not show these materials to any other witness (except as provided in paragraphs (a) and (d));

c. defense counsel may provide any prospective witness with a copy of his or her own testimony or statement;

d. defense counsel may permit secretaries, clerical workers, paralegals, investigators hired by defense counsel, and experts retained to assist in the preparation of this case for trial to view the transcripts, statements, reports, memoranda, images, videos, and other discovery material solely for the purpose of assisting counsel to prepare for the trial of this case.

IT IS FURTHER ORDERED THAT, except as permitted by this Order, each witness or potential witness to whom transcripts, statements, reports, memoranda, images, videos, or other discovery material have been shown or their contents disclosed pursuant to this Order, shall not discuss with or disclose the contents thereof to anyone other than (a) members of the defense team (counsel, paralegals, investigators, litigation support personnel, experts retained by defense counsel, or secretarial staff) who disclosed such materials or (b) the witness's counsel, who shall not be permitted to further disclose such material;

IT IS FURTHER ORDERED THAT defense counsel shall take appropriate measures to ensure that each person to whom the defense discloses material covered by this Order, including counsel's representatives and employees, is provided with a copy of this protective order and understands the limited purpose for which the material is being disclosed and the prohibition against further dissemination;

IT IS FURTHER ORDERED THAT any notes or recorded notations of any kind that defense counsel, their secretaries, clerical workers, paralegals, investigators, or experts may make relating to the contents of the transcripts, statements, reports, memoranda, images, videos, or other discovery material shall not be shown to anyone except their own client, and then only for the sole purpose of the defense of the charges in this case, and all members of the defense team shall maintain the confidentiality of these materials pursuant to the terms of this Order after this case is disposed of by trial, appeal, if any, or other resolution of the charges against the defendant;

IT IS FURTHER ORDERED THAT all transcripts, statements, reports, memoranda, images, videos, and other discovery material will remain in the custody and control of defense counsel or their staff (paralegals, investigators, experts, litigation support personnel and secretarial staff) at all times;

IT IS FURTHER ORDERED THAT all transcripts, statements, reports, memoranda, images, videos, or other discovery material disclosed pursuant to this Order and all copies thereof shall either be promptly destroyed or returned to the government after this case is disposed of by final, non-appealable judgment or other resolution of the charges against the defendant;

IT IS FURTHER ORDERED THAT, in the event the terms of this Order are violated, defense counsel shall advise opposing counsel immediately of the nature and circumstances of such violation;

IT IS FURTHER ORDERED THAT nothing contained in this Order shall restrict or prevent any party from using any materials at trial to the extent otherwise permitted by law or restrict or prevent any party from citing any materials in court papers filed in this case, provided such filings are made under seal where appropriate;

IT IS FURTHER ORDERED THAT nothing in this Order shall preclude the government or the defendant from seeking a further protective order pursuant to Rule 16(d) as to particular items of discovery material; and

FINALLY, IT IS ORDERED THAT this Order is entered without prejudice to either party's right to seek a revision of the Order by appropriate motion to the Court.

SO ORDERED this ____ day of _____, 2015, at New Haven, Connecticut.

_____
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE