UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:15MJ21 (JGM) |
| JOHN EASTMAN | : | April 27, 2015 |

## UNOPPOSED MOTION TO CONTINUE PROBABLE CAUSE HEARING

The defendant, Mr. John Eastman, moves to continue the probable cause hearing in this case currently scheduled for May 6, 2015 for approximately 60 days to July 6, 2015.

This is Mr. Eastman's second request for a continuance.

The parties are engaged in discussions that may obviate the need for a hearing.

Mr. Eastman has agreed to waive his right to a preliminary hearing and speedy indictment for 60 days. A signed, written waiver is attached to this motion.

Assistant United States Attorney Neeraj Patel does not oppose the continuance.

                                      Respectfully submitted,

                                      THE DEFENDANT,
                                      John Eastman

                                      FEDERAL DEFENDER OFFICE

Dated: April 27, 2015                    /s/ Kelly M. Barrett
                                      Kelly M. Barrett
                                      Assistant Federal Defender
                                      265 Church Street, Suite 702
                                      New Haven, CT 06510
                                      Phone: (203) 498-4200
                                      Bar No.: ct27410
                                      Email: kelly_barrett@fd.org

- 2 -

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 27, 2015, a copy of the foregoing Unopposed Motion To Continue Probable Cause Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/ Kelly M. Barrett
                                                  Kelly M. Barrett