AO 442 (Rev. 11/11) Arrest Warrant

15-15 m 01 (JGM)

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States of America
v.
JOHN EASTMAN

Defendant

Case No. 3:15-mj-21 (JGM)

FILED 2015 JUN 26 AM 9 05

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   JOHN EASTMAN

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

From approximately July 12, 2012 to November 10, 2012, in the District of Connecticut, EASTMAN used and attempted to use a means or facility of interstate commerce to knowingly persuade, induce, coerce or entice a minor female victim to engage in unlawful sexual activity, in violation of 18 U.S.C. § 2422(b), and knowingly possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). More specifically, EASTMAN communicated with minors over the internet via Skype during which he impersonated famous singers and musicians, asked the minors to engage in sexually explicit conduct, took photos and videos of the minors engaged in such conduct, and then saved the depictions on his computer.

Date: 02/12/2015

/s/ Judge Joan G. Margolis
Issuing officer's signature

City and state:  New Haven, Connecticut

Joan G. Margolis, United States Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 2/12/15, and the person was arrested on (date) 2/20/15
at (city and state) New Haven, CT

Date: 3/23/15

Arresting officer's signature

Michael Novak, USMS Warrant Coord.
Printed name and title