UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.  3:15MJ21 (JGM) |
| JOHN EASTMAN | : | September 28, 2015 |

**UNOPPOSED MOTION TO CONTINUE PROBABLE CAUSE HEARING**

The defendant, Mr. John Eastman, moves to continue the probable cause hearing in this case currently scheduled for October 6, 2015 for approximately 90 days to January 6, 2016.

This is Mr. Eastman's fourth request for a continuance.

The parties are engaged in discussions that may obviate the need for a hearing.

Mr. Eastman has agreed to waive his right to a preliminary hearing and speedy indictment for 90 days.  A signed, written waiver is attached to this motion.

Assistant United States Attorney Neeraj Patel does not oppose the continuance.

        Respectfully submitted,

        THE DEFENDANT,
        John Eastman

        FEDERAL DEFENDER OFFICE

Dated: September 28, 2015        /s/ Kelly M. Barrett
        Kelly M. Barrett
        Assistant Federal Defender
        265 Church Street, Suite 702
        New Haven, CT 06510
        Phone: (203) 498-4200
        Bar No.: ct27410
        Email: kelly_barrett@fd.org

- 2 -

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 28, 2015, a copy of the foregoing Unopposed Motion To Continue Probable Cause Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Kelly M. Barrett  
                                      Kelly M. Barrett