UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:15MJ21(JGM) |
| JOHN EASTMAN | : | September 28, 2015 |

### NOTICE OF WAIVER OF RIGHTS TO PRELIMINARY HEARING

The defendant, Mr. John Eastman, hereby waives until January 6, 2016, his rights to a preliminary hearing under Rule 5(C) of the Federal Rules of Criminal Procedure and his right to a speedy indictment under the Speedy Trial Act, 18 U.S.C. Sec. 3161(B).

Respectfully submitted,

The Defendant,
John Eastman

OFFICE OF THE FEDERAL DEFENDER

Dated: September 28, 2015

Kelly M. Barrett
Asst. Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Bar No. ct27410
(860) 498-4200
Email: kelly_barrett@fd.org

I have read the above waiver which has been explained to me by my attorney. I agree to waive my rights to a preliminary hearing and a speedy indictment until January 6, 2016.

John Eastman                                                        Date: 9/25/15

Kelly M. Barrett                                                     Date: 9/25/15

- 2 -
CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 28, 2015, a copy of the foregoing Notice of Waiver of Rights to Preliminary Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                              /s/ Kelly M. Barrett
                                              Kelly M. Barrett