UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.  3:15MJ21 (JGM) |
| JOHN EASTMAN | : | December 22, 2015 |

**UNOPPOSED MOTION TO CONTINUE PROBABLE CAUSE HEARING**

The defendant, Mr. John Eastman, moves to continue the probable cause hearing in this case currently scheduled for January 6, 2016 for approximately 30 days to February 6, 2016.

This is Mr. Eastman's fifh request for a continuance.

The parties are engaged in discussions that may obviate the need for a hearing.

Mr. Eastman has agreed to waive his right to a preliminary hearing and speedy indictment for 60 days.  A signed, written waiver is attached to this motion.

Assistant United States Attorney Neeraj Patel does not oppose the continuance.

    Respectfully submitted,

    THE DEFENDANT,
    John Eastman

    FEDERAL DEFENDER OFFICE

Dated: December 22, 2015    /s/ Kelly M. Barrett
    Kelly M. Barrett
    Assistant Federal Defender
    265 Church Street, Suite 702
    New Haven, CT 06510
    Phone: (203) 498-4200
    Bar No.: ct27410
    Email: kelly_barrett@fd.org

- 2 -

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 22, 2015, a copy of the foregoing Unopposed Motion To Continue Probable Cause Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kelly M. Barrett
Kelly M. Barrett