UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ELECTRONIC FILING ORDER IN CRIMINAL CASES**

The parties shall file all documents in this case electronically. Counsel must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Documents filed electronically must be filed in OCR text searchable PDF format.

3. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide chambers with one paper copy of the following e-filed documents:

    **All pleadings (including briefs and exhibits) relating to the following**:

    a. Motions to dismiss;

    b. Motions to suppress;

    c. Motions to modify presentence reports;

    d. Requested jury instructions;

    e. Trial briefs; and

    f. Any other filing that is in excess of 15 pages.

IT IS SO ORDERED,

/s/ Michael P. Shea
Michael P. Shea
United States District Judge

Rev 3/1/13

**UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT**

**NOTICE REGARDING DESIGNATION OF CASE INTO ELECTRONIC FILING SYSTEM AND ELECTRONIC FILING OF PAPERS**

Effective **January 1, 2013**, all **criminal** cases assigned to the **Hon. Michael P. Shea** are designated as electronically filed ("e-filed") cases, subject to the enclosed Electronic Filing Order. All pleadings will be required to be filed electronically. Counsel are hereby notified that the procedures contained in the District's CM/ECF Policies and Procedures Manual as well as Judge Shea's Electronic Filing Order apply. All activity in the case (e.g., pleadings, orders, notices and calendars) will be filed/sent electronically from that date forward.

Any requests for an exemption to such designation must be filed **within 10 days of appearing** and will be considered for good cause hardship reasons only. If counsel believe that this case should not be designated as an e-filed case, or if doing so would present an undue burden on counsel or the parties, you must advise the court of the same by filing a pleading seeking to be exempt. **(Such a request may be filed non-electronically.)**

Attorneys are advised to participate in the training program offered by the Clerk's Office or to use the CM/ECF Tutorial on our website (www.ctd.uscourts.gov/cmecf) to become familiar with the system. Counsel, if not already registered, are required to submit a registration request and obtain an electronic filing login and password from the Clerk's Office. The registration forms and electronic filing policies are available on the court's website at www.ctd.uscourts.gov/cmecf.

FOR THE COURT
ROBIN D. TABORA, CLERK