**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:16CR006(MPS) |
| JOHN EASTMAN | : January 22, 2016 |

**MOTION TO SUPPRESS PHYSICAL EVIDENCE AND STATEMENTS**

The Defendant, Mr. John Eastman, is charged with Possession of Child Pornography and Coercion/Enticement, in violation of 18 U.S.C. §§ 2242(b) and 2252(A)(5)(B). He hereby moves pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C) to suppress all physical evidence seized from 157 Congress Avenue, Waterbury, Connecticut on November 10, 2012, as well as certain statements he allegedly made that day to law enforcement officers. The evidence seizure violated Mr. Eastman's Fourth Amendment rights under the United States Constitution because (1) officers lacked a warrant to enter the apartment; (2) Mr. Eastman did not consent to a search of the apartment at any time; (3) Mr. Eastman did not consent to a search of the computer at any time; and (4) even if Mr. Eastman had consented, which he did not, his consent was over-ridden by Mrs. Eastman's refusal to consent. Moreover, certain statements that Mr. Eastman purportedly made to law enforcement officers constituted custodial interrogation for which Mr. Eastman was never Mirandized and therefore must be suppressed pursuant to the Fifth Amendment. This motion is based upon the memorandum of law attached, affidavits and expert report attached, evidence to be adduced at an evidentiary hearing, post-hearing proposed findings of fact and conclusions of law, and oral argument.

1

      AN EVIDENTIARY HEARING IS REQUESTED.

                              Respectfully submitted,

                              THE DEFENDANT,
                              John Eastman

                              OFFICE OF THE FEDERAL DEFENDER

Dated: January 22, 2016          /s/ Kelly M. Barrett
                              Kelly M. Barrett
                              Assistant Federal Defender
                              265 Church Street, Suite 702
                              New Haven, CT 06510
                              Bar No. ct27410
                              Phone: 203-498-4200
                              Fax: 203-498-4207
                              Email: Kelly_barrett@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 22, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                  /s/ Kelly M. Barrett
                                                  Kelly M. Barrett