# EXHIBIT A

# JOHN REZNIKOFF
## QUESTIONED DOCUMENTS



January 11, 2016

To Whom It May Concern:

I have been asked to opine on the purported signatures and initials of John T. Eastman that exist on the following 4 documents (Questioned). The initials and signatures on the 4 questioned documents were compared with signatures and initials, submitted as being known, of John T. Eastman. My findings are included in this report.

Respectfully submitted,

John Reznikoff

2

# John T. Eastman initials and signature review

## I. Four Questioned Documents

Sumbmitted for review are photocopies of the following documents
Q(uestioned)1 "ADVISEMENT OF RIGHTS"
Q(uestioned)2 "Waterbury Police Department Consent to Search Form"
Q(uestioned)3 "Waterbury Police Department Voluntary Statement Rights Form"
Q(uestioned)4 a&b "Waterbury Police Department Voluntary Statement"

The documents are marked at the bottom of each page: Q1,Q2,Q3,Q4 a&b

## II. Fourteen Known Documents

Submitted for review are photocopies and originals submitted as being known signatures or initials of John T. Eastman on the following documents:

K(nown)1 "Printed by Debie John-Radcliffe…"
K(nown)2 "Federal Defender"
K(nown)3 "Authorization Form for Release of Medical Information"
K(nown)4 "Authorization For Release Of Information"
K(nown)5 "Authorization To Release and/or Exchange Information"
K(nown)6 "Authorization to Disclose Health Information"
K(nown)7 a&b "Authorization to Disclose Health Information"
K(nown)8 a&b "Authorization to Release/Disclose Protected Health Information"
K(nown)9 "Received Jun 12 2015 Office of the Federal Defender Hartford, Connecticut"
K(nown)10 "Authorization for the Release of Information From the Department of Children and Families"
K(nown)11 "Authorization for Release of Non-Health Information"
K(nown)12 "Social Security Card"
K(nown)13  "Sears Receipt"
K(nown)14 "Change of Address card" (DMV)

The documents are marked at the bottom of each page:
K1,K2,K3,K4,K5,K6,K7 a&b,K8 a&b,K9,K10,K11,K12,K13,K14

### III. Findings

Of the fourteen documents submitted as containing known signatures and or initials that I examined for this report, thirteen are original and not photocopies. It is also important to note that of the fourteen documents presented for review, four predate Mr. Eastman's arrest in this pending case are therefore examples that represent his signature unrelated to or influenced by the threat of litigation. These four submitted known signatures are K1,K12,K13,K14. Additionally the aforementioned four signatures that predate Mr. Eastman's arrest are entirely consistent with those that postdate his arrest.  Photocopies provide a sub-par example of handwriting. In addition, lost for examination are pen speed, pressure, rhythm, as well as a number of other factors.

The questioned and known documents appear after the text of this report along with an exhibit that displays all questioned and known signatures and initials

**In spite of these limitations, in reviewing these documents, it is my opinion that the questioned signatures and initials on documents Q1-Q4, do not share authorship with the submitted known signatures and initials of John T. Eastman on documents K1-K14, to a strong degree of professional certainty.**

The reasons that I have reached this conclusion include but are not limited to the letter formation, line acclimation, neatness and legibility, size of letters, apparent pressure and overall appearance. All documents referred to in this report are reproduced and included in the following pages.

Respectfully submitted,

John Reznikoff

4

# John Reznikoff
# Expert Witness – Questioned Documents and Handwriting

████████████████████████████████

### Expert Witness/Career Highlights

- Expert for the United States Department of Justice in one of the largest civil actions ever filed against the Government, in which the Nixon family sought $210 million in compensation for the taking of his papers. Consulted on authenticity and value, 1998-1999. In a report used in testimony, appraised the archive at $1.5 million, which approximated the June, 2000 settlement of $18 million (accounting for 25 years of compounded interest). Instrumental in saving U.S. Taxpayers $190 million.
- Expert witness on behalf of George Pickett V, involving a dispute concerning the papers and artifacts of Gen. George Pickett of "Pickett's Charge" fame. Testified on authenticity and value. Our client won a verdict approaching seven figures, which matched our appraisal, 1999.
- Aided the New York Grand Jury in securing an indictment and conviction of the perpetrator of a major manuscript fraud in 1998.
- Expert witness for numerous civil and criminal cases, including the Bartlett Tree Company embezzlement case.
- Expert witness for the defense of Historical Documents, Inc. regarding the famous John Paul Getty diaries. Helped in setting the archives value at approximately $2 million. Report was instrumental in causing the Getty family to settle before trial in 1996.
- Worked undercover in a sting operation with postal inspectors to apprehend a postal felon in 1985.
- 2014 – Testified in Federal Court as appraiser and relic and manuscript authenticator. Largely responsible for nearly $7,000,000 verdict against the Country of Venezuela
- 2010 - 2011 - Multiple questioned document cases including testimony and deposition. In one case, testimony in court led to arrest of defendant for forgery.
- 2007-2008 Hired by private individual in handwriting case involving Earthlink with $300,000,000 at dispute
- 2006-Present Hired by State Government as handwriting expert in 3 murder cases, one of them a Death Penalty case.
- Plaintiff's expert witness in Joey Giardello vs. Universal Pictures et al. Evaluated harm caused Giardello by misrepresentation in the hit movie "The Hurricane". Report was instrumental in achieving a major financial settlement.
- Expert witness for Collectors Universe in $10 Million lawsuit.
- 2011 - Authenticated and sold most important Supreme Court item: Justice John McLean's draft for dissenting opinion in Dred Scott case
- Consulted by CNN, ESPN, The Boston Herald, and The St. Petersburg Times, regarding the authenticity of the Ted Williams bio-stasis preservation document. - 2002
- Authenticator and consultant for MastroNet, Inc., a conglomerate of memorabilia auctioneers with an excess of $30 million in annual sales, 2001 - 2008.
- Engaged by The Albert Schweitzer Institute for Humanities to value and market their huge archive of materials to be de-accessioned. Marketed and arranged a sale that grossed a six-figure payment from another institution in 2001.
- Agent and spokesperson for Peggy Davis, owner of moon rock valued at $1 million. Successfully challenged NASA, who seized the artifact, and helped secure its return, 2000.
- Appraised the Johnson family papers, a historically important archive containing multiple letters of Abigail and John Adams, for IRS donation purposes.

- Authenticated and appraised the Hemingway Papers of A.E. Hotchner.
- Authenticated and appraised Hemingway's first book, signed and inscribed to his first wife, on behalf of Jack Hemingway and the Library of Congress.
- Appraised the Charles A. Lindbergh checks which purchased the "Spirit of St. Louis".
- Purchased the largest Presidential bill-signing pen collection in private hands, including pens used by Lincoln, FDR, JFK, and LBJ.
- Purchased and marketed the papers of Constitution signer John Langdon, which realized $700,000.00 in sales in 1997-1998.
- Purchased and marketed the papers of Congressman Neal Smith, Robert Bauman, Albert Quie, Sam Devine and several others, 1995-present.
- Have purchased and marketed dozens of collections in the six and seven figure range.
- 2014 – Authenticated and sold the Sang collection of Signers of the Declaration of Independence for more than $1,000,000
- 2012 - Sold the longest known handwritten letter of Thomas Jefferson - 49 pages
- 2011 - Authenticated and sold important Lincoln archive, priced at $1.6 million.
- 2011 - Authenticated and sold arguably most important Robert E. Lee letter to his brother resigning his U. S. Army commission to take up arms for the Confederacy (Sothebys estimate $400,000 - $600,000)
- 2006-present Expert for the 2nd largest concern of its kind, James Spence Authentication. Only authenticator to opine for both #1 PSA/DNA and # 2 JSA.
- 2006-present Trained with forensic experts on the most advanced document examination machine available the Video Spectral Comparator. Purchased the VSC4plus, not available to the general public, making him the only individual dealer in the trade to employ such a device.
- 2005-present Authenticator and consultant for Bauman Rare Books, Madison Avenue, the largest rare book dealer in the world.
- 2005 Authenticator for the Henry Luhrs collection, a multi-million dollar auction at Heritage Americana, focusing primarily on Abraham Lincoln.
- 2006 First approved authenticator/appraiser for UACC, the largest trade organization in the field. Sole person designated to opine on "Famous figures" at that time, 2006
- Designated authenticator for American and Historical Autographs for the largest and most respected service of its kind, PSA/DNA...the last word in authenticity.
- Authenticator and consultant for R&R Auctions, one of the largest concerns of its kind, 2003-present

