# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3: CR |
| vs. | : |
| JOHN EASTMAN | : November 23, 2015 |

**AFFIDAVIT OF LINDA EASTMAN**

I, Linda Eastman, hereby state as follows:

1. I live at 157 Congress Avenue, Apt. #3, Waterbury CT, 06708. On the evening of November 10, 2012, I was in my home, which I shared with my son John Eastman.

2. I finished with work and came home after work. It was dark outside. I decided to take a nap. While I was asleep in my bedroom I heard a banging on my bedroom door. The door opened, and I saw the person I now know is Detective Morgan walk into my bedroom. I jumped up, because I was startled, and I asked him who he was. He did not identify himself. I only learned his name when I saw a newspaper story about him later. He did not produce a search warrant nor did he show me any kind of credentials. He looked around in my bedroom without my permission.

3. Detective Morgan and I walked out of my bedroom. I was wondering where my son, John Eastman, was. I saw John sitting on the couch in handcuffs. The other officer was watching over John. I saw Detective Morgan searching around the house, looking in drawers, cabinets, etc, without my permission.

4. Detective Morgan told me to take a seat. I sat down at the kitchen table.

5. I saw and heard my son ask permission from the police officers to use the bathroom. The officers left the bathroom door open while John was using it.

6. I heard my son repeatedly ask Detective Morgan why the officers were treating him that way. Detective Morgan ignored those questions.

7. In general, Detective Morgan treated my son and I with indifference bordering on contempt, ignoring our repeated requests for an explanation of his authority or for an explanation of what he was looking for. Eventually the police officers left with my son and a computer they took from the home.

8. I never consented to the search of my home or the computer. I specifically questioned the officers on what they were doing in my home since they had no paperwork and appeared to have no authority to be searching my home.

9. I was never shown a warrant. I was never shown a consent to search form. I never received a receipt for the property that was taken.

10. I saw no evidence that my son consented to the search of the house and to the search and seizure of the computer. I never heard him agree verbally to the search and seizure of the home and computer.

11. On August 7, 2013, I filed a complaint with the Waterbury police department about the behavior of the officers on that night. I have never received an explanation for their behavior.

12. The above statement is true and accurate to the best of my knowledge.

13. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 23, 2015.

x _____

Linda Eastman


Sworn before me this 23th day of November, 2015.

x _____

_____, Federal Defender Office