# EXHIBIT D

WARS
# INCIDENT AND OFFENSE REPORT
## WATERBURY POLICE DEPARTMENT

| 1. COMPLAINT NUMBER |
|---|
| 2012-066882 |

| 2. FILE NUMBER | 3. STATUS | 4. OFF. I.D. | 5 DATE OPENED | 6. DATE CLEARED | 7. INCIDENT OR OFFENSE |
|---|---|---|---|---|---|
|  | 3 | 522 | 10/25/2012 | 05/07/2013 | Crimes Against Children |

| 8. MAJ. CD. | 9. NAME OF PLACE, BUSINESS OR FIRM | 10. ADDRESS OF OCCURENCE |
|---|---|---|
| 2C |  | 157 Congress Ave. 3rd floor |

| 11. LOC. CO. | 12. DAY OF WK. | 13. DATE OF OCCURENCE | 14. TIME | 15. WEATHER | 16. OBJECT OF ATTACK |
|---|---|---|---|---|---|
|  | TU | 10/25/2012 | 0924 | C | Other |

| 17. WEAP, TOOL, MEANS OF ATTACK OR ENTRY | 18. POINT OF ENTRY | 19. METHOD OF ATTACK |
|---|---|---|
| Other |  | Other |

| VICTIM: 20. AGE | 21. SEX | 22. RACE | 23. VICTIM'S NAME (LAST, FIRST, M.) | 24. VICTIM'S ADDRESS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| 25. COMPLAINANT'S NAME | 26. COMPLAINANT'S ADDRESS | 27. PHONE |
|---|---|---|
| Jollymore  Trooper | [redacted] | [redacted] |

| 28. DESCRIPTION OF PLACE | 29. NATURE OF LARCENY |
|---|---|

| 30. EST. VALUE OR TYPE OF STOL.PROP | CURRENCY | JEWELRY | FUR/CLOTH. | OFFICE EQUIP. | TV/RADIO | FIREARM | MISC. | TOTAL |
|---|---|---|---|---|---|---|---|---|

| 31. OTHER OFFICERS AT SCENE | 32. WITNESSES (LAST, FIRST, M) | 33. ADDRESS |
|---|---|---|
|  |  |  |

| 35. PERSONS ARRESTED - NAME (LAST, FIRST, M) | 36. ADDRESS | 37. CHARGE |
|---|---|---|

| 38. OFFICER REPORTING SIGNATURE | 39. POST/BEAT | 40. DATE OF REPORT | 41. COMP. OPER. |
|---|---|---|---|
| Det. P. Morgan 522 | DB1-A | 05/07/2013 |  |

DISC-000028

42. NARRATIVE: | Complaint Num: 2012-066882

**DETAILS OF OFFENSE:** Describe important information as to why or how the incident occurred; physical evidence; include serial numbers of property if available; vehicles used if any; any suspects; etc.

On 10/25/12, the Waterbury Police Department received a complaint from Trooper Eric Jollymore of the Vermont State Police. Trooper Jollymore stated that he had spent a few weeks investigating a case that led him to believe that the crime had originated in Waterbury. Trooper Jollymore faxed his investigative reports to the Waterbury Police Department for further investigation.

Trooper Jollymore's reports indicated that on 9/13/12 he spoke with ▮▮▮▮ ▮▮▮▮ who informed him that her 11 year old daughter ▮▮▮▮, had a sleep over with three other girls, 11 and 12 years old, at their residence on 9/8/12 through 9/9/12. The three other girls were ▮▮▮▮, and ▮▮▮▮. The mother stated that during the sleep over, the girls were using the computer and using a program called "Skype" to speak with people over the Internet.

