# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v  **APPEARANCE**

CASE NO.: 3:16CR6(MPS)

JOHN EASTMAN

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for:

### *JOHN EASTMAN*

Date:  March 14, 2016          */s/ David Keenan*

*Signature*

Bar No.:  ct29707          *David Keenan*
*Print Name*

*OFFICE OF THE FEDERAL DEFENDER*
*Firm Name*

*265 CHURCH STREET, SUITE 702*
*Address*

*NEW HAVEN     CT       06510*
*City              State      Zip Code*

*(203) 498-4200*
*Phone Number*

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 14, 2016, a copy of the foregoing APPEARANCE was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        /s/David S. Keenan
        David S. Keenan