# EXHIBIT C



U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
Homeland Security Investigations
Forensic Laboratory

March 22, 2016

**Laboratory Report**
HSI-FL 16-00768
Page 1 of 2

Special Agent Allison Haimila
U.S. Immigration and Customs Enforcement
450 Main Street
Suite 522
Hartford, CT 06103
860-244-0570

**REF:** HC07QS14HC0010

**EXHIBIT(S):**

| | |
|---|---|
| 1.1 | Original Waterbury Police Department Advisement of Rights card dated 11-10-12 with questioned signature in the name of John Eastman |
| 1.2 | Original Waterbury Police Department Voluntary Statement Rights Form/Waiver dated 11-10-12 with questioned signature in the name of John Eastman |
| 1.3 | Original Waterbury Police Department Consent to Search Form dated 11-10-12 with questioned signature in the name of John Eastman |
| 1.4 | Original Uniform Arrest Report dated 5-29-13 containing known signature of John Eastman |
| 1.5 | Original Waterbury Police Department Booking Card dated 5-29-13 containing known witnessed signature of John Eastman |
| 1.6 | Original Waterbury Police Department Completed Questionnaire dated 5-29-13 containing known witnessed signature of John Eastman |
| 1.7 | Original Commonwealth of Virginia/City of Norfolk Waiver of Extradition Proceedings dated 5-15-13 containing known signature of John Eastman |
| 1.8 | Original Waterbury Police Department two page Voluntary Statement dated 11-10-12 with two questioned signatures (a/b) in the name of John Eastman |
| 1.9 | Copy of Connecticut DMV Change of Address Card for Operator's License dated 4-20-11 containing known signature of John Eastman (provided by defense) |
| 1.10 | Copy of Sears Salescheck dated 5-25-10 containing known signature and known initials of John Eastman (provided by defense) |
| 1.11 | Copy of Court Support Services Division Electronic Monitoring Agreement containing known signature of John Eastman (provided by defense) |
| 1.12 | Copy of State of Connecticut Superior Court Copy of Computer Access Agreement dated 1-28-11 containing known signature of John Eastman (provided by defense) |
| 1.13 | Copy of CSSD/Adult Probation Waterbury Terms and Conditions of GPS Monitoring dated 1-28-13 containing known signature of John Eastman (provided by defense) |
| 1.14 | Copy of Connecticut Judicial Branch Firearm Acknowledgment Form dated 1-28-11 containing known signature and known initials of John Eastman (provided by defense) |
| 1.15 | Copy of Court Ordered Special Conditions form dated 1-28-11 containing known signature of John Eastman (provided by defense) |
| 1.16 | Copy of Uniform Arrest Report fingerprint card # 0864446 dated 11-19-97 containing known signature of John Eastman (provided by defense) |

Revision Number 6
Effective 06/10/2015

AN ASCLD/LAB-*International* ACCREDITED TESTING LABORATORY SINCE FEBRUARY 7, 2012
This report may only be reproduced in its entirety.



March 22, 2016                                                                     **Laboratory Report**
                                                                                   HSI-FL 16-00768
                                                                                   Page 2 of 2

1.17    Copy of Uniform Arrest Report 0040692 dated 12-29-99 containing known signature of John Eastman (provided by defense)
1.18    Digitized image of Connecticut DMV Identification Card issued 4-20-11 with known signature of John Eastman

**FINDING(S):**

A comparative and microscopic handwriting examination resulted in the following findings:

The writer of the original known signatures on Exhibits 1.4 through 1.7 prepared the original questioned signatures on Exhibits 1.1, 1.2, 1.3 and 1.8 a/b. This finding is based upon the significant agreement of corresponding individualizing handwriting characteristics and stroke execution within the questioned and known writing. No characteristics of unnaturalness were observed in either the questioned or known Eastman signatures. The Exhibit 1.18 known signature was not used in the comparative process due to its poor quality.

The Exhibits 1.9 through 1.17 known signatures provided by the defense were not used in the examination process since the signatures are poor quality photocopies with insufficient resolution and clarity resulting in some characteristics and components in the writing not being observable. The electrostatic reprographic process has obscured detail in the signatures which precluded a thorough examination of the writing features.

**REMARK(S):**

The standard operational procedures and methodology followed by this examiner are accepted within the scientific community and are best practices in forensic document examination.

For Homeland Security Investigations, the Forensic Laboratory requires that Project Code 0E6 for Forensic Examination be entered into Case Management by the assigned case agent.

