# EXHIBIT D

# WAIVER OF EXTRADITION PROCEEDINGS

Commonwealth of Virginia / City of Norfolk

☒ General District Court #5
☐ Juvenile and Domestic Relations District Court

VA. CODE ANN. § 19.2-114

CASE NO. _____

**WAIVER OF EXTRADITION PROCEEDINGS**

Connecticut

_____
John Eastman
ACCUSED

V.

_____
_____
_____

I, the undersigned Accused, have been arrested within the Commonwealth of Virginia, and stand charged with the commission of a crime committed in the state of ____Connecticut____
DEMANDING STATE

The nature of the charge against me is as follows:

Fugitive from justice from Waterbury, Connecticut

On the charge of Poss of child pornography (1ˢᵗ), Use computer to engage a minor in a sexual act, Misrepresentation of age to entice minor, Promote minor for obscene performance, Employ minor in obscene performance, Risk of injury to minor

I certify that I was brought this day before this Court, and that the Judge of this Court fully explained my rights concerning the issuance and service of the process of extradition, my right to be represented by a lawyer in extradition proceedings, and my right to petition for a writ of habeas corpus as provided by law.

Having been informed of the nature of the charge against me, and of my rights in extradition proceedings, I nevertheless waive my rights to issuance and service of process of extradition, and all other process or proceedings incidental to extradition, and I voluntarily consent to be extradited and transported from the Commonwealth of Virginia to the demanding state, there to answer the charges against me. I voluntarily submit myself to the custody of the authority designated to transport me to the demanding state.

Seen:

WAIVED
_____
(attorney for accused)

_____
ACCUSED
John Eastman

Subscribed and sworn to before me this day.

5/15/13
DATE

_____
JUDGE

FORM DC-375 7/92 (114-6-010 5/96)