# EXHIBIT E

| UNIFORM ARREST REPORT JD-CR-21(1) | FOR SPBI USE ONLY | | |
|---|---|---|---|
| NAME OF ACCUSED (LAST, FIRST MIDDLE)<br>EASTMAN, JOHN | SPBI USE ONLY | | UAR: 8481320 |
| NO. STREET CITY STATE AND ZIP<br>VIRGINIA BEACH, VA 23454 | | | COMPANION U.A.R. NO. |

| SEX<br>M | RACE<br>W | HISP.<br>☐ YES | DATE OF BIRTH<br>-1967 | PLACE OF BIRTH<br>CT | SS#.<br>5221 | HT.<br>600 | WT.<br>200 | HAIR<br>BRO | EYES<br>HAZ | DOCKET NO. |
|---|---|---|---|---|---|---|---|---|---|---|

PHYSICAL CHARACTERISTICS (SMT)

| PHYSICAL DISABILITIES | RIGHT OR LEFT HANDED<br>LEFT | TEETH<br>GOOD/FINE |
|---|---|---|
| EMPLOYER | | OCCUPATION<br>UNEMPLOYED |
| MARITAL STATUS<br>SINGLE | NUMBER OF CHILDREN<br>0 | EDUCATION<br>12TH |
| NATIONALITY<br>UNITED STATES | | SKIN COMPLEXION<br>FAI |
| ACCOMPLICES | | PLACE ARRESTED<br>255 EAST MAIN ST |

| PHOTO AVAILABLE<br>X YES ___ NO | NAME AND ADDRESS OF RELATIVE OR PERSON TO BE NOTIFIED IN CASE OF EMERGENCY |
|---|---|
| PALM PRINTS AVAILABLE<br>X YES ___ NO | |

| ALIAS/MAIDEN NAME | ALIEN REG. NO. | OPERATOR'S LICENSE NO. (MV) | STATE<br>CT | DATE AND TIME ARRESTED<br>05-29-2013 2000 |
|---|---|---|---|---|
| SURETY X DETAINED | AMOUNT OF BOND<br>200000 | CASH ___ OTHER ___ | COMMERCIAL/HAZ. MAT.<br>CDL ___ CV ___ HM. ___ | TOWN OF ARREST<br>151 | TOWN OF OFFENSE<br>151 |
| ARRESTING OFFICER<br>MILLS | SHIELD NO.<br>407 | SIGNATURE OF ACCUSED<br>X [signature] | | SIGNED - OFFICIAL TAKING PRINTS<br>HARDA719 |
| DEPARTMENT OR TROOP/ORI<br>CT0015100 | MOT. VEH. ___ REG. # ___ | P.D. ID NO.<br>000429252 | P.D. CASE NO.<br>2012-00066882 | NOTE AMP. |
| REMARKS | F.V. ___ ALC. ___ NAR. ___ | COURT DATE<br>5-30-13 | S.P.B.I. NO. |
| | G.A. NO.<br>GA-04 | DATE FINGERPRINTED<br>05-29-2013 | F.B.I. NO. |

CHARGE(S) AND STATUTE NO.                    DATE OF OFFENSE

```
53A-196A EMPLOYING MINOR IN OB
53A-196B PROMOTING A MINOR IN       8/25/12-
53A-90a  COMPUTER USE TO ENTICE     11/16/12
53A-196D POSSESSING CHILD PORN
53-21    INJURY/RISK OF INJURY/IM
53a-90b  MISREP AGE TO ENTICE MIN
```