# EXHIBIT
# F



# Booking Card

## EASTMAN, JOHN



**Print Date/Time:** 05/29/2013 20:35  
**Login ID:** STRUB476

**Waterbury Police Department**  
**ORI Number:** CT0015100


*2013-00003453*

**Charge:** 53A-90b    Misrepresentation of Age Entice/Minor  
**State** 00026 ~~AAA~~    ~~NONLISTED CHARGES~~  
**Offense/Charge Date:** 05/29/2013 20:23  
**Case Tracking ORI:** CT0015100  
**Warrant Number:**  
**Case Tracking #:** 2012-00066882  
**Court Date/Time:**  
**Docket Number:**  
**Bond/Bail Set Type:** Bond  
**Bond/Bail Set Date:** 05/29/2013 20:31  
**Bond/Bail Set Amt:** $200000.00 - Inclusive/  
**Bond Posted By:**  
**Bond Post Date:**  
**Bond Post Amt:**  
**Severest:** No

**Release Date/Time:**  
**Release Reason:**  
**Released To:**  
**Released By:**  
**Released to ORI:**

I will have opportunity to contact family or counsel.

**Inmate Signature:**

**Booking Officer(s):**  #   # 476

**Reviewed By:** #

Date/Time: 05/29/2013  2056