# EXHIBIT G

 

# Completed Questionnaire

| | | |
|---|---|---|
| Print Date/Time: | 05/29/2013 20:32 | Waterbury Police Department |
| Login ID: | HARDW719 | ORI Number:    CT0015100 |
| Inmate: | EASTMAN, JOHN | Booking #:     2013-00003453 |

## Questionnaire: Waterbury Police Department

| Arrest Datetime: | 05/29/2013 20:00 | | Given By: | 719 - Hardwick 05/29/2013 20:31 |
|---|---|---|---|---|
| Arresting Officers | | Agency | Brought In By | Agency |
| 407 - Mills | | CT0015100 | | CT0015100 |

| Question # | Question | Response | Response Value |
|---|---|---|---|
| 1 | Was the Subject Booked at Court? | No | 0 |
| 2 | Do You Want to Kill Yourself? | No | 0 |
| 3 | Been treated for psychological disorder? Describe | No | 0 |
| 4 | Recently suffered any personal losses? (Family Death) | No | 0 |
| 5 | Do you have a history of suicide attempts? | No | 0 |
| 6 | Are you presently using narcotics of any type? | No | 0 |
| 7 | Any apparent depression? | No | 0 |
| 8 | Any sadness or tearfulness? | No | 0 |
| 10 | Any sense of despair? | No | 0 |
| 11 | Any severe psychiatric disorder? | No | 0 |
| 12 | Any signs of hallucinations? | No | 0 |
| 13 | Presently on medicine, drugs or liquor? | No | 0 |
| 14 | Medications with Inmate? | No | 0 |
| 15 | Family member or friend contacted? | No | 0 |

**Completed Questionnaire Value:**     0

**High Risks**
___ Assaultive
___ Other
___ Suicidal Risk

**Special Conditions**
___ Body Fluid Watch
___ Handicap/Retarded
___ Juvenile
___ Medical
___ Other
___ Protective Custody

Officer: _____ 426 _____     Date: 5/29/31

Inmate: _____     Date: 5/29/31

Page: 1 of 1