# EXHIBIT I



| EASTMAN JOHN | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NO., STREET, CITY AND STATE | | | | | | | COMPANION U.A.R. NO. | |
| Wallingford, CT | | | | | | | | |
| SEX | RACE | DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NO. | HT. | WT. | HAIR | EYES | DOCKET NO. |
| M | W | -67 | New Haven | -5221 | 6' | 165 | bro | Haz | 07- 184526 |
| ALIAS/MAIDEN NAME | | ALIEN REG. NO. | | OPERATOR'S LICENSE NO. | | STATE | DATE AND TIME ARRESTED | |
| | | | | | | | 11-19-97 1517 | |

SURETY ☒ AMOUNT OF BOND $10,000. ☐ CASH ☐ OTHER COMMERCIAL/HAZ. MAT. ☐ CDL ☐ CV ☐ HM TOWN OF ARREST North Haven TOWN OF OFFENSE North Haven
☐ DETAINED

CHARGE(S) AND STATUTE NO.
Attempted Sexual Assault 4th, 53a-73a/53a-49    COURT DATE 12-04-97    S.P.B.I. NO. 439381
Risk of Injury To Minor, 53-21    G.A. NO. 7    DATE FINGERPRINTED 11-19-97    F.B.I. NO.

ARRESTING OFFICER Detective Hotton    SHIELD NO. 527    SIGNATURE OF ACCUSED    SIGNED - OFFICIAL TAKING PRINTS #544

DEPARTMENT OR TROOP/ORI CT 0010100    P.D. NO. 17886    P.D. CASE NO. 910-8023    NOTE AMP.

**UNIFORM ARREST REPORT** JD-CR-21 Rev. 11-95    FOR SPBI USE ONLY    SPBI CARD 972945