# EXHIBIT J

## Norfolk Sheriff's Office

Room and Board Policy

Date: 5/14/13

Inmate Name: Eastman, John

CJIS#: 1993371

The following will be charged to your inmate canteen account:

$2.00 per day will be charged to inmate's canteen account daily. Inmates from federal jurisdiction and inmates in the NSO Electronic Monitoring Program will be exempt from room and board.

I have been informed of the above policies.  X _____
Inmate Signature / Date

_____ 1422
Deputy Signature / Date / J#

The above inmate refused or was unable to sign this statement. I have informed the inmate of this policy.

_____
Deputy Signature / Date / J#

CF# 011
07/19/10

| User: EPENA | NORFOLK SHERIFF'S OFFICE | 05/17/2013 08:16:23 |
|---|---|---|

**Booking #:** 2013005611   **Inmate:** EASTMAN, JOHN - WM ▮ 1967
**Classification Officer:** Pena, Evelyn              **Date/Time** 05/17/2013 08:16:05

| Q. # | Question | Answer Notes |
|---|---|---|
| 1 | Is this an initial Classification? | Y |
| 2 | Current Offense Assaultive Felony | N |
| 5 | Prior Assaultive Felony Conviction | Y |
| 6 | Escape History (secure) | N |
| 8 | Known Past/Present Inst. Behavior Problems | N |

                    **Classification:**   CUSC

_Signature of Classification Officer_                    _Signature of Inmate_

*jclass*                                                                                                   Page 1

## Prison Rape Elimination Act (PREA)

The Norfolk Sheriff's Office maintains a zero tolerance for sexual assault, abuse or rape. Anyone sexually assaulting another person should know criminal investigation will be conducted. Anyone criminally charged and convicted under Virginia Law could receive an additional prison sentence and be required to register as a sexual predator upon their release.

Anyone committing such an act will also be subject to administrative charges under the Inmate Rules of Conduct, as outlined in the disciplinary section of the inmate handbook.

Everyone should consider that unprotected sex increases your risk of HIV infection, along with exposing you to other sexually transmitted diseases. If you have difficulty controlling your actions, you should notify a staff member immediately so you can be referred to a social worker.

If you are sexually assaulted you should REPORT THE ATTACK TO A STAFF MEMBER IMMEDIATELY! Do not shower, brush your teeth, use the toilet or change your clothes. The longer you wait to report the attack the more power you give to the perpetrator and the more difficult it is to obtain the evidence necessary to support your criminal complaint.

If you are assaulted or witness an assault, but you are unwilling to report it directly to a staff member, then you can always fill out an inmate communication form requesting to see the Chaplain, Classification Staff or Medical Staff. However, this method of reporting delays the initiation of an investigation and may make it more difficult to prove your complaint or allegation.

Sexual assault affects everyone, either directly or through the experience of those we care about. It can affect any male or female of any age, race, ethnic group, socioeconomic status, sexual orientation, or disability.

No other inmate or staff member ever has the right to ask you for a sexual favor or to have sex with you!!

### Inmate Needs Assessment

**Health**
1. Limited physical; capacity, acute illness; needs hospitalization or outpatient treatment
2. Mild disability or illness; outpatient treatment required; non-strenuous work
3. No problems that limit housing or work assignments.

Code: 3

**Emotional Stability**
1. Severe impairment; danger to self, others; needs hospital environment
2. Moderate impairment requires monitoring individual or group therapy.
3. Emotionally stable; no indications of mental illness.

