UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 3:16-CR-006(MPS) |
| v. | : |
| | : |
| JOHN EASTMAN | : May 6, 2016 |

**STIPULATION REGARDING EVIDENCE
RELATED TO DEFENDANT'S MOTION TO SUPPRESS**

The United States of America (the "Government") and the defendant, John Eastman, through their undersigned counsel, hereby stipulate as follows:

WHEREAS on January 7, 2016, a federal grand jury sitting in New Haven returned an indictment charging the defendant with one count of coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b), and one count of possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

WHEREAS on January 22, 2016, the defendant filed a Motion to Suppress Physical Evidence and Statements in which he seeks to suppress evidence the Government obtained from his computer and statements the defendant made to members of the Waterbury Police Department. The defendant argues, among other things, that he did not sign and/or initial the following documents which appear to bear the signature "John Eastman" or "John T. Eastman" and the initials "JE": (i) Waterbury Police Department Advisement of Rights form (ii) Waterbury Police Department Voluntary Statement Rights form (iii) Waterbury Police Department Voluntary Statement form, and (iv) Waterbury Police Department Consent to Search form (collectively, the "Disputed Documents"). The defendant retained the services of a handwriting expert, John Reznikoff, who examined photocopies of the Disputed Documents and compared

the signatures and initials on those forms to signatures and initials on other documents provided by the defendant. Mr. Reznikoff prepared a report, attached to the defendant's Motion to Suppress, in which he opined to a strong degree of professional certainty that the signatures and initials on the copies of the Disputed Documents do not share authorship with the signatures and initials on the other documents provided by the defendant.

WHEREAS the Government has custody of the original Disputed Documents, as opposed to photocopies, along with the following other original documents from the defendant's case that appear to bear the signature "John Eastman" or "John T. Eastman" and the initials "JE": (i) Uniform Arrest Report, (ii) Waterbury Police Department Booking Card, (iii) Waterbury Police Department Completed Questionnaire, and (iv) Commonwealth of Virginia/City of Norfolk Waiver of Extradition Proceedings form (collectively, the "Arrest Documents" and together with the original Disputed Documents, the "Original Documents").

WHEREAS on March 28, 2016, the Government filed a memorandum in opposition to the defendant's motion to suppress and attached a report from Joan DiMartino, who is a forensic document examiner employed by the United States Department of Homeland Security. According to her report, Ms. DiMartino examined the Original Documents as well as photocopies of other documents that appear to bear the signature "John Eastman" or "John T. Eastman" and the initials "JE." Ms. DiMartino found that the writer of the original signatures on the Arrest Documents prepared the original signatures on the Disputed Documents.

WHEREAS the Court has scheduled a suppression hearing for May 31, 2016.

WHEREAS the defendant's expert, Mr. Reznikoff, did not examine the Original Documents prior to preparing his report but only examined photocopies of the Disputed Documents and other documents supplied by the defendant.

WHEREAS the parties wish to provide Mr. Reznikoff with an equal opportunity to examine the Original Documents prior to the suppression hearing using examination tools at his place of business. His examination tools cannot be transported to the Government's offices. Mr. Reznikoff estimates he will need access to the Original Documents for approximately two hours.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that

1. On a date mutually agreeable to both parties, but no later than May 20, 2016, a Government law enforcement agent shall deliver and transfer chain of custody of the Original Documents to the defendant's designated handwriting expert, John Reznikoff, at 49 Richmondville Avenue, Westport, CT 06880, for examination.

2. Once delivered, Mr. Reznikoff shall be responsible to maintain and document the chain of custody of the Original Documents until the Original Documents are returned to the Government law enforcement agent.

3. If any of the Original Documents must be altered or consumed for purposes of Mr. Reznikoff's examination, Mr. Reznikoff will notify counsel for the defendant, who in turn, shall notify counsel for the Government, prior to the examination for an opportunity to be heard on the matter.

4. The defendant waives the right to object in any court proceeding to the admissibility of the Original Documents, as well as to any testimony concerning the Original Documents, based on the break in the chain of custody and control of the Original Documents by the Government, and/or any alteration or destruction of the Original Documents, from the time the Government delivers custody of the Original Documents to Mr. Reznikoff until the time Mr. Reznikoff returns the Original Documents to the Government.

5. Counsel for the defendant shall provide a copy of this Stipulation to Mr. Reznikoff prior to the date the Government delivers the Original Documents to Mr. Reznikoff.

DATED: May 6, 2016

For the United States of America:

DEIRDRE M. DALY
UNITED STATES ATTORNEY

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:  (203) 821-3700
Fax:   (203) 773-5376
Email: neeraj.patel@usdoj.gov

For the Defendant, John Eastman:

OFFICE OF THE FEDERAL DEFENDER

KELLY M. BARRETT
ASSISTANT FEDERAL DEFENDER
Bar No. ct27410
265 Church Street, Suite 702
New Haven, CT  06510
Tel.:  (203) 498-4200
Fax:   (203) 498-4207
Email: Kelly_barrett@fd.org

APPROVED and SO ORDERED this **6th** day of May, 2016 at Hartford, Connecticut.

/s/ MICHAEL P. SHEA

HON. MICHAEL P. SHEA
UNITED STATES DISTRICT JUDGE

4

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2016, a copy of the foregoing Stipulation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Neeraj Patel*
Neeraj Patel
Assistant United States Attorney

5