# EXHIBIT E

JD-CR-71 LP REV 7-05

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

DOB: 10/02/1967
DISPOSITION DATE:
DOCKET NO.: CR07-0363143-S

ORIGINAL INFORMATION: YES
COURT DATE: 07/26/2007
AT: GA04 - WATERBURY

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that

EASTMAN, JOHN

116 CONGRESS AV, WATERBURY, CT 00000

Did commit the offenses recited below:

Count: 1 RISK OF INJURY TO CHILD   Type/Class: F/C   At: WATERBURY
On or About: 07/26/2007   In Violation Of CGS/PA No: 53-21(a)(1)

Count: 2 BREACH OF PEACE 2ND DEG   Type/Class: M/B   At: WATERBURY
On or About: 07/26/2007   In Violation Of CGS/PA No: 53a-181

Count: 3 FLR COMPLY FINGERPRINT REQS   Type/Class: V/   At: WATERBURY
On or About: 07/26/2007   In Violation Of CGS/PA No: 29-17

SEE OTHER SHEETS FOR ADDITIONAL COUNTS

DATE: JUL 2 6 2007
SIGNED (PROSECUTING AUTHORITY)

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA (JUDGE)
JUL 2 6 2007
BOND: $50000
SURETY
CASH
ELECTION: COURT / JURY
ATTY.   PUB DEFENDER   GUARDIAN
ELECTION WITHDRAWN DATE
SEIZED PROPERTY

| COUNT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | SEP 13 2007 | | 3 2008 | | G | | 3yrs | 6mo |
| 2 | SEP 13 2007 | | 3 2008 | | G | | | |
| 3 | | | | | | | | |

DATE: JUL 2 6 2007
OTHER COURT ACTION
JUDGE: Roch

PUBLIC DEFENDER APPOINTED
BOND ONLY

PROBABLE CAUSE FOUND

Mental Health
Conditions in mit #
No Contact w/ Victim
No driving of Bond made

CONTINUANCES
| DATE | PURPOSE | REASON |
|---|---|---|
| 8-9-07 | | |
| 11-5 | X | |
| 3-3-08 | X | |

SEP 13 2007
FINE PAID   RECEIPT NO.   MITTIMUS DATE

PROSECUTOR ON ORIGINAL DISPOSITION | REPORTER ON ORIGINAL DISPOSITION | SIGNED (CLERK) | SIGNED (JUDGE)

DISC-000133

AUG 23 2007    Motion for Bond review (Pro Se)
                       Not  not acted on Roc
              Cont 9/13/07

OCT 15 2007
                              Brunetti
NOV 05 2007
  10·25 - Δ Rejects offer    Brunetti
          all offers w/d

MAR 03 2008

SUBSTANCE ABUSE EVALUATION

COURT FINDS                                  ☒ DO NOT THREATEN, ASSAULT, OR
and rights and pleaded voluntarily   drug charges   HARASS
                                             ☒ NO CONTACT    2 victims
                                             ☐ DOMESTIC
                                             ☒ SUBSTANCE
                                             ☐ PSYCHO...

                                             DNA
                                             PSI waiver
                                       Jail credit from
                                             7/25/07

DISC-000134

| UNIFORM ARREST REPORT JD-CR-21(1) | | FOR SPBI USE ONLY | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME OF ACCUSED (LAST, FIRST MIDDLE)<br>EASTMAN, JOHN | | SPBI USE ONLY | | | | | | UAR: 8431755 |
| NO., STREET, CITY, STATE AND ZIP<br>WATERBURY, CT | | | | | | | | COMPANION U.A.R. NO. |
| SEX<br>M | RACE<br>W | DATE OF BIRTH | PLACE OF BIRTH<br>CT | SOCIAL SECURITY NO. | HT.<br>600 | WT.<br>200 | HAIR<br>BRO | EYES<br>HAZ | DOCKET NO. |

| PHYSICAL CHARACTERISTICS (SMT) |
|---|
| |

| PHYSICAL DISABILITIES | RIGHT OR LEFT HANDED<br>LEFT | TEETH<br>FINE/GOOD/NO DISCERN |
|---|---|---|
| EMPLOYER SHOREWOOD PACKAGING<br>155 S LEONARD ST<br>WATERBURY, CT 06708 | | OCCUPATION<br>FACTORY WORKER |
| MARITAL STATUS<br>SINGLE | NUMBER OF CHILDREN<br>00 | EDUCATION<br>12 |
| NATIONALITY<br>UNITED STATES | | SKIN COMPLEXION<br>FAR |
| ACCOMPLICES | | PLACE ARRESTED<br>WATERBURY, CT |

