Crim-Mot hrg (Dec-2008)

HONORABLE: Michael P. Shea
DEPUTY CLERK: D.Johnson    RPTR/ECRO/TAPE: Marshall
TOTAL TIME: 5 hours ___ minutes    USPO ___    INTERPRETER ___
DATE: May 31, 2016    START TIME: 9:15am    END TIME: 2:50pm
LUNCH RECESS    FROM: 12:30    TO: 1:15
RECESS (if more than ½ hr)    FROM: ___    TO: ___

CRIMINAL NO. 3:16CR6 (MPS)    Deft # ___

UNITED STATES OF AMERICA

Patel / King
AUSA

vs

Barrett / Keenan
Defendant's Counsel ☐ CJA ☐ Retained ☒ PDA

JOHN EASTMAN

## HEARING ON CRIMINAL MOTIONS

| | | | |
|---|---|---|---|
| ☒ # 30 | Deft Eastman | Motion to Suppress | ☐ granted ☐ denied ☒ advisement |
| ☐ # __ | Deft ___ | Motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Deft ___ | Motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Deft ___ | Motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Deft ___ | Motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Deft ___ | Motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Deft ___ | Motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Deft ___ | Motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Deft ___ | Motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Govt's motion ___ | | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Govt's motion ___ | | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Govt's motion ___ | | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Govt's motion ___ | | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Deft ___ | oral motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Deft ___ | oral motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Deft ___ | oral motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Govt's oral motion ___ | | ☐ granted ☐ denied ☐ advisement |
| ☐ # __ | Govt's oral motion ___ | | ☐ granted ☐ denied ☐ advisement |

☐ Brief(s) due ___ Response(s) due ___ Replies due ___
☐ Bond ☐ set at $___ ☐ reduced to $___ ☐ Non-surety ☐ Surety ☐ PR
☐ Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☒ Defendant REMANDED to custody
☐ Competency Hearing ☐ held ☐ continued until ___ at ___
☐ ___ hearing continued until ___ at ___
☐ Court finds defendant ___ ☐ competent ☐ incompetent
☐ Court orders defendant ___ to undergo psychiatric evaluation
☐ Motion Hearing continued until ___ at ___
☐ SEE PAGE II for additional entries