AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                CONNECTICUT

UNITED STATES OF AMERICA

V.

JOHN EASTMAN

**Defendants**
**EXHIBIT AND WITNESS LIST**

Case Number:  3:16cr6 (MPS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Shea Michael | Patel | Barrett |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/31/16 - | Marshall | Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/31/16 | | | |
| | | | | | |
| | | | | | |
| | | | | | See Attached |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

| Defense Exhibit # | Date | Document Description |
|---|---|---|
| Full 1 | 05/07/13 | Incident & Offense Report, Detective Morgan, Waterbury Police Department 5/31 |
| Full 2 | 11/10/12 | Advisement of Rights 5/31 |
| Full 3 | 11/10/12 | Consent to Search Form |
| Full 4 | 11/10/12 | Voluntary Statement of Rights Form |
| Full 5 | 11/10/12 | Voluntary Statement |
| Full 6 | 07/26/07 | Arrest documents |
| Full 7 | 11/24/15 | John Eastman Affidavit |
| Full 8 | 11/23/15 | Linda Eastman Affidavit |
| Full 9 | 08/07/13 | Linda Eastman's complaint against Detective Morgan |
| Full 10 | 03/25/16 | Exterior of Eastman home, 157 Congress Avenue, 3rd Floor |
| Full 11 | 03/25/16 | Living Room, Eastman home 1 |
| Full 12 | 03/25/16 | Living Room, Eastman home 2 |
| Full 13 | 03/25/16 | John Eastman's Bedroom, Eastman home |
| Full 14 | 03/25/16 | Computer table in John Eastman's Bedroom, Eastman home 1 |
| Full 15 | 03/25/16 | Computer table in John Eastman's Bedroom, Eastman home 2 |
| Full 16 | 03/25/16 | Door leading to/from John Eastman's Bedroom to Living Room, Eastman home 1 |
| Full 17 | 03/25/16 | Door leading to/from John Eastman's Bedroom to Living Room, Eastman home 2 |
| Full 18 | 03/25/16 | Door leading to/from John Eastman's Bedroom to Living Room, Eastman home 3 |
| Full 19 | 03/25/16 | Door leading to/from John Eastman's Bedroom to Living Room, Eastman home 4 |
| Full 20 | 03/25/16 | Door leading to/from John Eastman's Bedroom to Living Room, Eastman home 5 |
| Full 21 | 06/11/16 | Floorplan of Eastman home 5/31 |
| Full 22 | 01/11/16 | John Resnikoff Questioned Documents Report |
| Full 23 | 03/16/12 | Yale New Haven Hospital surgery form |
| Full 24 | 02/23/15 | General Release |
| Full 25 | 02/23/15 | HIPAA Release |
| Full 26 | 03/19/15 | Mid State Medical Center Release |
| Full 27 | 03/19/15 | St Mary's Hospital Release |
| Full 28 | 03/19/15 | St. Francis Release |
| Full 29 | 03/19/15 | Waterbury Hospital Release |
| Full 30 | 03/19/15 | YNHH Release |
| Full 31 | 06/12/15 | Eastman signature samples given at BCC |
| Full 32 | undated | DCF Release |
| Full 33 | 03/19/15 | DOC Non-Health Release |
| Full 34 | undated | Social Security Card |
| Full 35 | 05/25/10 | Sears Receipt |
| Full 36 | 04/20/11 | DMV Change of Address Card |
| Full 37 | 06/01/08 | Lease – 157 Congress Avenue |
| Full 38 | 07/11/12 | HP Computer purchase receipt |
| Full 39 | undated | Waterbury Police Department Duty Manual Table of Contents(Partial) |
| Full 39-1 | | Waterbury Police Department Duty Manual , Article 1 |
| Full 39-2 | | Waterbury Police Department Duty Manual, Ch. 401 Article 6, 3 |
| Full 40 | | John Eastman Criminal History |

Defense Exhibit List – US v. John Eastman 3:16 cr 6 (MPS)