AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                    CONNECTICUT

UNITED STATES OF AMERICA

V.

JOHN EASTMAN

*Government's*
**EXHIBIT ~~AND WITNESS~~ LIST**

Case Number:  3:16cr6 (MPS)

| PRESIDING JUDGE Shea Michael | PLAINTIFF'S ATTORNEY Patel | DEFENDANT'S ATTORNEY Barrett |
|---|---|---|
| TRIAL DATE (S) 5/31/16 - | COURT REPORTER Marshall | COURTROOM DEPUTY Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/31/16 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | *See Attached* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 3:16-cr-006(MPS) |
| v. | : | |
| | : | |
| JOHN EASTMAN | : | March 23, 2016 |

## GOVERNMENT'S EXHIBIT LIST
## FOR SUPPRESSION HEARING

The Government respectfully discloses that it anticipates offering the following exhibits

at the suppression hearing scheduled for May 31, 2016:

| Government Exhibit # | Description | |
|---|---|---|
| *Full* 1 | Advisement of Rights, dated 11/10/2012 | 5/31 |
| *Full* 2 | Voluntary Statement Rights, dated 11/10/2012 | " |
| *Full* 3 | Consent to Search, dated 11/10/2012 | " |
| *Full* 4 | Voluntary Statement, dated 11/10/2012 | " |
| *Full* 5 | Waiver of Extradition Proceedings, dated 5/15/2013 | " |
| *Full* 6 | Uniform Arrest Report (UAR: 8481320) | " |
| *Full* 7 | Booking Card, dated 5/29/2013 | " |
| *Full* 8 | Questionnaire, dated 5/29/2013 | " |
| *Full* 9 | Electronic Monitoring Agreement, dated 1/28/2011 | " |
| *Full* 10 | Computer Access Agreement, dated 1/28/2011 | " |
| *Full* 11 | GPS Monitoring Agreement, dated 1/28/2011 | " |
| *Full* 12 | Firearm Acknowledgment, dated 1/28/2011 | " |
| *Full* 13 | Court Ordered Special Conditions, dated 1/28/2011 | " |
| *Full* 14 | Fingerprint Card, 11/19/1997 | " |
| *Full* 15 | Documents from Norfolk, Virginia Sheriff's Office | " |
| *Full* 16 | Lab Report of Joan A. DiMartino, dated 3/22/2016 | " |
| *Full* 17 | Letter from Comcast Cable, dated 11/6/2012 | " |
| *Full* 18 | Search and Seizure Warrant, dated 7/28/2015 | " |
| *Full* 19 | Application and Affidavit for Search and Seizure Warrant, dated 7/28/2015 | " |