AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

JOHN EASTMAN

Defendant's ~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:16cr6 (MPS)

| PRESIDING JUDGE<br>Shea Michael | PLAINTIFF'S ATTORNEY<br>Patel | DEFENDANT'S ATTORNEY<br>Barrett |
|---|---|---|
| TRIAL DATE (S)<br>5/31/16 - | COURT REPORTER<br>Marshall | COURTROOM DEPUTY<br>Johnson |

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 5·31·16 |  |  | Linda Eastman, Waterbury, CT |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages