AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ CONNECTICUT _____

UNITED STATES OF AMERICA

v.

JOHN EASTMAN

Government's ~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:16cr6 (MPS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Shea Michael | Patel | Barrett |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/31/16 - | Marshall | Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/31/16 | | | Det. Peter Morgan - Waterbury, CT |
| | | " | | | Det. David Terni, Waterbury, CT |
| | | " | | | Cap. William Fox |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of __1__ Pages