UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  3:16-CR-006(MPS) |
| v. | : | |
| | : | |
| JOHN EASTMAN | : | June 24, 2016 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The Government respectfully submits this request for a brief extension, until Monday, June 27, 2016, at 10:00 a.m, for the parties to file their proposed findings of fact and conclusions of law in connection with the defendant's motion to suppress evidence.

On May 31, 2016, the Court held a suppression hearing in connection with the defendant's motion to suppress.  At the conclusion of the hearing, the Court asked the parties to submit proposed findings of fact and conclusions of law.  The Court set a due date of two weeks from the day the hearing transcript was made available.  The transcript was made available on Friday, June 10, 2016, and therefore, the due date for the parties' submissions is the end of day on Friday, June 24, 2016.

The Government has been diligently working to complete its submission.  However, the undersigned AUSA has also been working to complete two other briefs due this week.  In addition, the undersigned was bedridden for a couple of days late last week due to a painful medical condition that required him to seek treatment at an urgent care medical facility.  These circumstances have impacted the Government's ability to complete its submission, and the Government respectfully requests a brief extension time.

1

The Government intends to work this weekend to finish its submission and will be able to submit it no later than Monday, June 27, at 10:00 a.m.

Counsel for the Government has conferred with defense counsel, Assistant Federal Defender Kelly Barrett, who has no objection to this request.

## **CONCLUSION**

Wherefore, for the foregoing reasons, the Government respectfully requests that the Court grant its request for an extension of time for the parties to file their proposed findings of fact and conclusions of law no later than Monday, June 27, 2016, at 10:00 a.m.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

/s/   Neeraj Patel
NEERAJ PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:   (203) 821-3700
Fax:   (203) 773-5376
Email: neeraj.patel@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2016, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/   Neeraj Patel
      Neeraj Patel
      Assistant United States Attorney