# EXHIBIT F

Waterbury Police Department
Waterbury, Connecticut
Standard Form Number P-09
Revised 09/06

## Waterbury Police Department
### Property Record Report

1I3 (Lg.M.E.)
Comp (in Bulk)

CN # 2012-066882

[X] EVIDENCE  [ ] FOUND  [ ] INVESTIGATION  [ ] SAFE KEEPING   COMPANION CN # _____

[ ] M/V FATALITY   [ ] FORENSIC   [ ] MISSING PERSON   [X] OTHER

(NOTE: IF MORE THAN ONE PERSON IS ARRESTED, PLACE INITIALS IN FRONT OF THE ITEMS TO IDENTIFY WHO THE PROPERTY WAS SEIZED FROM.)

PROPERTY SEIZED: (DESCRIBE TYPE, COLOR, ETC.)                           SERIAL NUMBER       NCIC CHECK
1. CD containing computer forensic examination results                                              -
2. Rights Card signed John Eastman                                                                   -
3. WPD Voluntary Statement Rights Form signed John Eastman                                           -
4. Consent to Search Form signed John Eastman                                                        -
5. IP address information from Comcast Cable                                                         -
6. HP Pavilion model p2 desktop computer                                3CR22116SQ                   -

78816-7

12-66882

Case Number:2012-00066882
Description:HP Pavillion Model p2 desktop
Tag Number:77616
Received Datetime:5/10/2013
Storage Location:1A1

Case Number:2012-00066882
Description:CD/RightsCard/Vol Statemnt/Consent/IP info
Tag Number:77615
Received Datetime:5/10/2013
Storage Location:1I3

IF CASH MONEY WAS SEIZED, ENTER TOTAL AMOUNT HERE →  $0.00   TYPE OF INCIDENT: **Crimes Against Children**

CHECK ONE → [X] COMPLAINANT  [ ] VICTIM  [ ] PROPERTY OWNER  [ ] DEPT. STORE  [ ] UNKNOWN
NAME: Trooper Jollymore                                      D.O.B _____
ADDRESS: _____   CITY: Bradford       STATE: VT
IF FOUND PROPERTY, WAS ATTEMPT MADE TO CONTACT OWNER:  YES _X_ NO ___   ( NOTIFIED: YES _X_ NO ___ )
NAME, ADDRESS, DOB OF ARRESTED:                                          CHARGES

WILL WARRANTS BE SOUGHT:   YES [X]  NO [ ]    UNDER INVESTIGATION [ ]
SUSPECT(S) NAME AND D.O.B.(S): Eastman, John
FOUND OR RECOVERED FROM: 255 East Main St., Waterbury, CT    DATE & TIME: 11/10/12 - 1855
INVESTIGATING OFFICER(S): Morgan, P                                   ID# 522
SUBMITTING OFFICER: Morgan, P                                          ID# 522
DESK OFFICER RECEIVING PROPERTY: _____              ID# ____
PROPERTY OFFICER RECEIVING PROPERTY: [signature]   5-10-13             ID# 442

PROPERTY RELEASE AUTHORIZATION

FORENSIC: _____ ID# _____  DETECTIVE BUREAU: _____ ID# _____  PROPERTY OFFICER: _____ ID# _____

## MOTOR VEHICLE TOW/STORAGE INFORMATION

TOW COMPANY: _____  STORED AT: _____
(IF OTHER THAN TOW COMPANY LOCATION)

SPECIAL INSTRUCTIONS: _____
(HOLD FOR PRINTS, PHOTOGRAPHS, SEARCH WARRANT, MECHANICAL INSPECTION, DETECTIVES, ETC.)

### DO NOT WRITE BELOW/ PROPERTY ROOM USE ONLY

### PROPERTY REMOVED FROM PROPERTY ROOM

| REMOVAL DATE AND TIME | REMOVAL PURPOSE | ITEM #'S | OFFICER AND ID # REMOVING ITEMS | SIGNATURE | PROPERTY OFF. & ID# RELEASING ITEMS | SIGNATURE |
|---|---|---|---|---|---|---|
| 1. 5/26/15 13:50 | Comp. | 1 | Morgan #522 | [sig] | R. Batista 1942 | [sig] |
| 2. 7/9/15 15:10 | Comp. | 6 | Morgan #522 | [sig] | C. Rhein | C. Rhein 594 |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |

### PROPERTY RETURNED TO PROPERTY ROOM

| RETURN DATE AND TIME | ITEM #'S | OFFICER AND ID # RETURNING ITEMS | SIGNATURE | PROPERTY OFF. & ID# RECEIVING ITEMS | SIGNATURE |
|---|---|---|---|---|---|
| 1. 7-10-15 11:50 | 1, 6 | PTA.Ly #522 | [sig] | C. Rhein | C. Rhein 594 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |

