UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.  3:16CR6 (MPS) |
| JOHN EASTMAN | : | JUNE 27, 2015 |

**MOTION FOR PERMISSION FILE UNDER SEAL
AND TO FILE REDACTED DEFENDANT'S PROPOSED
FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The defendant, John Eastman, respectfully requests permission to redact a portion of the document, specifically one sentence on page 18, at 88(a), as that sentence contains confidential information.  The request to file redacted document is made pursuant to Rule 57 of the Local Rules of Criminal Procedure.

The defendant, Mr. John Eastman, also respectfully requests permission for leave to file an underacted version of Defendant's Proposed Findings of Fact and Conclusions of Law under seal.  In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as one sentence contains confidential information.

        Respectfully submitted,

        THE DEFENDANT,
        John Eastman

        FEDERAL DEFENDER OFFICE

Dated: June 27, 2016        /s/ Kelly M. Barrett
        Kelly M. Barrett
        Assistant Federal Defender
        265 Church Street, Suite 702
        New Haven, CT 06510
        Phone: (203) 498-4200
        Bar No.: ct27410
        Email: kelly_barrett@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 27, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ Kelly M. Barrett  
    Kelly M. Barrett