UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 3:16-cr-006(MPS) |
| v. | : | |
| | : | |
| JOHN EASTMAN | : | June 27, 2016 |

## MOTION TO SEAL

Pursuant to Local Rule 4(a) and Fed. R. Crim. P. 49.1(a) and (f), the Government electronically filed a redacted version of its Proposed Findings of Fact and Conclusions of Law ("Government's Proposed Findings") in order to prevent the public disclosure of the home address of the defendant and his mother.  The Government respectfully requests that the Court seal the unredacted copy of the Government's Proposed Findings to prevent the public disclosure of the same.  The unredacted version of the Government's Proposed Findings is being filed simultaneously with this motion to seal.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

*/s/   Neeraj N. Patel*
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700 / Fax: (203) 773-5376
Email: neeraj.patel@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2016, a copy of the foregoing motion to seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/   Neeraj N. Patel*
      Neeraj N. Patel
      Assistant United States Attorney