### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:16CR006(MPS) |
| JOHN EASTMAN | : | July 22, 2016 |

### MOTION TO CONTINUE JURY SELECTION AND DEADLINE FOR INDICATING INTENT TO PLEAD GUILTY

The Defendant, Mr. John Eastman, is charged with Possession of Child Pornography and Coercion/Enticement, in violation of 18 U.S.C. §§ 2242(b) and 2252(A)(5)(B). A telephonic status conference has been scheduled in this matter for August 3, 2016. In advance of the status conference, Mr. Eastman submits this motion seeking to postpone the deadlines for indicating an intent to plead guilty and for jury selection by approximately two months.

At an in-person status conference held on March 11, 2016, the Court scheduled a suppression hearing for March 31, 2016, and set jury selection for September 7, 2016. The Court also set August 5, 2016 as the deadline for Mr. Eastman to communicate his intent to plead guilty to the government and the Court in order to be awarded points for acceptance of responsibility. The parties requested this particular schedule so as to provide sufficient time to be built into the schedule between the suppression hearing and any ruling to follow and the jury selection date to allow for two things: 1) potential settlement discussions, if needed, to occur *following* a ruling on the motion to suppress, and 2) time to permit the defense to retain a forensic expert, if needed, to analyze the contents of the computer hard drive.

Thereafter, the Court postponed the suppression hearing to May 31, 2016. The hearing concluded that same day, and post-hearing briefing was submitted on June 27, 2016. As a result, the time that the Court and the parties had built into the schedule to allow for post-suppression-ruling

settlement discussions and retention of an expert has been compressed by two months, and the deadline for indicating an intent to plead guilty is about two weeks away.

Accordingly, Mr. Eastman respectfully requests that the Court postpone both the deadline for indicating an intent to plead guilty and the jury selection date by two months. The parties have discussed the matter and are in agreement that a two-month continuance is in the interest of justice and the best interests of both parties and the Court. Assistant United States Attorney Neeraj Patel has no objection to this motion being granted. Mr. Eastman and undersigned counsel have discussed the proposed continuance, and Mr. Eastman agrees that the proposed continuance is in his best interest. He has executed a written waiver of his right to a speedy trial up to and including December 1, 2016. A written waiver is attached hereto.

Whereby, it is respectfully requested that the Court continue the jury selection date from September 7, 2016 to a date in early November 2016, and continue the deadline for indicating an intent to plead guilty to 30 days prior to the new jury selection date.

        Respectfully submitted,

        THE DEFENDANT,
        John Eastman

        OFFICE OF THE FEDERAL DEFENDER

Dated: July 22, 2016        /s/ Kelly M. Barrett
        Kelly M. Barrett
        Assistant Federal Defender
        265 Church Street, Suite 702
        New Haven, CT 06510
        Bar No. ct27410
        Phone: 203-498-4200
        Fax: 203-498-4207
        Email: Kelly_barrett@fd.org

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 22, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Kelly M. Barrett
        Kelly M. Barrett