UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 16CR006(MPS) |
| JOHN EASTMAN | : | July 22, 2016 |

## WAIVER OF SPEEDY TRIAL

The defendant, John Eastman, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(c)(1).

In support of this waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

Counsel has explained his right to a speedy and public trial as provided in the Speedy Trial Act;

He understands that by signing this waiver, he will be giving up those rights accorded him/her by the Speedy Trial Act; and

He requests that the Court find the continuance to be in the best interest of the defendant, and that the ends of justice outweigh his interest and the public's interest in a Speedy Trial.

He also requests that the Court exclude the period of delay between September 7, 2016 and December 1, 2016.

_/s/ John Eastman_  
John Eastman

Date: 7/21/16

_/s/ Kelly M. Barrett_  
Kelly M. Barrett  
Assistant Federal Defender  
265 Church Street, Suite 702  
New Haven, CT 06510  
Phone: (203) 498-4200  
Bar no.: ct27410  
Email: kelly_barrett@fd.org

Date: 7/21/16

- 2 -

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 22, 2016, a copy of the foregoing WAIVER OF SPEEDY TRIAL was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kelly M. Barrett
Kelly M. Barrett