UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:16CR006(MPS) |
| JOHN EASTMAN | : | August 17, 2016 |

<u>MOTION TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL</u>

Undersigned counsel hereby files this motion on behalf of John Eastman.  Mr. Eastman has instructed undersigned counsel that he does not want the Federal Defender Office to represent him any longer and that undersigned counsel should cease working on his behalf.  He has also instructed undersigned counsel to request that the Court appoint CJA counsel for him.  The basis for Mr. Eastman's request is the existence of irreconcilable differences.

Jury selection is currently scheduled for November 9, 2016.  A copy of this motion will be mailed to Mr. Eastman at Bridgeport Correctional Center.

                                                     Respectfully submitted,

                                                     THE DEFENDANT,
                                                     John Eastman

                                                     FEDERAL DEFENDER OFFICE

Dated: August 17, 2016                /s/ Kelly M. Barrett
                                                   Kelly M. Barrett
                                                     Federal Defender
                                                     265 Church Street, Suite 702
                                                   New Haven, CT 06510
                                                   Phone: (203) 498-4200
                                                   Bar No.: ct27410
                                                   Email: kelly_barrett@fd.org

- 2 -

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on August 17, 2016, a copy of the foregoing motion to withdraw and for appointment of new counsel was filed electronically and served by mail, postage prepaid, on anyone unable to accept electronic filing.  A copy of the foregoing motion to withdraw was mailed, postage prepaid, to John Eastman, Inmate, at the Bridgeport Correctional Center, Bridgeport, Connecticut on August 17, 2016.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Kelly M. Barrett
                                            Kelly M. Barrett