Aug 17, 2016

Please notify all parties concerning my case.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES of AMERICA

V.

JOHN EASTMAN

NO. 3:16-CR-00006 (MPS)

Aug. 17, 2016

## MOTION TO DISMISS COUNSEL

The defendant respectfully moves this Court to grant this motion to remove Attorney <u>Kelly M. Barrett</u> from the above entitled case.

1) A conflict of interest has arisen.
2) Counsel has refused to allow the defendant to view any items that would enable the defendant to come to an intelligent and informed decision as to where defendant's best interest lies, and be able to aid in His/Her own defense.
3) Counsel has failed to investigate information by the defendant.
4) Counsel has given the defendant false information concerning the above entitled case.
5) Counsel has failed to discuss case.
6) And a violation of the 5th, 6th, 14th Amendment of the United States Constitution.

Case 3:16-cr-00006-MPS                           Aug. 17, 2016
Please notify all parties concerning my case.

7) Counsel will not return calls or send response to mail.
8) Losing legal work pertaining to my case.

John T. Eastman #181388
BCC
1106 North Ave
Bridgeport, CT 06604

Samuel Haight
Notary Public
My Commission Expires 8-31-19

S Olt                                              8-17-16
Notary public                                      Date

John Eastman / John Eastman                        8-17-16
Defendant                                          Date

John Eastman #181388
BCC
1106 North Ave
Bridgeport, CT 06604

"Legal Mail"



Office of the Clerk
United States District Court
450 Main Street
Hartford, CT 06103