Crim-Mot hrg (Dec-2008)

HONORABLE: Michael P. Shea
DEPUTY CLERK D. Johnson      RPTR/ECRO/TAPE Marshall
TOTAL TIME: ___ hours 20 minutes   USPO _____   INTERPRETER _____
DATE: Aug, 22, 2016   START TIME: 2:00   END TIME: 2:20
LUNCH RECESS   FROM: ___   TO: ___
RECESS (if more than ½ hr)   FROM: ___   TO: ___

CRIMINAL NO. 3:16cr6 (MPS)   Deft # _____

UNITED STATES OF AMERICA        Gifford
                                        AUSA
vs
                                Barrett / Keenan
JOHN EASTMAN                    Defendant's Counsel ☐ CJA ☐ Retained ☒ PDA

## HEARING ON CRIMINAL MOTIONS

| | # | Party | Motion | Ruling |
|---|---|---|---|---|
| ☒ | 73 | Deft Eastman | Motion to Withdraw counsel | ☒ granted ☐ denied ☐ advisement |
| ☐ | | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Deft | Motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Govt's motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Govt's motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Govt's motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Govt's motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Deft | oral motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Deft | oral motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Deft | oral motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Govt's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ | | Govt's oral motion | | ☐ granted ☐ denied ☐ advisement |

☐ Brief(s) due _____   Response(s) due _____   Replies due _____
☐ Bond ☐ set at $_____   ☐ reduced to $_____   ☐ Non-surety ☐ Surety ☐ PR
☐ Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ Defendant REMANDED to custody
☐ Competency Hearing ☐ held ☐ continued until _____ at _____
☐ _____ hearing continued until _____ at _____
☐ Court finds defendant _____ ☐ competent ☐ incompetent
☐ Court orders defendant _____ to undergo psychiatric evaluation
☐ Motion Hearing continued until _____ at _____
☐ SEE PAGE II for additional entries