UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:16 CR 006 (MPS) |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN EASTMAN | ) | SEPTEMBER 6, 2016 |

## SPEEDY TRIAL WAIVER

I, John Eastman, the Defendant in the above captioned case, hereby waive my right to a speedy trial during the time period from November 9, 2016 up to and including March 8, 2017. In support of this waiver, I represent that:

1. I have been informed of my right to a speedy trial under the Speedy Trial Act of 1974, 18 U.S.C. § 3161.

2. I am represented by counsel.

3. I understand that my attorney has filed a motion requesting that the Court extend the deadlines and trial date set forth in the Scheduling Order.

4. I understand that my attorney, who is newly appointed to this matter (as of 8/23/2016) requested this additional time in order to thoroughly review my file and the evidence, and to prepare for my defense, including determining whether there is a need to engage experts and allow time for experts to review relevant materials in this matter. I understand that by signing this Waiver, the time requested by my attorney's motion will be excluded from the calculation of my right to a speedy trial under the Speedy Trial Act of 1974.

5. I have read this Speedy Trial Waiver and I was able to understand it without difficulty, and any questions that I had regarding this Waiver were answered to my satisfaction.

6. I request that the Court find that the ends of justice is served by extending the deadlines set forth in the Scheduling Order outweigh the best interests of me and the public in a speedy trial.

DEFENDANT,

*/s/ John Eastman*
JOHN EASTMAN

HIS ATTORNEY,
*/s/ Moira L. Buckley*
MOIRA L. BUCKLEY
Federal Bar No. ct18803
The Law Office of Moira Buckley, LLC
P.O. Box 424
Marlborough, CT 06447
Telephone (860) 724-1325
Facsimile (860) 471-8334
mbuckley@mbuckleylaw.com

## Certificate of Service

I hereby certify that on September 8, 2016 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Moira L. Buckley
Federal Bar No. ct18803
The Law Office of Moira Buckley, LLC
55 Oak Street, Suite 4
Hartford, CT  06106
Telephone (860) 724-1325
Facsimile (860) 471-8334
mbuckley@mbuckleylaw.com