**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES | : | No. 3:16 CR006 (MPS) |
| | : | |
| v. | : | |
| | : | |
| JOHN EASTMAN | : | SEPTEMBER 29, 2016 |

**MOTION TO CONTINUE JURY SELECTION AND**
**DEADLINE FOR INDICATING INTENT TO PLEAD GUILTY**

Pursuant to Local Rule of Criminal Procedure 1(c), which incorporates Local Rule of

Civil Procedure 7(b), the defendant hereby moves this Court to continue jury selection and trial

in this matter from November 9, 2016 to April 5, 2017.  Additionally, the defendant moves to

extend the deadline for indicating intent to plead guilty to 30 days prior to the date of jury

selection.

In support of this motion the parties respectfully submit the following:

1.      The defendant is charged with Possession of Child Pornography and

Coercion/Enticement, in violation of 18 U.S.C. §§ 2242 (b) and 2252 (A)(5)(B).

2.      On August 23, 2016, the Court granted the motion of Mr. Eastman's prior counsel

(Kelly M. Barrett, Assistant Federal Defender) to withdraw as counsel, and appointed

undersigned counsel, Ms. Buckley, to represent Mr. Eastman in this matter.  Ms. Buckley

obtained Mr. Eastman's file from Ms. Barrett's office on August 26 and is in the process of

reviewing it.

3.      The extension of time is necessary so that undersigned counsel may thoroughly

review the discovery and relevant materials in this matter, determine whether the engagement of

expert assistance is necessary, and if so, to allow any potential expert enough time in which to

conduct whatever evaluations or reviews may be necessary.

4.    The requested continuance regarding both jury selection and deadline for indicating intent to plead guilty is necessary so that undersigned counsel may, after reviewing the evidence and consulting with potential experts, effectively communicate with Mr. Eastman regarding the case and his intent to go forward with trial or plead guilty.

5.    The requested continuance is necessary so that undersigned counsel may effectively represent Mr. Eastman.

6.    Mr. Eastman has executed a speedy trial waiver consistent with the requested continuance.

7.    This is the defendant's second motion to continue jury selection and deadline for indicating intent to plead guilty, but the first filed by undersigned counsel.

8.    The requested continuance is in the interest of the parties as well as in the interest of justice.

9.    The Government does not object to this motion.

**WHEREFORE**, the defendant respectfully requests that the Court continue the jury selection date to April 5, 2017 and the deadline for indicating intent to plead guilty to 30 days before jury selection, together with such other and further relief as the Court deems proper.

DEFENDANT,
John Eastman

By:_____/s/_____
Moira L. Buckley
Federal Bar No. ct18803
The Law Office of Moira Buckley, LLC
P.O. Box 424
Marlborough, CT  06447
Telephone (860) 724-1325
Facsimile (860) 471-8334
mbuckley@mbuckleylaw.com

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2016, the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the court's system.

_____/s/_____

Moira L. Buckley