UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | No. 3:16 CR006 (MPS) |
| v. | : | |
| JOHN EASTMAN | : | JANUARY 25, 2016 |

**MOTION TO CONTINUE JURY SELECTION AND
DEADLINE FOR INDICATING INTENT TO PLEAD GUILTY**

Pursuant to Local Rule of Criminal Procedure 1(c), which incorporates Local Rule of Civil Procedure 7(b), the defendant hereby moves this Court to continue jury selection and trial in this matter from April 5, 2017 to June 7, 2017. Additionally, the defendant moves to extend the deadline for indicating intent to plead guilty to 30 days prior to the date of jury selection. The defendant also moves to extend the deadline for all pretrial motions commensurate with any time granted for continuance of trial.

In support of this motion the parties respectfully submit the following:

1.      The defendant is charged with Possession of Child Pornography and Coercion/Enticement, in violation of 18 U.S.C. §§ 2242 (b) and 2252 (A)(5)(B).

2.      On August 23, 2016, the Court granted the motion of Mr. Eastman's prior counsel (Kelly M. Barrett, Assistant Federal Defender) to withdraw as counsel, and appointed undersigned counsel, Ms. Buckley, to represent Mr. Eastman in this matter. Ms. Buckley obtained Mr. Eastman's file from Ms. Barrett's office on August 26 and needed time to review the file and evidence.

3.      Upon reviewing the file and evidence in the matter, undersigned counsel determined that a computer forensic expert was necessary to assist in defending Mr. Eastman.

Counsel sought authorization for funds to hire an expert on October 14, 2016. Authorization was granted on November 15, 2016.

4. The defendant's expert has reviewed relevant discovery and undersigned counsel is working with AUSA Patel to arrange for him to conduct a forensic review of the computer evidence in this matter. Such evidence includes the computer seized from Mr. Eastman's evidence as well as any computer evidence taken from complaining witnesses in this matter. The Government advised counsel today that the computer of one of the complaining witnesses needs to be, and will be, examined by the Government; the computer was only recently obtained. Once the Government conducts its review, the defendant's expert will have to conduct his own review of the computer.

5. The requested continuance regarding both jury selection and the deadline for indicating an intent to plead guilty is necessary so that the computer expert can complete his tasks and educate undersigned counsel on the computer forensic evidence in this matter and so, in turn, counsel may effectively represent Mr. Eastman in preparing for trial, and/or in advising him regarding a potential guilty plea.

6. Mr. Eastman has executed a speedy trial waiver consistent with the requested continuance.

7. This is the defendant's third motion to continue jury selection and deadline for indicating intent to plead guilty, but the second filed by undersigned counsel.

8. The requested continuance is in the interest of the parties as well as in the interest of justice.

9. The Government does not object to this motion.

**WHEREFORE**, the defendant respectfully requests that the Court continue the jury selection date to June 7, 2017 and the deadline for indicating intent to plead guilty to 30 days before jury selection, together with such other and further relief as the Court deems proper.

```
                                    DEFENDANT,
                                    John Eastman

                                    By:____/s/_____
                                    Moira L. Buckley
                                    Federal Bar No. ct18803
                                    The Law Office of Moira Buckley, LLC
                                    P.O. Box 424
                                    Marlborough, CT  06447
                                    Telephone (860) 724-1325
                                    Facsimile (860) 471-8334
                                    mbuckley@mbuckleylaw.com
```

### CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2017, the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the court's system.

```
                                    _____/s/_____
                                    Moira L. Buckley
```