## MEDIA

- 2015 – Multiple international media interviews including BBC
- 2014 & 2015 – Featured in two episodes of *Secrets of the Arsenal* on the American Heroes Channel as manuscript and historical expert
- 2014 – Appeared on top investigative show *Inside Edition* as "an expert in historic signatures"
- 2013 – Consulted by CBS News as expert on questioned signatures "Reznikoff...one of the best in the world"
- 2013 - Filmed with National Geographic Channel (NGC) for documentary detailing the Kennedy Assassination
- 2013 - Appeared on Fox TV and ABC TV as "leading document and signature authenticator"
- 2013 - Appeared in *New York Times* Antiques section with photo credit and significant mention concerning the Kennedy Assassination
- 2013 - 2012 - Appeared and featured as an expert on several episodes of VH1's new pop culture show *For What Its Worth*, hosted by Howard Stern sidekick, Gary Dell'Abate (Baba Booey)
- 2013 - 2012 - Provided authenticity opinions for many items on *Pawn Stars*.  Assisted recurring book and manuscript expert

- 2013 - 2012 - Filmed and appeared in two episodes of *History Detectives* on PBS as document examiner - included subjects were Star Spangled Banner and Valley Forge map
- 2011 - Handwriting and relic expert on Charles Lindbergh for a July 2011 episode of *History Detectives*
- 2011 - Hired by The History Channel as handwriting expert for "Custer's Last Man: I Survived Little Big Horn".
- 2011 - Featured on "This American Life" series on NPR Radio, February 2011
- 2010 - Introduced the first-ever YouTube video series on authenticating signatures of famous people
- 2010 - Made worldwide news by purchasing President Barack Obama's Jeep for inventory.
- 2009 - IADA (International Autograph Dealers Association) Person of the Year, 2009
- 2009 - Universal Autograph Collector's Club Names John Reznikoff "Autograph Dealer of the Year" for 2009!
- 2008 Helped Vanity Fair Magazine disprove the claim of an individual posing as President John F. Kennedy's son.
- 2008 Featured in New York Times article
- 2007 Authenticator and consultant and guest on "History Detectives", a PBS television program.
- 2007 Authenticator and consultant and guest on "History Detectives", a PBS television program.

## Publications

- Contributing editor of Autograph Collector. Authored dozens of articles from 1995-2009.
- Authored complete chapters in The Sanders Price Guide to Autographs, both third, fourth and seventh editions in 1994, 1996 and 2009 on the subject of authentication.
- Authored numerous articles in Manuscripts, Pen and Quill, Linn's, American Philatelist and other trade publications from 1985-present.
- Appeared on Good Morning, America, Extra, Court TV and other television media 1985-present.
- Appeared on hundreds of radio stations worldwide, currently host of What's It Worth? on WICC radio.
- Have appeared in hundreds of publications worldwide including The New York Times, Smithsonian, Millionaire, and Newsweek from 1980-present.
- Have lectured extensively on manuscripts to various groups from 1985-present.
- Have Guinness Book of World's Records entry for related field.

## Associations

- UACC Board of Directors Member, 2012 - present.
- President of the International Autograph Dealers Association, 2001-2002.
- Vice President of the International Autograph Dealers Association, 1998-2000.
- Recipient of the Mary A. Benjamin Outstanding Achievement Award for Establishing the IACC/DA Authenticating Service, 1999
- Conceived and founded the Professional Autographs Dealers Association. Past Vice-President 1993-1997.
- (candidate), New England Association of Appraisers
- Charter member of the Universal Autograph Collectors Club.
- Member, American College of Forensic Examiners.
- One of the select few in the industry to be chosen as a Sotheby's Associate for Internet

Auctions, 1999-2002.

**Education**

- Fordham University, double major of political science and anthropology, 1978-1981

## ADVISEMENT OF RIGHTS

Q-6688

The Constitution requires that I advise you of your rights:

1. You have the right to remain silent. If you talk to any police officer, anything you say can and will be used against you in court.

2. You have the right to consult with an attorney before you are questioned, and you may have him/her with you during questioning.

3. If you cannot afford a lawyer, one will be appointed for you, if you wish, before any questioning.

4. If you wish to answer questions, you can stop answering at any time.

5. You may stop answering at any time if you wish to talk to an attorney, and you may have him/her with you during any questioning.

6. If you are a juvenile (under age 16), a parent or guardian must be present during any admission, confession or statement (written or oral).

Do you understand these rights?   Yes / No

Do you wish to give up these rights and answer my questions?   Yes / No

Signature: _____

Date: _____   Time: _____

Officer's Signature: _____   ID# _____

Q1

Waterbury Police Department
Waterbury, Connecticut
Standard Form Number P-20
Revised 04/08

# Waterbury Police Department
## Consent to Search Form

CASE NUMBER: _12-66882_          TYPE OF INCIDENT: _Offense Against Children_

The Waterbury Police Department requests your permission to search/obtain _HP desk top_ _Computer_

_which is located at: 157 Congress Ave. 3rd Floor Wtby, CT_

    *Under existing circumstances, the law requires that the Waterbury Police Department either make the search on authority of a Search Warrant or, in the absence of a Search Warrant, that the Waterbury Police Department conduct the search with your voluntary consent. The Waterbury Police Department wants to inform you that you have the right to require that no search be conducted without a search warrant, but you may also waive that right, if you so desire, by giving the Waterbury Police Department your permission to conduct the search. In the event that items of evidence are collected, said items may be subject to forensic analysis.*

    *I have read and understood the above disclosure:* _JE_ *(initial of person giving consent)*

    **Do you freely and voluntarily give permission to the Waterbury Police Department to search/obtain:** _HP desktop computer_,

**which is located at:** _157 Congress Ave. 3rd Floor Wtby, CT_ ?

☒ Yes  ☐ No  _JE_ **(initial of person)**

Have any promises been made to you, or have you been pressured or coerced to consent to this search?

☐ Yes  ☒ No  _JE_ **(initial of person)**

Signature of Person Giving Consent: _____

Printed Name of Person Giving Consent: _John J. Eastman_

DATE: _11/10/12_  TIME: _7:40 pm_  LOCATION: _255 E Main St Wtby_

WITNESSES OR OFFICERS: _Det. J. Phillips #500_          PARENT/LEGAL GUARDIAN: _____

## Q2

Waterbury Police Department
Waterbury, Connecticut
Standard Form Number P-07
Revised 10/20/08

# Waterbury Police Department
## Voluntary Statement Rights Form

Case Number: <u>2012-066882</u>

The Constitution requires that I inform you of your rights:

You have the right to remain silent. If you talk to any police officer, anything you say can and will be used against you in court. _(initials)_

You have a right to consult with a lawyer before you are questioned, and may have him/her with you during questioning. _(initials)_

If you can not afford a lawyer, one will be appointed for you, if you wish, before any questioning. (   )

If you wish to answer questions, you have the right to stop answering at any time. (   )

You may stop answering at any time if you wish to talk to a lawyer, and may have him/her with you during any further questioning. _(initials)_

If you are a juvenile (under 16), a parent or guardian must be present during any admission, confession, or statement, written or oral. (   )