Trooper Jollymore's report indicated that he spoke with ▮ about the incident. She stated that she and her friends had been speaking to an individual using the name "Harry.Styles888" during the time they were using "Skype". ▮ informed Trooper Jollymore that they were under the impression that they were in fact speaking with the individual Harry Styles that is a member of the musical group "One Direction". She stated that during the conversation "Harry.Styles888" requested that they activate their web cam so that he could see them. She stated that they told "Harry.Styles888" that they were 13 years old, and he informed them that he was 18 years old. ▮ stated that once they agreed and activated their web cam, "Harry.Styles888" asked them if they could pose in the sexual position called "Doggy Style" in front of the web cam for him. ▮ stated that they did not perform the act, and the conversation ended shortly after this. She also informed Trooper Jollymore that they were suspicious of the individual when he turned on his web cam. ▮ stated that it appeared that there was a still picture of the Harry Styles from the group "One Direction" on the screen and not an actual person.

On 10/13/12, Trooper Jollymore applied for, and was granted, a court order to Skype for the account registration information for the screen name "Harry.Styles888".

On 10/24/12, Trooper Jollymore received the results of this court order from Skype. The information indicated that the "harry.styles888" user account was activated on 7/27/12 at 0511 hours UTC from IP address 76.23.191.201. Trooper Jollymore performed a check and determined that IP address 76.23.191.201 is assigned to Comcast Cable to a user in Waterbury, CT.

I performed an Internet search for Skype user name "Harry.Styles888" and found that there are numerous complaints about this user impersonating the singer Harry Styles.

On 11/1/12, I applied for, and was granted, an Ex-Parte Order requesting the Comcast Cable account information for the individual using IP address 76.23.191.201 on 7/27/12 at 0511 hours UTC.

On 11/8/12, I received a response from Comcast Cable indicating that the user account that had been assigned IP address 76.23.191.201 on 7/27/12 at 0511 hours UTC belonged to John Eastman of 157 Congress Ave. 3rd floor, Waterbury, CT. The Comcast Cable account number is 8773402201040660 and has been active since 5/27/08.

On 11/10/12, Det. Terni and I proceeded to 157 Congress Ave. 3rd floor to locate and speak to John Eastman. Upon knocking on the apartment door, we were met by Mr. John Eastman D.O.B. ▮▮▮▮, who allowed us inside. Once inside, I advised Mr. Eastman of the ongoing investigation. Mr. Eastman stated that he wished to fully cooperate in the investigation. Mr. Eastman stated that he had a desktop computer in his bedroom that he uses, and that he was willing to voluntarily give the computer to the detectives for further investigation.

| 43. FOR FURTHER INVESTIGATION: | | | | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE | |
|---|---|---|---|---|---|
| DETECTIVE ☐ | YOUTH ☐ | V&I ☐ | OTHER: EXPLAIN ☐ | 44. SUPERVISOR APPROVING | 45. DATE 5-10-13 |

ORIGINAL **COPY**    REV.1 92 CS

DISC-000029

42. NARRATIVE:	Complaint Num: 2012-066882

**DETAILS OF OFFENSE:** Describe important information as to why or how the incident occurred; physical evidence; include serial numbers of property if available; vehicles used if any; any suspects; etc.

On 11/10/12, Mr. Eastman signed a Consent to Search Form allowing detectives to take his HP Pavilion model p2 desktop computer S/N 3CR22116SQ and perform a complete computer forensic examination on it.

On 11/10/12, Mr. Eastman voluntarily agreed to go to the Detective Bureau to speak with detectives about the case. While in the Detective Bureau, and after being advised of his Constitutional Rights and agreeing to waive those Rights, Mr. Eastman gave, in part, the following voluntary sworn statement:

"I use the Internet to chat with girls on different web sites. I use the program Skype to chat with girls because you can use the web cam to video chat and see them while chatting. I am sexually attracted to very petite girls. I like girls that are like 14 years old and have started to develop. Because of this, I made a couple of screen names on Skype that were the names of members of the singing group One Direction. I used their names because I know the names would attract teenage girls to contact me. One of the screen names I used is "harry.styles888". I also have an email address "stylesharry446@gmail.com". I log on to Skype with the screen name and just wait for girls to contact me. When a girl contacts me, I start chatting with them. If they want to see me on the web cam, I will have a You Tube video of the singer from some old video footage ready to play and then point my web cam at the computer screen so the girl thinks that she is talking to the real singer. I will then try talking to the girl in a sexual manner to see if she will talk back. I will ask if the girl will pose in the sexual position doggy style with their ass facing the camera. I ask them to do this because I think it is the best pose to see a girl. My hope is that the girl will show me herself on camera and then pose in a sexual manner, or perform some kind of sex act for me to see. I know that I have chatted with some girls that were between like 12 and 15 years old, we chatted about sex and they posed in a sexual manner or performed a sex act so I could watch on the web cam. Anytime that I can get the girls to perform any sex acts, I will masturbate until I ejaculate.

While we were discussing the investigation, Det. Morgan informed me about a couple of girls from Vermont that had complained to their parents about me asking them to pose doggy style on Skype. I do not remember these girls because I talk to so many girls and these girls did not pose for me.

I also go to other porn sites called Motherless.com and Jailbait."

On 11/10/12, Mr. Eastman was allowed to leave the police department without any further incident pending the completion of the computer forensic examination of his desktop computer.

"Skype" is a computer program that allows users to communicate with each other over the Internet by video through the use of a webcam, by voice through the use of a microphone, and through instant messaging by text. Users may also use the program to make phone calls to other individual's home and cell phones. "Skype" users can also transfer files to each other through the use of the program.

A complete computer forensic examination requires that the examiner look into all folders and files on a hard drive, including the "Unallocated Clusters" area. The "Unallocated Clusters" area of the hard drive being the area of the drive which is free space for the computer to use to write new files. Files that have been deleted are placed into the "Unallocated Clusters" area of the hard drive, and as a result, this data remains behind for discovery through the use of computer forensic tools and software until the overwrites the area with another file. A computer user has the ability to move files from one location to another within the file system, rename files, change file extensions, compress or encrypt files and folders, or delete files prior to the forensic examination. By performing a complete computer forensic examination on all files, folders, and the "Unallocated Clusters" area of the hard drive, the examiner is able to determine if any evidence is located in any location of the hard drive.

On 11/10/12, I began a computer forensic examination of the computer provided by Mr. Eastman looking for evidence related to the case. The computer was brought to the Computer Crimes Unit where I

43. FOR FURTHER INVESTIGATION: Det. _____ #522

☐ DETECTIVE  ☐ YOUTH  ☐ V&I  ☐ OTHER: EXPLAIN

44. SUPERVISOR APPROVING: _____ #492

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

45. DATE: 5-10-13

ORIGINAL COPY    REVIEWED

DISC-000030

42. NARRATIVE:                                                                                                           Complaint Num: 2012-066882

**DETAILS OF OFFENSE:** Describe important information as to why or how the incident occurred; physical evidence; include serial numbers of property if available; vehicles used if any; any suspects; etc.

removed the hard drive from it. The hard drive removed from the computer was a Hitachi model HDS721050CLA662, 500GB, S/N JP1572FL0375ZK.

I am an EnCase Certified Computer Forensics Examiner and have received formal training in the use of EnCase software and numerous write blocking devices and have experience using both for the forensic acquisition and analysis of computer data. I also have training and experience in the use of various other computer forensic software tools that have been tested and accepted for use in computer forensic examinations. A forensic acquisition of the hard drive was then acquired. The hard drive was connected to a hardware write blocking device to prevent any alterations to the original data during acquisition. The hardware write blocking device enables the safe acquisition of source media in a Windows operating system. EnCase versions 6.19.3 and 6.19.6 software were utilized for the forensic acquisition and examination. If needed, other computer forensic tools were utilized along with EnCase, to ensure that a complete computer forensic examination had been performed.