If in-person testimony in support of the above findings is required, the laboratory should receive at least a ten day notice along with a subpoena.

The above referenced evidence was received in the laboratory on March 4, 2016 and will be returned by official courier.

Conclusions, opinions, and interpretations contained in the finding(s) section of this report are based upon the examination(s) of the evidence conducted by the undersigned examiner as specified.

*Joan A. DiMartino*

Joan A. DiMartino
Forensic Document Examiner





**Department of Homeland Security**
U.S. Immigration and Customs Enforcement
*Homeland Security Investigations*
*Forensic Laboratory (HSI-FL)*

# STATEMENT OF QUALIFICATIONS

## Joan A. DiMartino

### Professional Experience

**U.S. Department of Homeland Security (DHS)**
**U.S. Immigration and Customs Enforcement (ICE)**
**Homeland Security Investigations**
**Forensic Laboratory (HSI-FL)**

*The HSI-FL has been accredited by the American Society of Crime Laboratory Directors Laboratory Accreditation Board (ASCLD/LAB) since 2001.*

Senior Forensic Document Examiner, January 2003 to present

Qualified as an expert in forensic document examination by knowledge, training and skill with over thirty years of experience. Conduct examinations of domestic and international travel and identification documents to determine authenticity and reveal alterations. Examinations include but are not limited to microscopic, instrumental and comparative analysis of handwriting, typewriting, printing processes and stamp impressions. Preparation of formal results of findings. Presentation of testimony in criminal and administrative proceedings as an accepted expert witness in the field of document examination.

Responsible for the oversight of casework to include verification reviews. Serve as a mentor for apprentice examiners; prepare apprentice examiners for Daubert hearings; coordination of moot court hearings for apprentice examiners; provide on the job training regarding casework examinations and testimony; participate in expert panels for question and answer training sessions; provide instruction and training to law enforcement personnel and other officials encompassing various components of questioned document examination.

### TESTIMONY

Qualified as an expert witness over two hundred times in U.S. Federal Criminal District Court in California, Maryland, Virginia, Pennsylvania, Illinois, Florida, New York and Texas; Criminal

and Civil Circuit and District courts in the twenty-four jurisdictions in the state of Maryland; Also, U.S. Immigration Courts in Maryland, New York, New Jersey, California, Ohio, Virginia, Pennsylvania, Colorado, Nevada, Texas, California, Illinois; Grand Jury and Deposition Testimonies.

**Maryland State Police**
**Forensic Services Division**

Document Examiner-Expert, January 2001 to January 2003

Conducted examinations pertaining to criminal and administrative investigations on cases from investigators in the twenty-four jurisdictions in Maryland as well as the Maryland Attorney General's Office, the Governor's Office, Maryland Insurance Administration, Maryland Physician and Nursing Boards, Maryland Department of Corrections as well as other Maryland governmental agencies.  Examinations included but not limited to handwriting, typewriting, alterations, tear mark comparisons, seal impressions and production methods of documents on cases ranging from Fraud to Homicides. Exemplar collection when necessary. Preparation of formal reports and testimony as an expert witness in state/local district and circuit courts throughout Maryland as well as testimony in federal court.

Provided annual training in the various components of questioned document examination and evidence recovery to MSP investigators and crime scene technicians at the Maryland State Police Training Academy.

**Baltimore County Police Department**
**Forensic Services Division**

Administrative Evidence Coordinator, January 1980 to May 1984
Questioned Document Examiner, May 1984 to January 2001

*BCPD Questioned Document Unit accredited by the American Society of Crime Laboratory Directors Laboratory Accreditation Board (ASCLD/LAB) in 1999*

Until service retirement as the sole Forensic Document Examiner for BCPD, examined evidence from criminal investigations as well as administrative investigations for Baltimore County and Baltimore City Police Departments and other adjacent jurisdictions in Maryland.  Also performed examinations on evidence submitted by investigators from Federal Bureau of Investigation, U.S. Coast Guard, U.S. Drug Enforcement Agency, U.S. Immigration and Naturalization Service and U.S. Department of Agriculture.  Examinations were conducted to determine the manner in which a document was prepared, by whom it was or was not executed, and if changes had occurred since its initial production.  Formal results of findings were prepared.  Presented expert witness testimony in Maryland State criminal and civil trials in multiple jurisdictions and Federal District Court.

Personally collected handwriting exemplars from prisoners charged with major case crimes such as Homicides, Armed Robberies, Identity Theft for the purpose of comparison to questioned handwritten evidence.