Code: 3

**Education**
1. 5th grade or below reading Math skills; needs remedial or Special education classes
2. No high school diploma; needs adult education or GED program
3. High school diploma, GED, or equivalent

Code: 3

**Vocational Skills**
1. No discernible skill; needs Training
2. Limited skills; ability to hold semi-skilled Position; needs training
3. Possesses marketable skill or trade

Code: 2

**Substance Abuse**
1. Frequent abuse resulting In social, economic or legal Problems; needs treatment
2. Occasional abuse causing disruption of functioning
3. No disruption of functioning or legal difficulties

Code: 3

**Mental Ability**
1. Serious disability Limiting ability to function; Needs sheltered living, Work situations
2. Mild disability limited educational vocational potential
3. No discernible disability

Code: 3

Inmate Name: Eastman, John        Date: 5/13/13

CJIS# 199337I    Housing Unit: 2M25    Inmate Signature: [signed]

Classification Specialist: [signed]        Date: 5/17/13

## Norfolk Sheriff's Office Classification Orientation Form

### Inmate Grievance Procedures

- In order to provide prompt, fair decisions and actions in response to inmate grievances (complaints), the Norfolk Sheriff's Office (NSO) has adopted Policy and Procedures regarding alleged grievances. Refer to the Norfolk City Jail Resident Handbook; consult with the Inmate Classification Specialist or Grievance Coordinator.

Any inmate who desires to make a written grievance (complaint) may obtain an Inmate Standard or Emergency Grievance Form from the floor supervisor. The following issues are considered grievable, utilizing the Emergency Grievance Process, CF#38.

1. Serious / Irreparable Harm or Risk of Injury
2. Missed Prescribed Medications
3. Missed Meals Due to No Fault of the Inmate

Any inmate needing assistance in understanding or completing the form may request assistance from the Grievance Coordinator, Inmates Classification Specialist or the floor supervisor.

A set of abbreviated guidelines is provided in the Norfolk City Jail Resident Handbook to assist each inmate.

### The following issues are grievable as recognized by the Norfolk Sheriff's Office:

1. The interpretation and application of Norfolk Sheriff's Office Policy and Procedures, institutional rules and regulations for residents
2. Actions of employees and other inmates, including denial of access to the grievance process
3. Any reprisal against an inmate by staff for filing a grievance or appeal under the inmate Grievance Procedure for participation in an Inmate Grievance Proceeding.
4. Life, health and safety violations
5. Alleged violations of inmate's civil or constitutional rights
6. Any alleged criminal or prohibited act by an employer to include unjust and selective enforcement of Norfolk Sheriff's Office rules, regulations and disciplinary procedures

### The following are not grievable issues as recognized by the Norfolk Sheriff's Office:

1. State and federal court regulations
2. Parole Board decisions
3. Adjustment Committee decisions
4. Norfolk Sheriff's Office Inmate programs
5. Any matter that is determined beyond the control of the Norfolk Sheriff's Office

### Resident Orientation:

Medically Cleared: ✓ YES ___ NO

Federal Inmate ___ YES ✓ NO

The inmate understands explanation and acknowledges with his/her initials next to each service.

| | | | |
|---|---|---|---|
| Communication Forms | [initials] | Grievance Procedures | [initials] |
| Medical Policies and Fees | [initials] | Recreation | [initials] |
| Therapeutic Programs | [initials] | Visitation | [initials] |
| Resident Handbook | [initials] | | |

Federal Inmates will be charged for all medical services thirty (30) days from incarceration date in our facility.
- Medical charges are in accordance to the Inmate Handbook.

Norfolk Sheriff's Office Classification Orientation Form Cont'd

CF-89-IR
Revised 06/14/2011

1

| User: JEPARKE | NORFOLK SHERIFF'S OFFICE | 05/14/2013 22:43:12 |
|---|---|---|

## Print Screening
## Inmate Suicide Screening Report

Booking #: 2013005611   Inmate: EASTMAN, JOHN   Race: W   Sex: M   DOB: ███ 1967

Screening Officer: (J1422) PARKER, JEREMY MR.   Date/Time 05/14/2013 22:43:07

| Q. # | Question | Answer | Notes |
|---|---|---|---|
| 1 | Is the current charge/detainer of the highest severity violent offense? | N | |
| 2 | Is Inmate a suicide risk? | | |
| 3 | Is the inmate a suicide risk? | N | |
| 4 | Medical risk requires special medical treatment or observation | N | |
| 5 | Severe substance abuse withdrawal symptoms | N | |
| 6 | Severe Mental Health concerns; Mentally ill/bizarre behavior; Mental subject | N | |
| 7 | Any reason to be separated due to a group/individual incarcerated in NCJ | N | |
| 8 | History of aggressive assaultive behavior; Discipline problem; Threat to safety | N | |
| 10 | MALES - (Alert of violent history)   SECTION 1