| PHOTO AVAILABLE<br>X YES ___ NO | NAME AND ADDRESS OF RELATIVE OR PERSON TO BE NOTIFIED IN CASE OF EMERGENCY<br>SHOREWOOD PACKAGING<br>155 S LEONARD ST<br>WATERBURY, CT 06708 | | | |
|---|---|---|---|---|
| PALM PRINTS AVAILABLE<br>___ YES  X NO | | | | |
| ALIAS/MAIDEN NAME | ALIEN REG. NO. | OPERATOR'S LICENSE NO. (MV) | STATE | DATE AND TIME ARRESTED<br>07-26-2007<br>0402 |
| ___ SURETY<br>___ DETAINED | AMOUNT OF BOND<br>50 000 | ___ CASH<br>___ OTHER | COMMERCIAL/HAZ. MAT.<br>___ CDL ___ CV ___ HM | TOWN OF ARREST<br>151 | TOWN OF OFFENSE<br>151 |
| ARRESTING OFFICER<br>SHEEHAN, NATHAN | SHIELD NO.<br>727 | SIGNATURE OF ACCUSED<br>X Refused | | SIGNED – OFFICIAL TAKING PRINTS<br>maia606 |
| DEPARTMENT OR TROOP/ORI<br>CT0015100 | MOT. VEH. ___<br>REG. # ___ | P.D. ID NO.<br>000280944 | P.D. CASE NO.<br>200700062487 | NOTE AMP. |
| REMARKS | | F.V. ___ ALC. ___ NAR. ___ | COURT DATE<br>7-26-07 | S.P.B.I. NO. |
| | | G.A. NO.<br>GA-04 | DATE FINGERPRINTED<br>07-26-2007 | F.B.I. NO. |

| CHARGE(S) AND STATUTE NO. | DATE OF OFFENSE |
|---|---|
| 53-21 INJURY, RISK OF INJURY (F<br>53A-181 BREACH OF PEACE 2ND DE<br>29-17 Refusal to be fingerprinted | 07-26-2007<br>07-26-2007<br>07-26-2007 |

Waterbury Police Department
Waterbury, Connecticut
Standard Form Number P-01
Revised 09/06

# Waterbury Police Department
## Incident and Offense Report

1. COMPLAINT NUMBER: 07-6248 / 07-6258

| 2. FILE NUMBER | 3. STATUS | 4. OFF. I.D. | 5. DATE OPENED | 6. DATE CLEARED | 7. INCIDENT OR OFFENSE |
|---|---|---|---|---|---|
|  | 3 | 606 | 07-26-07 | 07-26-07 | Police Info. |

| 8. MAJ. CD. | 9. NAME OF PLACE, BUSINESS OR FIRM | 10. ADDRESS OF OCCURRENCE |
|---|---|---|
|  | Police Head Quarters | 255 East Main St |

| 11. LOC. CO. | 12. DAY OF WK. | 13. DATE OF OCCURRENCE | 14. TIME | 15. WEATHER | 16. OBJECT OF ATTACK |
|---|---|---|---|---|---|
|  | Th | 07-26-07 | 0500 | C | Other |

| 17. WEAP, TOOL, MEANS OF ATTACK OR ENTRY | 18. POINT OF ENTRY | 19. METHOD OF ATTACK |
|---|---|---|
| Other |  | Other |

| 20. VICTIM AGE | 21. SEX | 22. RACE | 23. VICTIM'S NAME | 24. VICTIM'S ADDRESS |
|---|---|---|---|---|
|  |  |  |  |  |

| 25. COMPLAINANT'S NAME | 26. COMPLAINANT'S ADDRESS | 27. PHONE |
|---|---|---|
| Maia, Querino | 255 East Main St. | 574-6920 |

| 28. DESCRIPTION OF PLACE | 29. NATURE OF LARCENY |
|---|---|

| 30. EST. VALUE OR TYPE OF STOL. PROP | CURRENCY | JEWELRY | FUR/CLOTH. | OFFICE EQUIP. | TV/RADIO | FIREARM | MISC. | TOTAL |
|---|---|---|---|---|---|---|---|---|

| 31. OTHER OFFICERS AT SCENE | 32. WITNESSES | 33. ADDRESS |
|---|---|---|
| Ofc. Leone |  |  |

COURT COPY

| 35. PERSONS ARRESTED - NAME | 36. ADDRESS | 37. CHARGE |
|---|---|---|
| Eastman, John | [redacted] | 29-12 Refusal to be printed |

| OFFICER REPORTING / SIGNATURE | 39. POST/BEAT | 40. DATE OF REPORT | 41. COMP. OPER. |
|---|---|---|---|
| ala #606 Querino Maia | Desk | 07-26-07 |  |

DISC-000136

**42. NARRATIVE:**

DETAILS OF OFFENSE: Describe important information as to why or how the incident occurred; physical evidence; include serial numbers of property if available; vehicles used if any; any suspects; etc.

On 07-26-07 at 0500hrs. I, Officer Maia, while working the desk asked a prisoner, John Eastman DOB ▮▮▮▮, to be printed several times, but Mr. Eastman refused and replied "fuck you I'm not doing shit." Mr. Eastman continued to refuse being printed. At this time Mr. Eastman was put back in his cell and charged with Refusal to be printed Ct. Stat: 29-12.

*J. Maia #606*

| 43. FOR FURTHER INVESTIGATION: | | | | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE | |
|---|---|---|---|---|---|
| DETECTIVE ☐ | YOUTH ☐ | V&I ☐ | OTHER: EXPLAIN ☐ | 44. SUPERVISOR APPROVING: | 45. DATE 7-26-07 |

DISC-000137