I ACKNOWLEDGE RECEIPT OF THE ITEM(S) LISTED BELOW AND RELIEVE THE WATERBURY POLICE DEPT. OF RESPONSIBILITY FOR SAID ITEM(S).

| ITEM NUMBER(S) | OWNER/AGENT SIGNATURE | RELEASED BY (PRINT NAME) | DATE RELEASED |
|---|---|---|---|
| #'s 2, 3, 4 | SA [sig] MJH #7504 | C. Rhein 594 | 3-1-16 |

### FINAL DISPOSITION / COURT ORDER

| RTO | ASSET | PART-B | STATE POLICE | STATE EXAMINER | DESTROYED |
|---|---|---|---|---|---|
| | | | | | |

IF OTHER – EXPLAIN: _TOT Dep of Homeland Security_

**INVENTORY OF PROPERTY SEIZED WITHOUT A SEARCH WARRANT**
JD-CR-14 Rev. 10-12
C.G.S. §§ 21a-262, 26-85, 26-90, 42-472a, 46b-121
54-36a,b,e and p, P.A. 12-55, Sec. 7

[ ] FOR P.D. USE ONLY
[ ] WARRANT APPLIED FOR
[ ] TO COURT

[X] To Court
[ ] Destroy - No Value
[ ] Case Pending
[ ] Return to Owner
[ ] Prisoner's
[ ] Juvenile

12-66882

**Part A** Court Docket Number

**Part B** Court Docket Number

Juvenile Court Docket Number

**Instructions**
1. Do not use this form if a search warrant is used
2. Original must be filed with the Clerk of Court
3. In the case of an arrest or referral, file with a uniform arrest report or Juvenile Summons/Complaint
4. Last copy for Police Department use

**Asset Forfeiture** Court Docket Number

In the Superior Court at [Area/Location of court]
[ ] Juvenile Matters  [X] Geographical Area / Housing
Court Appearance Date

Uniform Arrest Report/Juvenile Summons Number

Companion Case Number

460 Grand St.
12-66882

[X] Arrest  [ ] Return
[ ] Made  [X] Pending

Name, address and telephone number of defendant(s)/subject(s):
1. Eastman, John
   157 Congress Ave. 3rd Wtby, CT
2.
3.

Name, address and telephone number of complainant(s)/owner(s):
1. Jollymore, Trooper
   Bradford, VT
2.
3.

Type of incident: Possession of Child Pornography
Town of seizure: Waterbury
Date of seizure: 11/10/12
Type of property: [ ] Stolen [X] Evidence [ ] Lost/found [ ] Investigation

The following property was seized in connection with a criminal/delinquency case. (Describe quantity, type, color, serial number, etc.)

**Property Seized:**
1. CD containing computer forensic examination results
2. Rights card signed John Eastman
3. Written Voluntary Statement Rights form signed John Eastman
4. Consent to Search form, signed John Eastman
5. IP address information from Comcast Cable
6. HP Pavilion model p2 desktop computer S/N 3CR22116SQ
7.
8.
9.
10.
11.
12.

If cash money was seized, enter total amount here:
Total amount of cash: $

Signed: Det. [signature]   Title: Detective   Badge number: 4522   Date: 5/10/13   Department: Waterbury PD

**Property Room Use Only**
Evidence photographed: [X] No [ ] Yes
Date out:   Reason:   By:   Date returned:

(over)

INVENTORY OF SEIZED PROPERTY
WPD-0003

DEPARTMENT OF HOMELAND SECURITY

**CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE**

No. 6389087

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
| --- | --- |
| 3. Investigative Case No. | 4. Enforce No. |

| 5. Prior Detention? Yes ☐  No ☐  If yes, DHS 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) / / | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
| --- | --- | --- | --- |

| 9. Seized From: Name: _____ | 10. Entry No. | 11. Seal or Other ID Nos. |
| --- | --- | --- |
| Address: _____ | 12. Remarks: | |
| Telephone No. (   )   Ext: | | |

13. Send Correspondence to:

**14. PROPERTY** ( By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty. / UM | e. Est. Dom. Value |
| --- | --- | --- | --- | --- |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

**15. Seizing Officer**

| Print Name | X Signature | Date |
| --- | --- | --- |

**16. ACCEPTANCE / CHAIN OF CUSTODY**

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
| --- | --- | --- | --- | --- |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐
DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)