## WAIVER

Do you understand these rights?  Yes _(✓)_  No (   )
Are you willing to waive (give up) these rights and answer my questions?  Yes _(✓)_  No (   )

| _Officer Signature & ID Number_ | _Signature_ | _11/10/12_ _Date_ | _1932 hrs_ _Time_ |
|---|---|---|---|

La Constitucion de los Estados Unidos requiere que se le informe de sus derechos:

Tiene derecho de permanecer en silencio. Si le habla a cualquier oficial de la policia, cualquier cosa que le diga puede ser usado en corte en su contra. (   )

Tiene derecho de consultar con un abogado antes de ser interrogado y a que el abogado este presente durante el interrogatorio. (   )

Si no tiene dinero para pagar un abogado, la corte le proveera uno, si asi lo desca, antes de cualquir interrogatorio. (   )

Si desea contestar preguntas, tiene derecho de dejar de contestar las preguntas en cualquier momento.(   )

Si desea hablar con un abogado, puede dejar de contestar a las preguntas en cuelquier momento, y el abogado puede permanecer con usted durante el resto del interrogatorio. (   )

Si usted es un menor, (menor de 16 años) uno de sus padres o un guardian tiene que estar presente durante alguna admision, confesion, o declaracion, escrita o oral, que usted haga. (   )

## RENUNCIA DE DERECHOS

Entiende estos derechos?  Si (   )  No (   )
Esta dispuesto a renunciar estos derechos y contestar mis preguntas?  Si (   )  No (   )

| _Officer Signature & ID Number_ | _Signatura_ | _Fecha_ | _Hora del Dia_ |
|---|---|---|---|

Q3

Waterbury Police Department
Waterbury, Connecticut
Standard Form Number P-06
Revised 09/06

# Waterbury Police Department
## Voluntary Statement

Start Date: 11/10/2012 Time: 07:34 PM

CASE No.# : 2012-066882

PLACE STATEMENT TAKEN: 255 East Main St, Waterbury, CT

I, the undersigned, John  Eastman  of 157 Congress  Ave, 3rd floor  Waterbury, CT, Tel.# ▮ ▮▮▮▮ being 45 years of age, born in New Haven, CT on ▮▮▮▮ do hereby make the following statement to Peter Morgan, having first been identified as a Waterbury Police Detective.

John Eastman of 157 Congress Ave. 3rd floor D.O.B. ▮▮▮ am giving this statement under my own free will. I can read and write English, and have completed ten years of schooling and have a GED. Det. Morgan has advised me of my Constitutional Rights and I signed and initialed a card and form agreeing to waive those Rights and speak to him and to give this statement. I have not been threatened to give this statement, nor have I been promised anything in return for it. I know the contents of this statement can be used in court.

   I live with my mother at our apartment and have my own bedroom in the apartment. I have an HP desktop computer in my bedroom that I use to go onto the Internet. I have had this computer for about 5 months, and it has been in my bedroom the entire time. I also have a web cam hooked up to the computer that I use to chat with people on the Internet. I had a laptop computer before that, but it stopped working and I threw it out and bought the one I have now.

   I use the Internet to chat with girls on different web sites. I use the program Skype to chat with girls because you can use the web cam to video chat and see them while chatting. I am sexually  attracted to very petite girls. I like girls that are like 14 years old and have started to develop. Because of this, I made a couple of screen names on Skype that were the names of members of the singing group One Direction. I used their names because I know the names would attract teenage girls to contact me. One of the screen names I used is "stylesharry446@gmail.com". I also have an email address "stylesharry446@gmail.com". I log on to Skype with the screen name and just wait for girls to contact me. When a girl contacts me, I start chatting with them. If they want to see me on the web cam, I will have a You Tube video of the singer from some old video footage ready to play and then point my web cam at the computer screen so the girl thinks that she is talking to the real singer. I will then try talking to the girl in a sexual manner to see if she will talk back. I will ask if the girl will pose in the sexual position doggy style with their ass facing the camera. I ask them to do this because I think it is the best pose to see a girl. My hope is that the girl will show me herself on camera and then pose in a sexual manner, or perform some kind of sex act for me to see. I know that I have chatted with some girls that were between like 12 and 15 years old, we chatted about sex and they posed in a sexual

---

The facts herein contained are true and correct, and knowing that any false statement is subject to prosecution under the penalties of Connecticut State Statute 53a-157b, I have given the above statement of my own free will without threat or promise.

Signed _____
Signature of Person giving voluntary statement

Witness: Det _____ #570

Supervisor _____   11-10-12
Subscribed and Sworn to before me          Date

Finished Date: 11102012 Time: 08:43 PM

Page 1 of 2

COPY

Q4a

Waterbury Police Department
Waterbury, Connecticut
Standard Form Number P-06
Revised 09/06

# Waterbury Police Department
## Voluntary Statement

Start Date: <u>11/10/2012</u> Time: <u>07:34 PM</u>                    CASE No.# : <u>2012-066882</u>

manner or performed a sex act so I could watch on the web cam. Anytime that I can get the girls to perform any sex acts, I will masturbate until I ejaculate.

While we were discussing the investigation, Det. Morgan informed me about a couple of girls from Vermont that had complained to their parents about me asking them to pose doggy style on Skype. I do not remember these girls because I talk to so many girls and these girls did not pose for me.

I also go to other porn sites called Motherless.com and Jailbait.

Today, detectives came to my house and told me about an investigation into what I had been doing on Skype with young girls. I wanted to fully cooperate, so I agreed to go to the Detective Bureau to speak about it and give this statement. I also signed a Consent to Search form allowing Det. Morgan to take the desktop computer from my bedroom and do a forensic examination on it to look for the information from my Skype chats.

This statement is the truth.

---

The facts herein contained are true and correct, and knowing that any false statement is subject to prosecution under the penalties of Connecticut State Statute 53a-157b, I have given the above statement of my own free will without threat or promise.

Signed _____
Signature of Person giving voluntary statement

Witness: Det _____ #570   Supervisor LT. _____   11-10-12
Subscribed and Sworn to before me   Date

Finished Date: <u>11102012</u> Time: <u>08:43 PM</u>

Page 2 of 2

**COPY**

Q4b

Birth Date:
Unit No.
Visit No.

8.  I understand that Yale-New Haven is a teaching hospital. Doctors or other health practitioners who are members of the care team who are in training may help my doctor with the procedure. These trainees are supervised by qualified staff and the supervisor will be present at all important times during the procedure. I also understand that my doctor's associate(s), surgical assistants and/or other non-physicians or trainees may assist or perform parts of the procedure under my doctor's supervision, as permitted by law and hospital policy. If others who are not hospital staff will be present in the operating room, my doctor has spoken with me about this.

9.  I understand the purpose and potential benefits of the procedure. My doctor has explained to me what results to expect, and the chances of getting those results. I understand that no promises or guarantees have been made or can be made about the results of the procedure(s).

10. I give permission to the hospital and the above-named doctor to photograph and/or videotape the procedure(s) for medical, scientific, or educational purposes. I understand that I will not be identified to those not involved in my care unless a separate consent is signed.

11. In the event a healthcare worker is exposed to my blood or body fluids in connection with my procedure, I agree to the collection and testing of my blood for HIV.