EnCase is a forensic data acquisition and analysis program. EnCase is completely noninvasive and the original computer data is not altered in any way during acquisition. The data acquired from the target drive is stored on a Waterbury Police Department computer's hard drive which is used as a staging drive. The staging drive had been previously sterilized utilizing forensic software. The EnCase software creates "E01" evidence files, which are bitstream copies of all data stored on the hard drive from the first sector to the last. This includes the "Unallocated Clusters" area of the drive. These aforementioned "E01" files can then be examined using EnCase computer forensic software. This process, described above, allowed me to conduct my forensic examination from the copy of the hard drive which I created while preserving the original hard drive in the identical condition that is was in when provided by Mr. Eastman.

The following are the results of my examination:

There were (11) eleven "Skype" user names that had been used on this computer to chat with other people over the Internet. The names of the accounts were: "harry.styles888", "bieber.believe", "harry.styles962", "jenny.finotti", "john.eastman15", "justin.bieber727", "justin.bieber6444", "justin.swag6", "louis.tomlinson85", "niall.horan520", and "sam.albert624". Justin Bieber is a popular singer. Harry Styles, Niall Horan, and Louis Tomlinson are members of the popular singing group "One Direction". Sam Albert is a popular teen figure on the website "YouTube". These user names were located in the directory "C:\Users\John\AppData\Roaming\Skype\".

An Internet search revealed that Justin Bieber's D.O.B. is ▮, Harry Styles' D.O.B. is ▮, Louis Tomlinson's D.O.B. is ▮, Niall Horan's D.O.B. is ▮. Sam Albert appears to be a teenager also, but I was unable to locate his D.O.B.

There were remnants of "Skype" chat conversations between the user name "harry.styles888" and the three girls "Skype" user names from Vermont. Although it has been determined there were chat conversations between them, the actual data related to these conversations was in binary code and was unable to be read. I was able to read the user names and the user listed biographical information. The user names and bio information were:

▮ - "i snow board, i sing, and i do gymnastics";
▮ - "I'm 11 I live in ▮ My name is ▮ I have 1 brother and 1 sister I have 11 cousins I live with both my parents";
▮ " - no biological information.

43. FOR FURTHER INVESTIGATION:   ☐ DETECTIVE   ☐ YOUTH   ☐ V&I   ☐ OTHER: EXPLAIN

44. SUPERVISOR APPROVING   45. DATE  5-10-13

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

ORIGINAL COPY    REV 1 98 05

DISC-000031

42. NARRATIVE:                                                  Complaint Num: 2012-066882

**DETAILS OF OFFENSE:** Describe important information as to why or how the incident occurred; physical evidence; include serial numbers of property if available; vehicles used if any; any suspects; etc.

This data was located in the directory "C:\Users\John\AppData\Roaming\Skype\harry.styles888\main.db"

I located several videos saved to the hard drive that depicted webcam videos of the individuals that had "Skype" user names created in their name on this hard drive. There were (2) two videos depicting Justin Bieber, (11) eleven videos depicting members of the music group "One Direction", and (4) four videos depicting Sam Albert. These videos had been captured by a Logitech Webcam that had been connected to the computer and used to record the videos from the computer screen. The videos were saved to the directory "C:\Users\John\Videos\Logitech Webcam\". These are the videos Mr. Eastman would have utilized to give the impression to those he was chatting with that they were chatting with the above mentioned individuals.

The "Skype" program has a function built into it called "Video Snapshot". This function allows the user to take still photo snapshots of the video feed of the person they are chatting with. These photos will consist of a still photo of whatever the person is doing on the webcam when the snapshot is taken. These photos are then saved to a folder on the hard drive to be viewed later. I located hundreds of photos saved to this hard drive that had been taken using this "Skype" program function. The photos were saved to the directory "C:\Users\John\AppData\Roaming\Skype\Pictures\". Of the photos saved to this directory, I located (219) two hundred and nineteen photos that depict child pornography images. These photos depict females appearing to be between 12 and 15 years old in various stages of undress posing in a lascivious manner towards the camera view, posing with their buttocks facing the camera allowing a clear view of their genitalia, posing with their legs spread allowing a clear view to their genitalia, and masturbating themselves. These photos were created by the user being engaged in a video chat conversation with these females using "Skype" and manually taking the snapshots during these conversations.