As the evidence coordinator for the BCPD Forensic Services Division (formerly the BCPD Crime Laboratory), entered and completed a full-time 3500 hour training program sponsored by the Maryland State Police Crime Laboratory under the tutelage of three questioned document examiners.  The curriculum included reading and research assignments, theories, concepts and practices in the scientific community, theoretical and practical problems, instruction on specialized instrumentation, photography, photocopiers and non-original evidence, microscopy, printing processes, mechanical impressions, paper, inks, watermarks, alterations, obliterations, security paper, exemplar collection, legal rulings pertaining to evidence, check writers, restoration of indented impressions, charred and fluid damaged documents, report writing, proficiency and competency testing, mock trial participation, demonstrative exhibit preparation and handwriting/hand printing and signature examination.  After successfully completing the apprenticeship, received Certification of Competency from the Maryland State Police to perform document examinations for the Baltimore County Police Department autonomously.

## Specialized Training

"Forensic Examination of Biometrically Captured e-Signatures" Workshop, Mid-Atlantic Association of Forensic Scientists Annual Meeting, Cambridge, MD (May 2015)

Sabic Corporation polycarbonate card training, McLean, VA (May 2015)

PPG Teslin training, McLean, VA (May 2015)

U.S. Department of State U.S. e-passport Security Briefing, McLean VA (October 2014)

Ghostwriter Automated Signature Technology, McLean VA (September 2014)

3M AssureTec training, McLean, VA (April 2014)

KURZ Kinegram, McLean, VA (March 2014)

Kubtec  Radiology System Training, McLean VA (October 2013)

Keyence Digital Microscope Training, McLean VA (August 2013)

Measurement Science and Standards in Forensic Handwriting Analysis Conference, Gaithersburg MD (June 2013)

Spectral Imaging Workshop, McLean VA (April 2013)

Damilac Autopen Systems Manufacturing Facility, Rockville MD (April 2012)

"Paper Fundamentals for Forensic Document Examiners" Workshop, McLean VA (March 2012)

Datacard Group Passport and Identity Card training, McLean, VA (February 2012)

Safran/Morpho Polycarbonate Cards training, McLean, VA (November 2011)

Kubtec X-Ray training, McLean VA (October 2009)

Video Spectral Comparator 6000 Training, Foster and Freeman, McLean VA (September 2009)

"Information Management Institute Security Printing", Information Management Institute, Baltimore, MD (September 2009)

"Printing Process Identification and Image Analysis for Forensic Document Examiners", Rochester Institute of Technology, Rochester NY (June 2009)

Appleton Paper Mill Seminar, Roaring Spring, PA (April 2009)

Banknote Corporation of America Seminar, producer of security documents, Browns Summit, NC (April, 2008)

Kinegram Technology, Kurz, McLean, VA (March 2007)

Scrambled Indicia Technology, presented by Graphic Security Systems Corporation (GSSC), in McLean VA (May 2006)

Securink Technology, presented by Tom Jay of SICPA, McLean, VA (May 2006)

"Laser Engraving", Muhlbauer, Inc., McLean VA (August 2006)

U.S. Visa, Optical I-551 Card training, FDL Operations, McLean, VA (December 2005)

Tour of Primary and Secondary Inspections at Washington Dulles International Airport, Dulles, VA (August 2005).

Observation of Asylum applicant interviews, U.S. Citizenship and Immigration Services, Arlington, VA (August 2005)

Axalto (Schlumberger) Smart Card Training Owings, Mills MD (December 2003)

Tour of U.S. Bureau of Engraving and Printing, Washington, D.C., (December 2003)

Teslin Visa and Permanent Resident Card Training, FDL Operations, McLean, VA (September 2003)

"MeadWestvaco Paper Knowledge" Field Seminar presented by MeadWestvaco Corporation at USSS, Washington, DC (May 2003)

"Handwriting Examination Workshop" sponsored by Mid-Atlantic Association of Forensic Scientists, Annapolis MD (May 2003)

"Preservation of Charred Documents", Federal Bureau of Investigation, McLean, VA (April 2003)

Immigration and Naturalization Service Document Familiarization Program, McLean VA (January-March 2003)

"Adobe Photoshop for Questioned Document Examiners", Imaging Forensics, Hershey PA (October 2001)

"Method Validation Workshop", American Society of Questioned Document Examiners, Des Moines, IA (August 2001)