FEMALES - (Alert or violent history)   3M6 | | |
| 11 | MALES - (Mental health/Suicide precautions)  2P

FEMALES - (Mental health/Suicide precautions)  3R01 - 04 | | |
| 12 | MALES - (Medical)  SECTION 1 OR 2P

FEMALES - (Medical)  3M1 OR 3M2 | | |
| 13 | MALES - (Violent)  2M25 INTAKE HOUSING

FEMALES - (Violent)  3M6 | | |
| 14 | MALES - (Non-violent history)  2M24 INTAKE HOUSING

FEMALES - (Non-violent history  3M3 - 3M5 | N | |

X _____[signature]_____
Signature of Inmate

## INMATE VIOLATION REPORT

Date: 5-22-13  Time: 0922  Log # 13-1377
Inmate Name: Eastman, John  Housing: 651  CJIS#: 1993371
Violation Code: 221 Intentionally destroying city property
DESCRIPTION OF OFFENSE AND/OR DAMAGE TO PROPERTY
Inmate had strips of a tan sheet wrapped around his laundry bag

Reporting Staff: Dep Semand   J-number: 1031
Post Supervisor: Dep Saffano   J-number: 1037

### TEAM COMMANDER OR DIVISION SUPERVISOR'S ACTIONS
5 day cell restriction
No gym, no canteen, no visits

Team Commander or
Division Supervisor's Signature: [signature]   J-number: 746
Violation issued to inmate by: Cpl Mazzom   J-number: 746
Does inmate wish to appeal this violation report?  ☐ Yes   ☒ No   Int. [initials]
Inmate signature: [signature]   Date: 5-22-13

### ADJUSTMENT COMMITTEE ACTION REPORT

I, _____, have been informed of the charge(s) against me and my right to appeal to the Adjustment Committee. I do not wish to accept the disposition of the Deputy in charge and have received a copy of the violation report _____ (inmate int.). You are advised that you may employ an attorney (at your own expense) of your choice to be present at your committee hearing. If you want to hire an attorney, the hearing will be delayed not to exceed four working days. You are advised if you do not wish to employ an attorney, you may have the assistance of any volunteer advisor of your choice. You are advised that you may offer the testimony of voluntary witnesses, including other inmates. You are advised that you may request that the reporting Deputy be present at the hearing.

A. I do/do not desire to employ an attorney _____ (inmate int.)
B. Attorney contacted Name: _____  Date: _____  Time: _____
C. Volunteer advisor Name: _____  Date: _____  Time: _____
D. Witnesses: 1. _____  2. _____
E. I do/do not desire to call the reporting Deputy: _____ (Int.)
Deputy in charge: _____  Date: _____  Time: _____
CF-002 Revised (08/2010)   White – Classification   Yellow – Canteen   Pink – Floor   Green – Inmate

## CASE HEARD BY ADJUSTMENT COMMITTEE

Date: _____   Time: _____
BOARD MEMBERS: CHAIRPERSON: _____
MEMBER: _____
MEMBER: _____

Inmate Present: ☐ yes ☐ no   Witnesses Present: ☐ yes ☐ no
Inmate Offered plea agreement ☐ yes   Deputy Present: ☐ yes ☐ no
                                ☐ no

Findings and Action: _____

I have been informed of my right to request that the Sheriff review this decision.
Review requested: ☐ yes ☐ no  Inmate signature: _____
Letter to Sheriff due: _____   Inmate init: _____