Consent signed on __3/16__, 20 __2012__ at __ AM / PM

X _____   X _John Eastman__   __3/16/12__ _____ AM/PM
Signature of Patient, Guardian or Conservator       Printed Name            Date        Time
(Circle one)

_____   _Joseph Montes, PAC_   __3/16/2012__ _____ AM/PM
Signature of Person Obtaining Consent       Printed Name            Date        Time

_____   _M Bianchi_   __3/29/12__ ___ AM/PM
Signature of Operator (If other than above)       Printed Name            Date        Time

Patient is unable to consent for him/herself because (check one):
__ patient too severely ill    __ patient unconscious    __ patient not competent
__ therefore consent for the patient

_____      _____
Signature of Person Consenting for Patient        Relationship to Patient

_____      Consent signed on _____, 20 ___ at _____ AM/PM
Printed Name

## SECTION B - TELEPHONE CONSENT:

I have discussed in a witnessed telephone conversation all of the issues set forth in the CONSENT FOR OPERATION OR SPECIAL PROCEDURE (see front of page) with the patient's surrogate/family member. This included a discussion of the risks, their likelihood, and alternative treatment options as set forth in Section A, above.

Consent was obtained by telephone on _____, 20___ at _____ AM/PM.

Name of person who gave consent: _____

Relationship to patient: _____

_____      _____
Signature of Individual Obtaining Consent        Printed Name

_____      _____
Signature of Witness        Witness's Printed Name

## SECTION C – EMERGENCY CONSENT

The patient is in need of a procedure to save the patient's life, limb or organ and is unable to consent for him/herself and family is currently unavailable despite reasonable efforts.

_____      _____
Signature of Doctor Performing Procedure        Printed Name

_____      _____
Date          Time

This form is available in 12 languages. Please use an interpreter and the appropriate consent form for patients who do not speak English.

Page 2

CONFIDENTIAL - DO NOT COPY WITHOUT AUTHORIZATION

K1

**FEDERAL DEFENDER**
**District of Connecticut**
10 Columbus Boulevard,  Floor 6
Hartford, CT 06106-1976
Tel:  (860) 493-6260
Fax: (860) 493-6269

Terence S. Ward
*Federal Defender*

Paul F. Thomas
*Branch Chief*

Deirdre A. Murray
Sarah A. L. Merriam
Kelly M. Barrett
Tracy Hayes
Jennifer Mellon
*Assistant Federal Defenders*

<u>RELEASE OF INFORMATION</u>

This will authorize you to release to the Office of the Federal Defender for the District of Connecticut, 265 Church Street, New Haven, CT 06510-7005 the following:

All records relating to my case.

This authorization further authorizes you to discuss any information relating to my records with my attorney, Kelly M. Barrett, or any other employee of the Federal Defender's Office.

This authorization for the release of records is valid if presented within six months of the date of execution.  Photocopies of this authorization shall be as valid as the original.

Dated at Bridgeport , CT on this 23rd day of February, 2015.

John T. Eastman
(NAME)
D.O.B.:

WITNESSED:

ELIZABETH McLAUGHLIN

# K2

## AUTHORIZATION FORM FOR RELEASE OF MEDICAL INFORMATION

**Patient Name:**                                    **Date of Birth:**

**Social Security Number:**

I hereby authorize the use or disclosure of my individually identifiable health information by:

as described below.  I understand that this authorization is voluntary.  I understand that information is being released pursuant to this authorization at my request and that the information may be subject to re-disclosure by the recipients and no longer be protected by federal privacy regulations.

Upon presentation of this authorization or a photocopy thereof, you may copy such records for a representative and you may release such medical or diagnostic materials as the representative requests.

**Persons/organizations receiving the information:** Office of the Federal Defender and/or its representatives.

**Please use or disclose the following health information:**

☐     The entire medical record (which may include all records, reports and medical materials, including pathology slides, in your possession, custody or control concerning the patient.  "Records" for purposes of this authorization shall include, but not be limited to, correspondence, office notes, doctors' records, laboratory reports, original x-rays, scans or other diagnostic materials, medical reports, tissue blocks, and tissue slides.)

☐     The following limited health information:

**Please initial next to each item below if you specifically authorize the release of** health information relating to the testing, diagnosis or treatment for:

HIV/AIDS
Drug and Alcohol Abuse
Mental Health/Psychiatric Disorders

**Purpose of use or disclosure of patient information:**  for preparation on a pending legal matter.

**The patient must read and sign below:**

1) Unless earlier revoked, this authorization will expire one year from the date signed below.

2) I understand that I may revoke this authorization at any time by notifying the providing organization in writing, but if I do, it won't have any effect on any actions the provider took before it received the revocation.

_John T. Eastman_                              _2/23/15_
Signature                                                    Date

# K3

**MidState**
Medical Center

HARTFORD HEALTHCARE
Health Information Management
435 Lewis Avenue
Meriden, CT 06451
Telephone (203) 694-8040
FAX (203) 694-7805

## AUTHORIZATION FOR RELEASE
## OF INFORMATION

Barcode

I, the undersigned patient or legal representative, hereby authorize **MIDSTATE MEDICAL CENTER** to use or disclose health information including, if applicable, information relating to the diagnosis or treatment of mental illness, drug and/or alcohol abuse and confidential HIV related information regarding:

Patient Name:_____   Birthdate: __/__/__   Medical Record #_____

| The information may be disclosed to and used by the following: | The dates of service and the type(s) of information to be used or disclosed is as follows: |
|---|---|
| NAME:  _____ | Date(s) of Treatment:_____ |
| ADDRESS:  _____ | ☐History & Physical    ☐Laboratory Results |
|  _____ | ☐Discharge Summary   ☐Pathology Reports |
|  | ☐Operative Reports    ☐Cardiology Reports |
| TELE #:  (___)_____ | ☐Consultations         ☐Neurology Reports |
|  | ☐Progress Notes       ☐Radiology Reports |
| **The purpose of this disclosure or use is for the following reason:** | ☐Ambulatory Record   ☐Radiology Films (Radiology Dept) |
| ☐ Medical  ☐ Legal  ☐ Disability  ☐ Insurance | ☐ED Record            ☐Radiation Treatment Record |
| ☐ At the request of the patient or legal representative | ☐Behavioral Health Record |
| ☐ Other (please specify) _____ | ☐Billing (directed to Patient Accounts at 1-888-271-8662) |
|  | ☐Other (please specify) _____ |

This authorization will be valid for a period of one year from the date below.  I understand that I may cancel this authorization at any time by notifying the Health Information Management Department in writing, but if I do it will not have any effect on actions that the hospital took before it received the cancellation.

I understand that my treatment or continued treatment by MidState Medical Center is in no way conditioned on whether or not I sign this authorization and that I may refuse to sign it.

I understand that under applicable law the information disclosed under this authorization may be subject to further disclosure by the recipient and thus, may no longer be protected by federal privacy regulations.

I understand that I may inspect or copy the information to be used or disclosed.

The patient's parent or legal guardian must sign this authorization if the patient is a minor (under age 18) or has a legal guardian.  Minors receiving drug abuse treatment or treatment of venereal disease may sign their own authorization.

I understand that MidState Medical Center may receive compensation for copy and processing fees related to the use/disclosure of my health information under this authorization.