I located a video saved to the computer that depicted child pornography. The 26 min and 14 sec video depicted a partially nude female appearing to be between 13 and 15 years old on a webcam on a bed. The female poses either with her legs spread apart allowing a clear view to her genitalia, or laying or kneeling with her buttocks facing the camera with a clear view of her genitalia at several different point during the video. The video was captured with a Logitech webcam that had been connected to the computer and used to record the video chat session. There is sound in the video and a male can be heard making sounds that appear to be related to him masturbating while watching the webcam. The sound of keys being typed to chat during the conversation can also be heard. The video was saved in the directory "C:\Users\John\Videos\Logitech Webcam\".

I located (4) four photos of game cards related to a sex game to be played on a webcam. Each card depicted a different level of the game with point values associated with various sex related acts. The cards indicated that a point value was needed to advance through the levels. Each card has six different acts to perform for each level. Some of the acts are as follows: Level 1 - stick out your tongue, blow the camera a kiss, suck on your finger; Level 2 - flash your ass, flash your boobs, flash your pussy; Level 3 - get naked, close up of your ass, close up of your pussy; Level 4 - finger your ass, masturbate for two minutes, orgasm. These photos were saved to the directory "C:\Users\John\Downloads\". This directory is the default location for files to be saved to the hard drive when they are downloaded from the Internet.

| 43. FOR FURTHER INVESTIGATION: | | | | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE | |
|---|---|---|---|---|---|
| DETECTIVE ☐ | YOUTH ☐ | V&I ☐ | OTHER: EXPLAIN ☐ | 44. SUPERVISOR APPROVING | 45. DATE 5-10-13 |

COPY                                                                                                          DISC-000032

| 42. NARRATIVE: | Complaint Num: 2012-066882 |
|---|---|

**DETAILS OF OFFENSE:** Describe important information as to why or how the incident occurred; physical evidence; include serial numbers of property if available; vehicles used if any; any suspects; etc.

I located over (300) three hundred photos depicting child pornography in the "Unallocated Clusters" are of the hard drive. The photos depicting nude, or partially clothed, females and males appearing to be between the ages of 5 and 15 years old engaging in various sex acts with adult males and females, engaging in various sex acts with other children, posing in manner that exposes their genitalia in clear view of the camera, and posing in a lascivious manner. Many of these photos appeared to have been saved to the hard drive through navigating the Internet.

I located Internet history on the hard drive that showed the user had been accessing websites that contained images depicting child pornography from 2009 to 11/9/12. Some of these websites were: "www.angelmodel.info", "www.sispics.com", "www.angelmodel.com", "www.gogousenet.com", "www.nfxs.com", "www.nonude-vip.com", "www.imagevenue.com", "www.underagenude.com", "www.young-pussy.org", www.goodtalen.com", "www.lilholes.com", "www.hairlesspussy.biz", www.cma-video.com", "www.honeymod.com", www.bare-family.net", "www.preteensnonenude.com", "www.bikini-pics.us", "www.lodraw.ru", "www.lo-nn-pics.com", "www.my-fruits.info", and "www.usenetbin.net".

I determined that the program "Skype" was installed on the computer on 7/12/12. It was also determined that two other video chat programs were installed on the computer. The video chat program "Many Cam" was installed on the computer on 7/11/12, and the program "ooVoo" was installed on the computer on 10/12/12.