"Signature Comparison Workshop", American Society of Questioned Document Examiners, Des Moines, IA (August 2001)

Credit Card Technology Conference, Visa U.S.A., Hunt Valley MD (July 2000)

Fraud Investigation Course, Metropolitan Police Institute, Miami-Dade County, FL (July 2000)

2nd Annual Symposium on the Forensic Examination of Questioned Documents, New York State Police/FBI, Albany, NY (June 1999)

"Identification of Printing Processes for Document Examiners Workshop", Mid-Atlantic Association of Forensic Scientists, Rockville, MD (May 1998)

"Fluorescent Light Sources, Light Theory and Fluorescent Photography Workshop", SPEX Industries, Washington D. C. (April 1996)

"Fluorescent Light Sources, Light Theory and Fluorescent Photography Workshop", SPEX Industries, Washington D. C. (April 1996)

"Canon Fax Workshop", American Society of Questioned Document Examiners, Lake Buena Vista FL (August 1991)

"Expert Witness Workshop", American Society of Questioned Document Examiners, Lake Buena Vista FL (August 1991)

"Canon Facsimile Workshop", American Society of Questioned Document Examiners, Aurora, CO (August 1988)

"F.B.I. Questioned Document Course", Federal Bureau of Investigation, Quantico, VA (June 1986)

"U.S. Secret Service Questioned Document Course" presented by U.S.S.S. instructors at Federal Law Enforcement Training Center, Glynco, GA (June 1985)

Advanced Latent Fingerprint Processing, FBI, Prince George's County Police Department Training Academy (November 1984)

"Collection and Preservation of Physical Evidence", Federal Bureau of Investigation, Quantico, VA (October 1983)

**Presentations and Instruction**

Presentation entitled "Hand printing Identification: A Study: Reliable or Not?"  (interim research results on individualization of hand printing) Cambridge, MD (May 2015)

Presentation of Details of Hand printing Research Project  Addressing the Reliability of Methodology and Hand printing's Individualizing Potential  McLean, VA  (July 2014)

Provided a Handwriting Familiarization course to Homeland Security Investigations Operations Officers and Special Agents, McLean Va.  (March 2012)

Presentation entitled "Handwriting in the 21st Century" (controversy concerning teaching of cursive writing in U.S. schools)   Ellicott City, MD (May 2012)

Provided Fraud Prevention Training on Travel and Identity Documents to Maryland Motor Vehicle Administration Document Assessors, Hanover MD (October 2004)

Provided a Handwriting Familiarization course to U.S. Citizenship and Immigration Services Asylum Officers and Adjudicators, McLean VA (October 2003)

Poster presentation entitled "Close, But No Cigar"(convicted life-without-parole multiple murderer fabricated court and prison release papers so he could walk out of prison, fortunately, he did not succeed) at American Society of Questioned Document Examiners Annual Conference in San Diego, CA (August 2002)

Participant on five member panel of forensic experts for Forensic Science Seminar involving technical support presentations to command level law enforcement personnel in Maryland, Johns Hopkins University, Columbia, MD (September 1999)

Presentation entitled "Homicide- Life on the Streets of Baltimore...County" (Homicide investigations involving questioned document evidence) at American Society of Questioned Document Examiners Annual Conference in Washington, D.C. (August 1996)

Presentation entitled "The Caller" co-presented with Baltimore County Homicide Detective (case study involving handwritten note left on decedent's body) at International Association for Identification, Chesapeake Bay Division Bi-Annual Conference in Martinsburg, WVA (November 1995)

Presentation entitled "Commit the Crime and Cross the Line" (identity theft involving multiple jurisdictions prior to federal and state laws being enacted) at International Association for Identification  Annual Conference in Mesa, AZ (July 1994)

While at Baltimore County Police Department, provided monthly training regarding questioned document examination and exemplar collection to investigators and prosecutors in a document familiarization course at Baltimore County Police Academy (1994 to 1998)

## Professional Affiliations

International Association for Identification, 1984 to present

Mid-Atlantic Association of Forensic Scientists, 1985 to present

American Society for Testing and Materials (ASTM, International), 2004 to December 2015

The Society for Imaging Science and Technology, 2010 to present

## Research

Ongoing documented research regarding the individualization of hand printed characters

## Proficiency Testing

Have successfully completed semiannual proficiency testing in the forensic disciplines of Questioned Documents and Handwriting Examination, Collaborative Testing Services, Sterling, VA, 1986 to present.