### SHERIFF'S REVIEW
Reviewed by Sheriff / Designee: _____   Date: _____
Comments: _____

Sheriff / Designee _____

### LOSS OF PRIVILEGES
Term of Suspension: 5 days
Privileges taken: No gym, no rec, no canteen, no gifts

Start Date: 5-22-13   Reinstatement Date: 5-27-13
Authorized by: [signature] Date: 5-22-13

## NSO BOOKING DEPARTMENT INTAKE

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| BOOKING NUMBER: | 504745 | LAST NAME: Eastman | FIRST NAME: John | RACE: W | SEX: M |
| ICE ALERT: Y/**N** | OFFENSE CODE: 19.2-99 | NUMBER OF MISDEMEANORS: | NUMBER OF FELONIES: 0 | COURT: CSB | |
| HOLDS: Connecticut | BOND TYPE: No Bond | BOND AMOUNT: 0 | BONDING COMPANY: | | |
| TIME SEARCHED: 1910 | TIME COMMITTAL SIGNED: 1916 | BOOK START TIME: 2222 | BOOK END TIME: 2302 | TIME BAILED: | TIME TO JAIL: 0053 |
| BOOKING DEPUTY: Parker | J# 1422 | FINGER PRINT DEPUTY: Parker | J# 1422 | SEARCH DEPUTY: Tinbi | J# 1464 |
| MILITARY: Y/**N** | BRANCH: | SEX OFFENDER REGISTRATION Y/N | DNA Y/**N** | JAIL INMATE: Y/**N** | WEEKENDER Y/**N** |
| INFORMER CHECK: **Y**/N | HOLDING CELL: H6 | SSN: ...5221 | DATE OF BIRTH: ...67 | TRN# 1993371 | |

### NSO ARREST ONLY (I.E. COURTS, JAIL INMATES, TRANSPORTATION)

| ARREST DATE: | ARREST TIME: | ARREST LOCATION: | |
|---|---|---|---|
| ARRESTING OFFICER: | | | J# |

### PRISONER QUESTIONS

| | YES | NO |
|---|---|---|
| 1. Do you need **MEDICAL ATTENTION**? | | ✓ |
| 2. Have you recently been in a **MOTOR VEHICLE ACCIDENT / CAR CRASH**? | | ✓ |
| 3. Have you recently been the victim of a **VIOLENT ASSAULT**? | | ✓ |
| 4. Have you recently suffered any **MAJOR FALLS**? | | ✓ |
| 5. Have you had any other **SERIOUS INJURIES** within the past 5 days? | | ✓ |
| 6. Have you been in the **HOSPITAL** within the past 5 days? | | ✓ |
| 7. Any problems that you believe are **LIFE THREATENING**? | | ✓ |
| 8. Have you recently been Diagnosed or Treated for any **DISEASES**? | | ✓ |
| 9. Have you **TAKEN ANY DRUGS** within the last 24 hours? (Not including regular dosing of properly prescribed medications?) | | ✓ |
| 10. Are you presently having thoughts of **SUICIDE**? | | ✓ |
| 11. Are you having or have you had any **CHEST PAINS**? | | ✓ |

Note any medical condition the prisoner states:

PRISONER SIGNATURE: X [signature]

### DEPUTY QUESTIONS

| | YES | NO |
|---|---|---|
| 12. Has the prisoner been placed in a **POSITIONAL ASPHYXIA POSITION**? | | ✓ |
| 13. Does the prisoner **APPEAR INTOXICATED**? | | ✓ |
| 14. Does the prisoner have any known **ENEMIES**? | | ✓ |

DEPUTY SIGNATURE [signature]   DATE:   TIME:

IF "YES" WAS ANSWERED TO ANY OF THE QUESTIONS ABOVE, CONTACT MEDICAL ASSITANT

#130                                                                                           11/6/12