_John T. Bintwan_____        _3/19/15_____
Signature of Patient or Legal Representative          Date

_____
Witness

*If signed by the Legal Representative, indicate your relationship to the patient below:*
☐Parent  ☐Guardian  ☐Conservator  ☐Executor of Estate  ☐Power of Attorney  ☐Other_____

xxxxxxxxxxxxxxxx
Rev. 01/03                                    White Copy-Medical Record Copy        Yellow Copy-Patient Copy

K4

03/19/15  14:29 FAX 860 713 7478        DAS FSC                                      ☑007
03/19/2015  11:37    8604936269                    FDO HARTFORD                  PAGE  05/1

## AUTHORIZATION TO RELEASE AND/OR EXCHANGE INFORMATION    MED. REC. NO.

| PATIENT'S NAME | TELEPHONE | BIRTH DATE |
|---|---|---|
| John Eastman | ( ) | |
| PATIENT'S ADDRESS (Street, City, State, Zip) | | SOCIAL SECURITY NO. |
| PARENTS | | |
| PARENT'S ADDRESS | | |

The undersigned, hereby authorize:

☐ Saint Mary's Hospital, 56 Franklin Street, Waterbury, CT 06706 to disclose to:  Federal Defender

_____    (NAME OF AGENCY / PERSON TO RECEIVE INFORMATION)
                                                                                                                       (SPECIFY MAILING ADDRESS BELOW)

☐ _____ to disclose to Saint Mary's Hospital, 56 Franklin Street, Waterbury, CT  06706
                (NAME OF AGENCY)
the following medical, psychiatric, drug and alcohol abuse, and/or confidential HIV related information from records in its possession:

☑ TREATMENT/DISCHARGE SUMMARY        ☑ SEXUAL HISTORY                   ☑ ALL LABORATORY REPORTS
☑ PSYCH. TESTING AND EVALUATION      ☑ MEDICAL HISTORY AND PHYSICAL     ☐ SPECIFIC LABORATORY REPORTS
☑ PSYCHIATRIC CONSULTATION           ☐ X-RAY REPORTS                    _____
☑ ECG REPORTS                        ☐ X-RAY FILMS _____       _____
☑ EEG REPORTS                        ☑ DRUG & ALCOHOL ABUSE             ☐ OTHER (SPECIFY) _____
                                        HISTORY/TREATMENT

DATES OF TREATMENT

Please mail the requested information to:
☐  SAINT MARY'S HOSPITAL                 ☑  Federal Defender
   HEALTH INFORMATION MANAGEMENT            10 Columbus Blvd, Floor 6
   Release of Information Office
   56 FRANKLIN STREET                       Hartford, CT 06106-1976
   WATERBURY, CT  06706

It is my understanding that this information is to be used for the purposes of:
☐ clinical     ☐ diagnosis and      ☐ determining benefits entitlement and to process payment     ☑ other (please indicate
   study          treatment             claims for health care services rendered                         purpose below)
Legal Defense

The authorization to disclose information may be revoked in writing by me at any time except to the extent the action
has been taken in reliance thereon. I understand that my treatment or continued treatment at Saint Mary's Hospital is
in no way conditioned on whether or not I sign this authorization and that I may refuse to sign it.
This authorization shall expire 90 days from date unless specified.          ☐ Expires 6 months from date of patient's signature

                                                                                                 Reason: _____

I understand that my authorized information may be subject to re-disclosure and may no longer be protected by the
Health Insurance Portability and Accountability Act of 1996.

| SIGNATURE OF PATIENT/CLIENT/LEGAL GUARDIAN | RELATIONSHIP | DATE |
|---|---|---|
| *[signature]* John T. Eastman | | 3/19/15 |
| SIGNATURE OF WITNESS | | DATE |

*If this disclosure contains information relating to HIV, behavioral health, alcohol or drug abuse education, training, treatment or*
*rehabilitation, the following shall apply:*

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal
rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the
written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the
release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to
criminally investigate or prosecute any alcohol or drug abuse patient.

[ Print ]  [ Reset ]                    Saint Mary's                    **AUTHORIZATION TO**
                      HOSPITAL                       **RELEASE AND/OR**
                              56 Franklin Street, Waterbury, CT 06706    **EXCHANGE INFORMATION**
S432
                              ORIGINAL - ATTACH WITH REQUEST    COPY - RETAIN IN REQUESTING DEPT        S432  R Rev

                                           K5

**SAINT FRANCIS**
Hospital and Medical Center

**Authorization to Disclose Health Information**

I, the undersigned, authorize
☐ St. Francis Hospital & Medical Center, 114 Woodland St., Hartford, CT 06105
☐ Mt. Sinai Rehabilitation Hospital, 490 Blue Hills Ave., Hartford, CT 06112
☐ St. Francis Hospital, Gengras Ambulatory Clinics, 100 Asylum Avenue,
   Hartford, CT 06105
☐ St. Francis Care, Burdorf / Fleet Health Center, 131 Coventry Street,
   Hartford, CT 06112
to release my health information as noted below:

**Mount Sinai**
Rehabilitation Hospital
a SAINT FRANCIS Care Provider

## Patient Information

Patient Full Name: _____     Other Names During Treatment? _____

Patient Address: _____

City: _____ State: _____ Zip Code: _____ Phone #: _____

Date of Birth: _____

## Release Information To

*This box must be complete in order for request to be processed*

Name / Facility: _____     Attention: _____

Address: _____ Phone #: _____

City: _____ State: _____ Zip Code: _____ Fax #: _____

Purpose of Request:  ☐ Personal   ☐ Treatment   ☐ Legal   ☐ Insurance   ☐ Disability
                     ☐ Transfer / Reason _____   ☐ Other: _____

*A $.65 per page charge will be applied for all copies released directly to patient or authorized legal representative. The charge does not apply when the records are sent directly to a healthcare provider for ongoing treatment purposes*

## Information to be Released

**Unless otherwise specified, only the following information will be released:**

Inpatient/Same Day Abstract Includes: History and Physical, Discharge Summary (Inpatient only), Reports of Consultations and Operative Reports when applicable
ED Abstract Includes: ED MD Documentation and Nursing Notes          Clinic / Diagnostic Treatment Visit: Note / Result from Date of Service
Behavioral Health Visit Abstract Includes: Discharge Summary, Biopsychosocial Assessment, and Psychiatric Evaluation

☐ Please provide a 2 year abstract of my records
☐ Please provide my entire medical record for dates:
   From: _____ To: _____
☐ Other – please be specific: include Clinic/Diagnostic treatment type
   and dates, ED Visit date, and / or Inpatient Dates of Admission

Comments

## Authorization to Release Protected

*Required – Please complete the check boxes below indicating how protected information should be handled even if the categories do not necessarily apply to the patient's medical records.

Check one

| | | |
|---|---|---|
| ☑ DO ☐ DO NOT want information about *Mental Health released | Initial each line below | |
| ☑ DO ☐ DO NOT want information about *HIV Tests & Related Information released | | |
| ☑ DO ☐ DO NOT want information about *Alcohol and/or Substance Abuse released | | |
| ☑ DO ☐ DO NOT want information about *_____ released | | |

**"Other sensitive information?"**

🛑 STOP  Please confirm that you have put a *checkmark* and initialed all the protected information categories above regardless if they are applicable or not. If form is incomplete, or if the protected information is not checked and initialed, we may be unable to fulfill this request.

Patient's Signature ____John T. Portman____          Date: 3/19/15
(Required for all patients 18 years and older, 14 years and older for psychiatric records, 14 years and older for substance use records)
Signature of Parent or Legal Guardian: _____          Date: _____
(Required for all patients under the age of 18 unless otherwise allowed by law. If not the parent, legal representation documentation must be supplied)

* *This authorization will expire 180 days from the date appearing above. I understand that I may revoke this authorization at any time by notifying the Health Information Management Department in writing, but if I do, it will not have any effect on the actions the hospital took before it received the revocation.*
* *I understand that under the applicable law the information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer subject to the protections of the privacy standard.*
* *I understand that my treatment or continued treatment by Saint Francis Hospital & Medical Center and its affiliates is no way conditioned on whether or not I sign the authorization and that I may refuse to sign it.*
* *I understand that I may inspect or copy the information that is used or disclosed.*

1911050   9/5/09

## K6





WATERBURY HOSPITAL
Waterbury, Connecticut



//
/

## Authorization to Disclose Health Information

1.  I hereby authorize **The Waterbury Hospital** to disclose my individually identifiable health information as described here to the person/organization named below. I understand that this authorization is voluntary and that it *may include information relating to AIDS, HIV infection, behavioral health services / psychiatric care, treatment for alcohol and/or drug abuse.*

| PATIENT'S NAME | | | DATE OF BIRTH |
|---|---|---|---|
| ADDRESS | | | SOCIAL SECURITY NUMBER (last 4 digits only) <br> XXX – XX – |
| CITY | STATE | ZIP CODE | PHONE NUMBER |

Dates of Service: _____

2.  Information to be disclosed / obtained:
    - ☐ Discharge Summary
    - ☐ History & Physical examination
    - ☐ Consultation reports
    - ☐ Emergency Room record
    - ☐ Radiology films/CD
    - ☐ Radiology reports
    - ☐ Psych/Drug/Alcohol/HIV
    - ☐ Laboratory tests
    - ☐ Entire record (Consideration will be given to releasing the entire record ONLY when subsections of the record will not serve the intended purpose of the disclosure.)
    - ☐ Other (please specify): _____
    - ☐ Bills

3.  I understand that information to be released or obtained may include mental health information in accordance with CGS 52–146(d), substance abuse treatment information in accordance with 42 CFR 2.12.67, and/or HIV/AIDS – related information in accordance with CGS 19a–586(a), except as indicated below.