On 5/6/13, I spoke with ▮▮▮ D.O.B. ▮▮▮ who is Mr. Eastman's sister. Ms. ▮▮▮ and her 18 year old daughter, ▮▮▮, came to the Detective Bureau to speak about Mr. Eastman, and while in the Detectives Bureau, gave a voluntary sworn statement. Ms. ▮▮▮ detailed a life of sexual deviance that Mr. Eastman has led since a very young age. Ms. ▮▮▮ described Ms. Eastman of exposing himself to members of his family, family friends, and in public places. She stated that he had been arrested numerous times for his public indecency offenses as both a juvenile and an adult. Ms. ▮▮▮ stated that she has a twin sister, and that Mr. Eastman would walk into the bathroom while they were taking a bath and going to the bathroom, or would walk into their bedroom while they were changing. She stated that if they were walking to their bedroom with a towel around them after bathing, he would rip the towel off of them so he could see them naked. Ms. ▮▮▮ stated that Mr. Eastman would call their female friends and speak sexual to them over the phone, and would grab them sexually when they visited the house. She stated that on several occasions her and her sister would come home from school and find Mr. Eastman in the kitchen talking on the phone and masturbating. She stated that he would continue even though they had walked into the house. Ms. ▮▮▮ stated that while they were growing up Mr. Eastman had shot and killed a kitten with a BB gun, stuffed their dog's head into their gas oven with the gas on, and blew marijuana smoke into their birds face and let the bird out of the cage to fly into the wall ad break its beak. Ms. ▮▮▮ stated that when she and her sister were in high school, girls in their grade would tell them that Mr. Eastman would call their houses and talk sexually explicit to them. She stated that while she was in high school her father put Mr. Eastman into a sex rehab, but her mother signed him out a short time later. Ms. ▮▮▮ stated that a couple years after that, Mr. Eastman had been staying at their cousin's house in North Haven. She stated that their cousin was living with a man who had a nine year old daughter. Ms. ▮▮▮ stated that one night Mr. Eastman went into the girl's bedroom while she was sleeping and pulled her underwear down. She stated that the girl was able to run out of the room. Ms. ▮▮▮ stated that Mr. Eastman took off to live with family down in Florida before he could be arrested for that case. She stated that several years later he came back

| 43. FOR FURTHER INVESTIGATION: | | | | Det. ▮▮▮▮▮▮ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE | | |
|---|---|---|---|---|---|---|---|
| DETECTIVE ☐ | YOUTH ☐ | V&I ☐ | OTHER: EXPLAIN ☐ | | 44. SUPERVISOR APPROVING Sgt. ▮▮▮▮ #492 | | 45. DATE 5-10-13 |

ORIGINAL **COPY**

DISC-000033

42. NARRATIVE:                                                                 Complaint Num: 2012-066882

**DETAILS OF OFFENSE:** Describe important information as to why or how the incident occurred; physical evidence; include serial numbers of property if available; vehicles used if any; any suspects; etc.

to CT and was arrested for the case and went to jail. Ms. ▓ stated that while he was in Florida she knows that Mr. Eastman had been arrested a few times for making sexual phone calls to women down there. Ms. ▓ stated that after Mr. Eastman got out of jail, he started calling her at work and making sexually obscene comments. She stated that he would tell her, "My dick is hard. I want you to suck my dick." She stated that he would call her all the time from blocked numbers so she wouldn't know it was him. Ms. ▓ stated that her father died about nine years ago, and she and her sister went to their father's house to clean it up. She stated that it was clear somebody had been there and took some things. She stated that they noticed her sister's prom picture on the coffee table in front of the TV, and a porn video in the machine. Ms. ▓ stated that their mother confronted Mr. Eastman and it was determined that he had been masturbating to her sister's picture while watching the porn. Ms. ▓ stated that she has kept a very close eye on her daughter growing up because she never wanted Mr. Eastman anywhere near her for fear he would do something to her. She stated that this year her daughter started college, and while away at college, Mr. Eastman started sending her messages on Facebook trying to get her to talk to him. Ms. ▓ stated that does not know of any relationship that Mr. Eastman has ever had outside of a girlfriend he had for a brief time in middle school. Ms. ▓ stated that she knows that Mr. Eastman has taken off from Waterbury to live with a relative ▓ in ▓ and is living there now.