    ☐ No Mental Health        ☐ No Substance Abuse treatment information        ☐ No HIV/AIDS

4.  Name of person(s) / organization(s) to whom the disclosure is to be made:

| NAME | | TELEPHONE NUMBER |
|---|---|---|
| ADDRESS | | |
| CITY | STATE | ZIP CODE |

or name and relationship to patient of the individual authorized to pick up the record(s) being released from the facility:

_____

5.  I am requesting that this information be disclosed for the purpose of (*i.e., Legal reasons, continued care, insurance, another medical opinion, Worker's compensation, research, personal use, Social Security*):

_____

6.  I understand this authorization may be revoked **in writing** at any time, except to the extent that action has already been taken in reliance on this authorization. This authorization shall automatically expire 6 months from the date of signature unless otherwise specified in the space provided here. **DATE OF EXPIRATION:** _____

CN3300A        Rev. 3/10

K7a

Page 1 of 2

03/19/15   14:27 FAX 860 713 7478          DAS FSC                                    ☑003
03/19/2015   11:37     8604936269               FDO HARTFORD                          PAGE  14/17

//
/

7.   I understand that I may inspect and copy the information to be used and disclosed under this authorization and
     that I may receive a copy of this signed authorization form. There may be a fee associated with copying, not to
     exceed what is authorized by Connecticut State law.

8.   The facility, its employees, officers, and physicians are hereby released from any legal responsibility or liability for
     disclosure of the above information to the extent indicated and authorized herein.

9.   I understand that Waterbury Hospital may not condition treatment on the provision of this authorization except in
     cases of research–related treatment protocols or studies being conducted by outside third parties through
     Waterbury Hospital. In such cases, specific authorization for the research–related treatment protocols / studies
     must be signed as a condition of participation.

10.  I understand that my personal health information will be released in a paper format unless otherwise specified.
     ☐ Electronic Copy

**Notice to Recipients:**

*As the recipient of this information, you may use this information only for the stated purposes. You may disclose
this information to another party ONLY:*

 ■ *With written authorization from the patient or his or her legal representative;*
 ■ *As required or authorized by state and / or federal law; or*
 ■ *If urgently needed for the patient's continued care.*

**If this disclosure contains information relating to HIV, behavioral health, alcohol or drug abuse education,
training, treatment, rehabilitation, or research, the following shall apply:**

This information has been disclosed to you from records whose confidentiality is protected by federal
law. Federal regulations (Title 42 CFR Part 2 and Ch. 368x) prohibit you from making any further
disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise
permitted by such regulations. A general authorization for the release of medical or other information is
NOT sufficient for this purpose.

**Notice to Individual Requesting the Disclosure:**

*Your signature below indicates that if you understand that if the organization authorized to receive the information is
not a health care provider or health plan, and the information disclosed is NOT protected by the Title 42 CFR Part 2
and Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy
Regulations.*

_____                          _____
Signature of Patient or Legal Representative                    Date  3/19/15

_____
Printed name of Legal Representative                            _____
                                                                Relationship to patient

_____
Signature of Individual Picking up Record                       _____
                                                                Relationship to patient
─────────────────────────────────────────────────────────────────────────────────
                            **For Office Use Only**

K7b



YALE NEW HAVEN HEALTH

Phone: 203-688-2231
Fax: 203-688-4645

## Authorization to Release/Disclose Protected Health Information

Patient Name: EASTMAN _____ JOHN _____ _____ _____
(Last)                         (First)        (Middle Initial)   (Maiden/Other Name)

Date of Birth: ███████████ Phone: _____ Fax: _____

**Complete Address (street or box#, city, state, zip)**

This information is to be used for purpose of:  ☐ Self  ☐ Further medical care  ☑ Attorney  ☐ Changing Physicians
☐ Disability  ☐ Workers Comp  ☐ Insurance Eligibility/Benefits  ☐ Other _____

I hereby authorize Yale-New Haven Health entity(ies) named below to release information from my medical record to:

Name: FEDERAL DEFENDER _____ Phone/Fax: 860 493 6260 /493 6269

Address: 10 COLUMBUS BLVD FLOOR 6 City/State: HARTFORD, CT Zip Code: CL 106

**Method of Disclosure:**

☑ Mail  ☐ Pick Up  (Photo ID Required)  (Date _____ Time _____ To be Determined by Office Staff)

☐ Fax (Physician or Health Care Providers Only - all information is to be completed

_____
(Name of Physician or Facility)

_____
(Street Address)           (City/State)        (Zip)        (Phone #)        (Fax # )

**Please indicate records you are requesting by checking boxes below:**

☑ Yale-New Haven Hospital  ☐ Hospital of Saint Raphael prior to 09/12/2012  ☑ Bridgeport Hospital  ☐ Greenwich Hospital
☐ Northeast Medical Group  ☐ Smilow Care Center  ☐ Cardiology  ☐ Urology

Release Content: Date(s) of service requested: From: _____ To: _____

| | | | |
|---|---|---|---|
| ☐ History & Physical | ☐ Path Report | ☐ Lab Results | ☐ Stress Test |
| ☐ Discharge Summary | ☐ ED Record | ☐ X-ray CD | ☐ Laboratory Results |
| ☐ Emergency Visit | ☐ Progress Notes | ☐ X-Ray Report | ☐ Billing Record |
| ☐ Procedure/Operative Report | ☐ PT/OT/Speech Notes | ☐ Pathology Report | ☐ Echocardiogram |
| ☐ Immunization | ☐ Cancer Center | ☐ EKG | ☐ Other_____ |

**For Internal Use Only:  MRN:_____  CSN: _____**


F4918

K8a

F4918Eng (Rev. 01/14)

***HIV-BEHAVIORAL HEALTH- DRUG/ALCOHOL INFORMATION** contained within the medical records indicated above will be released through this authorization unless otherwise indicated below. (Any records containing any of this information requires signature from age 13 and older to sign for release of records)***

Indicate which you do NOT want released with your initials:

_____HIV   _____Substance Abuse which includes Alcohol & Drug Abuse   _____Pregnancy Test   _____ Genetic Testing

_____Behavioral Health/Psychiatric   _____Sexually Transmitted Disease   _____Other (please list)_____

- The authorization is valid for one year from the date below. I understand that after I have signed this form, I may change my mind and cancel (revoke) this authorization at any time by contacting in writing the YNHHS Medical Information Unit.  Cancellation of the authorization will not apply to information that has already been released based on this authorization.

- I understand the information disclosed in response to this authorization may be subject to re-disclosure by recipient, and will no longer be protected under the terms of this authorization of by federal privacy regulations.

- I understand that this authorization is voluntary and my treatment by YNHSS is in no way conditioned on whether or not I sign this authorization and that I may refuse to sign it.   If I do not sign this form, payment for this care will only be affected if my health care insurer is requesting this information and is permitted to require this authorization.

- I understand that I may see and copy the information described on this form if I ask for it. There is a charge for copies in accordance with Connecticut law.

- The parent or legal guardian must sign this authorization if the patient is a minor (under age 18).