A State Police Records Check (SPRC) showed that Mr. Eastman is a convicted felon having been convicted in CT for Sexual Assault in the 4th degree and Risk of Injury to Minor due to Illegal Sexual Contact with a Minor in 1998 in which he pulled the underwear of a nine year old girl down while she was sleeping in her bed, Harassment in the First Degree in 1999, and Risk of Injury to a Minor in 2008 in which he grabbed the arm of a 15 year old girl as she walked past him. Mr. Eastman was also convicted in CT for sexually deviant behaviors as Public Indecency in 1986 and 1989.

On 5/6/13, I determined that Mr. Eastman's 1999 conviction was the result of an arrest in Meriden. This affiant contacted the Meriden Police Department and found that the victim in the case was Ms. ▓ ▓ D.O.B. ▓. It was determined that due to the age of the case, the department did not have the reports on file at this time.

On 5/6/13, I was able to contact Ms. ▓ by phone and speak to her about the case. She was very reluctant to speak about it, but provided some details. She stated that she had been working at a bank that Mr. Eastman was a customer at, and a restaurant that Mr. Eastman would frequent. Ms. ▓ stated that Mr. Eastman would slip sexually explicit notes to her as she worked at the teller window at the bank. She stated that one night she got a call at her home from Mr. Eastman. Ms. ▓ stated that she had no idea how he got her phone number because she never gave it to him. She stated that he started speaking sexually obscene to her. She stated that her boyfriend was her house at the time and he took the phone. Ms. ▓ stated that Mr. Eastman told her boyfriend his name and about the sexual things he was going to do to her. Ms. ▓ stated that her boyfriend hung up. She stated a little while later Mr. Eastman called back and was saying the sexual things again. She stated that they hung up and called the police. Ms. ▓ stated that she didn't even know that Mr. Eastman had been arrested for that case, and that he had never contacted her again.

Mr. Eastman was placed on Probation several times for his various convictions. Mr. Eastman was convicted of Violation of Probation three times.

Mr. Eastman was placed on the Connecticut Sex Offender Registry in 1999 for ten years. He was removed from the registry in 2009.

An Interstate Identification Index (III) check determined that Mr. Eastman also has several convictions in Florida. He was convicted twice of Making Obscene or Harassing Phone Calls in 1993. In the second case,

43. FOR FURTHER INVESTIGATION:   Det. Pitts #/u er 520

DETECTIVE ☐   YOUTH ☐   V&I ☐   OTHER: EXPLAIN ☐

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
44. SUPERVISOR APPROVING   Sgt D S #492
45. DATE   5-10-13

COPY

DISC-000034

42. NARRATIVE:                                                      Complaint Num: 2012-066882

**DETAILS OF OFFENSE:** Describe important information as to why or how the incident occurred; physical evidence; include serial numbers of property if available; vehicles used if any; any suspects; etc.

he was also convicted of Violating Probation. Mr. Eastman was convicted of Violating Probation in other cases also.

    Mr. Eastman never contacted me after he left the police department on 11/10/12. He never requested that his computer be returned, or that a search of the computer be discontinued.

    I applied for an arrest warrant for Mr. Eastman for Employing a Minor in an Obscene Performance, Promoting a Minor in an Obscene Performance, Use of a Computer to Entice a Minor to Engage in Sexual Activity, Misrepresentation of Age to Entice a Minor, Possession of Child Pornography in the First Degree, and Injury or Risk of Injury to, or Impairing Morals of Children.

    A CD containing my computer forensic examination results, the Rights Card signed by Mr. Eastman, the WPD Voluntary Statement Rights Form signed by Mr. Eastman, the WPD Consent to Search Form signed by Mr. Eastman, the IP address information provided by Comcast Cable, and the HP desktop computer computer provided by Mr. Eastman were entered as evidence.

    This case is closed.

*Det. Petto Jr. #532*

43. FOR FURTHER INVESTIGATION:
DETECTIVE ☐  YOUTH ☐  V&I ☐  OTHER: EXPLAIN ☐

44. SUPERVISOR APPROVING: Sgt. [signature] #492

45. DATE: 5-10-13

FINAL **COPY**

DISC-000035