Authorization can be sent to:        **Medical Information Unit**
                                      **PO Box 9565**
                                      **New Haven, CT  06535**

Printed Name: _John T. Eastman_____   Date: _3/19/15__   Time: _2:00 PM_

_John T. Eastman_
**Signature of Patient or Authorized Representative**
***must provide proof of authority (except parent of a minor)**

**Please check relationship to patient and if other than patient, reason patient cannot sign**

☐ Self  ☐ Parent  ☐ Legal Guardian  ☐ Executor/Administrator of Estate  ☐ Healthcare Representative  ☐ Conservator  ☐ Other Authorized Legal Representative _____(indicate)
**Reason -**   ☐ Incompetent      ☐ Disabled

**AUTHORIZATION FOR PERSONAL REVIEW OF MEDICAL RECORD**
I request that I be permitted to review my medical record. I understand that any amendments can be requested by doing so on the Patient Amendment Form.

Printed Name: _____   Date: _____   Time: _____

Patient's Signature: _____   Phone (required) _____

You will be notified by phone for appointment time to view

K8b

John Eastman
John Eastman
John Eastman
John Eastman
John Eastman

RECEIVED

JUN 1 2 2015

OFFICE OF THE
FEDERAL DEFENDER
HARTFORD, CONNECTICUT

K9

DCF 2131(F)    AUTHORIZATION FOR THE RELEASE OF INFORMATION FROM
Revised 1/13       THE DEPARTMENT OF CHILDREN AND FAMILIES

DCF 

I _____authorize the Department of Children and Families to disclose to
(name of person granting permission)

_____
(name, address and telephone number of person, institution or organization receiving the
information)
information/records pertaining to _____
                                         (name and DOB of person who is the subject of the record)

Type of records to be released (**check all that apply**):

☐ Psychiatric ☐ Psychological ☐ Medical ☐ Education ☐ Medication
☐ Psycho-therapy notes (NOTE: a request for psycho-therapy notes cannot be combined with a
   request for any other records).
☐ Other (**explain**)
☐ I specifically authorize the release of the following sensitive information from my record
   (**initial all that apply**):

   *JE* Substance abuse (alcohol/drug)
   *JE* Confidential HIV/AIDS related information
   *JE* Sexually transmitted diseases
   *JE* Genetic testing

Purpose of authorization/disclosure: _____

_____

The nature and extent of the information to be disclosed is the entire record unless otherwise
specified below:

_____

This authorization, if not cancelled, will expire on _____or in one year, whichever occurs first.
                                                        (Date)

I understand that refusal to sign this authorization form will not affect my right to obtain present
and future services, except where disclosure of the records requested is necessary for services.  I
also understand that I may revoke this authorization by notifying DCF or the named recipient in
writing.  A revocation of this authorization will not apply to any records disclosed before the
authorization is revoked.  Pursuant to C.G.S. 17a-28(k) the information disclosed pursuant to this
authorization is not subject to re-disclosure by the recipient without a separate authorization for
that purpose except as provided by said statute.

_John T. Eastman_____      _____
Signature of person authorizing disclosure or authorized representative      Date

Check if this form has been signed by a person other than the subject of the record:

☐ Parent/guardian   ☐ Attorney   ☐ Guardian ad litem   ☐ Other (**explain**)

**NOTE:  Confidentiality of psychiatric, drug and/or alcohol abuse and HIV/AIDS records is required
and no information from these specific records shall be transmitted to anyone else without written
consent or authorization under Connecticut General Statutes, Chapters 899c and 368x and Federal
Regulations 42 CFR 2.  These laws prohibit the recipient of the record from making any further
disclosure without specific written consent of the person to whom the record pertains.  A general
authorization for the release of this information is NOT sufficient for this purpose.**

K10



# Authorization for Release of Non-Health Information
## Connecticut Department of Correction

CN 4402
REV 6/30/09

| Inmate name: John Eastman | Inmate number: 181388 |

Date of birth:

I hereby authorize the State of Connecticut, Department of Correction and its staff at the *(list facility)*:

To disclose the following information from my master file:

Date(s) of admission/discharge.

Other master file information *(specify)*:

To disclose the following information *(specify)*:

Individual/organization to receive information: Federal Defender, 10 Columbus Blvd, Fl 6, Hartford, CT 06106

The specific purpose of this request:

Legal defense

I understand that this authorization is voluntary and that I may withdraw my consent at any time prior to the release of the indicated information. My consent, if not withdrawn, will continue throughout my term of supervision by the DOC regardless of my placement and including any time spent on parole or community supervision.

Return to (facility stamp) :

_John T. Eastman_
requestor signature

3/19/15
date

witness signature — date

parent/guardian signature — date
(if requestor is a minor)

K11



K12

# Customer Solutions Commitment

## Sears Outlet Stores Promise
- Save 20-60% (or more) off¹ regular retail prices everyday on almost everything in the store
- Nobody beats our prices—or we will match the price PLUS give you 50% of the difference²
- Manufacturer's original warranty included on everything we sell (manufacturer defects)
- Full service retailer offering credit, delivery, installation² and protection agreements
- Knowledgeable service with a smile, guaranteed

**Please visit us on-line at WWW.SEARSOUTLET.COM**

¹See store for exact policy details, exclusions apply
²Based on full Regular Retail Prices, exclusions apply

## Warranty / Master Protection Agreement  3 Yr ____  5 Yr ____  Decl ____
☐ Master Warranty Agreements are available and provide added benefits, peace of mind
- Full Warranty Coverage plus more
- Yearly Preventive Maintenance Check
- Peace of Mind (Food reimbursement / No Lemon Policy)

## Product Accessories
☐ Required hookups and accessories are available for these products
| | | |
|---|---|---|
| **Refrigeration** ☐ Filters | ☐ Water line | |
| **Laundry** ☐ Vent | ☐ Gas Flex Lines (if applicable) | ☐ Power Cord |
| **Cooking** ☐ Gas Flex Lines (if applicable) | ☐ Power Cord | ☐ Dishwasher Hook up kit |
| **Electronics** ☐ HDTV antenna (free HDTV) | ☐ Extra Remote | ☐ High Quality Cables |
| **Appliances** ☐ Touch-up Paint | ☐ Stainless Steel Cleaner | |

## Merchandise Pick up / Delivery
☐ We will gladly hold your products for up to 3 days after purchase
☐ We offer professional delivery services 1-800-341-2517
☐ If you elect to Take it Home Today... ask about easy hook up instructions
☐ We will help load your item for you but are not responsible for the vehicle or securing items
☐ Tie Downs and other protective materials for take with merchandise are available for purchase
☐ Delivery Customer received copy of Delivery Guidelines and will be contacted the night before scheduled delivery date with delivery time. Questions related to delivery please call 1-800-341-2517
☐ We will gladly hookup your delivered merchandise according to Delivery Guidelines provided only with the appropriate required Sears purchased hookup kits. Customer Declined hookups (customer initial)_____ (without hookups item will be delivered without setup or connection)

## Installation  ☐ N/A
☐ Professional installation services provided by Sears Authorized Contractors ☐ All services provide a one year installation warranty and added peace of mind (please see receipt for installation contact phone numbers)

## Convenient Credit Offers  ☐ Sears  ☐ Sears Gold MasterCard  ☐ Sears Charge +
☐ Great benefits and added buying power available when using Sears Credit

## Return Policy  - Satisfaction Guaranteed or Your Money Back
☐ We will be happy to accept your "In Warranty" returned product after a Product Repair Technician has determined the product is not repairable. Please contact 1-800-4MY-HOME (1-800-469-4663) to schedule service.
Note—For Nordic Track Fitness service refer to your owner's manual and call 888-825-2588
Our goal is that you are completely satisfied with your purchase. If for any reason you are not satisfied, simply return your purchase in its original packaging, with your receipt within 90 days of your purchase, 30 days for Home Electronics, Customized Jewelry and/or Mattresses for a refund or exchange. Video Games, CD, DVD must be unopened for a refund or exchange. If you are not satisfied with your purchase after these time periods, please let us know. Your satisfaction is important to Sears.
Restocking/Cancellation Fee Policy
A 15% restocking fee is charged on Home Electronics returned without all of the original product packaging (incl. original box) and accessories; Mattresses, built in Home Appliances, and special orders on Hardware, Sporting Goods, Lawn & Garden, and Automotive merchandise. Home Electronics sold in sealed boxes and returned in opened boxes, may but need not be, determined to have been used. Special orders cancelled after 24 hours of purchase are subject to a 15% order cancellation fee.

## Merchandise Disposition
**Fuel Type of Product(s) Selected**
☐ LP Gas   ☐ Natural Gas   ☐ 110 Electric   ☐ 220 Electric
☐ Cord Condition Verified ☐ Ice Maker/Refrigeration Water Line Checked
☐ Measurements for product and space have been verified to ensure proper fit.
☐ Customer Dimensions:  H_____ W_____ D_____
☐ Product conditions have been identified and notated below.
Item: _____ Plus 4 _____  Piece # _____ of _____

**CONTROL PANEL (if applicable)**
Control: _____
Tester ID: _____

```
            TOP
        A1   A2   A3        B1  B2  B3
   L1                       B4  B5  B6
   L2   F1  F2  F3  F10      B7  B8  B9
   L3   F4  F5  F6                     BACK
   L4   F7  F8  F9          RIGHT
   L5
   L6
   L7
   L8
       LEFT
            FRONT
```

OUT: Sell = $ _____  (List Sell $ in Special Instructions for delivery at POS)

| | Date: |
|---|---|
| I am aware of Sears Customer Solutions Commitment: | |

Customer Email Address _____ @ _____

| | Date: |
|---|---|
| Delivery /MPU Associate: Confirmed Merchandise Disposition | |

**We appreciate your business!  Tell us how we did and you could win a $4,000 Sears gift card. Please visit our website at www.searsoutletfeedback.com within 7 days of your purchase to qualify. We strive to satisfy every customer! We want your return business and recommendations to your friends! Please let us know how we did! Refer to the 12-digit salescheck listed above needed to complete the survey.**

White - Customer Copy     Yellow - Detail Copy     Pink - Merchandise Copy     Gold - MDO Copy
V1.3 2/10
Reorder # 702ROS-6084-90F



SEARS
NEWINGTON - OTLT 04324
65 HOLMES RD
NEWINGTON, CT 06111-1709
860-665-8101

SALESCHECK
0432243037858

DELIVER TO:       CUSTOMER

PURCHASER:        JOHN EASTMAN
CUSTOMER:         JOHN EASTMAN
ADDRESS:          157 CONGRESS AVE
CITY/STATE:       WATERBURY, CT
ZIP CODE:         06708
PHONE:
203-982-9939  203-565-1030

DELIV. DATE:      05/25/10

DELIV INSTR:
SEARS4324/ DRYER/ MPA DECLINED/
PLUS4#2394

TRAN#  PG/STORE  REG#   ASSOC#
7858    10 04324  303    5348
        RINGING ASSOC #   5348
MERCHANDISE SHUTTLED
CENTRAL DELIVERY
3026 875642991 KM HE2.DRY CLR  639.93T
                        STORE STOCK
SETUP AND LEVEL.
SALE CREDIT $           240.00T
NON-REFUNDABLE DELIVERY FEE    65.00T
        SUBTOTAL         464.93
        TAX 06.000%       27.89
        DEPOSIT          300.00
        AMOUNT TENDERED  300.00
        CHANGE DUE          .00
CARD TYPE:        DEBIT CARD
ACCT #:           W5951
05/22/10   DEBIT TOTAL  192.82

RC: 0949-4431-9063-1719-0619

PICKUP NUMBER
0432243037858

CALL FOR INFORMATION:
DELIVERY      (800)341-2517
PARTS         (860)727-3727
INSTALLATION  (800)326-8738
SERVICE       (800)469-4663

*********************
SEARS
OUTLET STORES
VALUE YOUR FEEDBACK
*********************
TELL US ABOUT YOUR EXPERIENCE AND YOU
COULD WIN A $4,000 SEARS GIFT CARD.
PLEASE VISIT OUR WEBSITE WITHIN 7 DAYS
OF THE DATE OF PURCHASE.

DO NOT USE A SEARCH ENGINE.
TYPE DIRECTLY INTO THE ADDRESS BAR AT
THE TOP OF YOUR INTERNET BROWSER:

WWW.SEARSOUTLETFEEDBACK.COM

TO COMPLETE THE SURVEY YOU WILL NEED
THE 12 DIGIT SALESCHECK NUMBER ON

K13

B-58 REV. 12-2006

**CHANGE OF ADDRESS CARD FOR OPERATORS' LICENSE(S), VEHICLE REGISTRATION(S), VESSEL REGISTRATION(S) AND/OR ORGAN/TISSUE DONOR STATUS**

STATE OF CONNECTICUT - DMV
On The Web At ct.gov/dmv

**INSTRUCTIONS - PLEASE PRINT INFORMATION**

1. Joint owners may use this form if both operators' license numbers are listed.

2. Card must be signed and dated by all applicants.

3. Copy information from your current registration. If more than four (4) marker plate numbers, use additional change of address cards.

4. Keep your license(s) and registration(s). On the registration(s), cross out the old address and write the new address in the space provided. Affix the new address label to the **back** of your license(s). Should you opt to be an Organ/Tissue Donor, affix the red heart sticker to the front of your license(s). Labels can be obtained from any DMV Office or Police Department.

| CHECK CHANGES | LICENSE INFORMATION - OPERATOR'S LICENSE NO.(S) *(9 digits)* | | | |
|---|---|---|---|---|
| ☐ OPERATOR'S LICENSE | 1. | | | |
| ☐ MOTOR VEHICLE REGISTRATION | 2. | | | |
| ☐ VESSEL REGISTRATION | **VESSEL INFORMATION** | | | |
| | STATE | NUMBER | | EXPIRATION DATE |
| ☐ YES, I WOULD LIKE TO BE AN ORGAN/TISSUE DONOR | **REGISTRATION INFORMATION** | | | |
| | TYPE OF PLATE *(Camper, Passenger, Comb., etc)* | MARKER PLATE NUMBER | | EXPIRATION DATE |

NAME *(Last, First, Middle Initial)* - APPLICANT 1

*Cushman John*

NAME *(Last, First, Middle Initial)* - APPLICANT 2

(NEW) MAILING ADDRESS *(No. and Street, City or Town, State, Zip Code)*

*157 Congress Ave. Waterbury, CT. 06708*

RESIDENT ADDRESS, IF DIFFERENT FROM MAILING ADDRESS

Tax Town - Connecticut town where vehicle in the normal course of operation most frequently leaves from, returns to or remains.

| ☐ CHANGE OF ADDRESS IS NOT FOR VOTER REGISTRATION PURPOSES | | | Month | Year |
|---|---|---|---|---|
| | | | Month | Year |
| | | | Month | Year |
| | | | Month | Year |

FORMER ADDRESS

SIGNATURE
X

DATE *4/20/11*

SIGNATURE
X

DATE

The information provided to the Commissioner of Motor Vehicles herein is subscribed by me, the undersigned, under penalty of false statement, in accordance with the provisions of Section 14-110 and 53a-157b of the Connecticut General Statutes. I understand that if I make a statement which I do not believe to be true with the intent to mislead the commissioner, I will be subject to prosecution under the above-cited laws.

If you prefer to use an envelope, it must be addressed to the address shown on the front of this card to the attention of DATA Entry-Change of Address Unit.

K14