## CRIMINAL CALENDAR

---

The following criminal case will be presented by the United States of America in United States District Court, 450 Main Street, Hartford, Connecticut, before the Honorable Michael P. Shea, United States District Judge, Courtroom No. 2, on Thursday, March 2, 2017, at 3:00 p.m.

---

AUSA Neeraj N. Patel

Change of Plea Hearing

UNITED STATES                                    Docket Nos.:   3:16-cr-006 (MPS)

     -vs-

JOHN EASTMAN                                     COUNT ONE:
                                                 18 U.S.C. § 2422(b)
                                                 (Coercion and Enticement of a Minor)

                                                 Penalties:
                                                 Imprisonment:          Minimum: 10 years
                                                                        Maximum: Life

                                                 Fine:                  Maximum: $250,000

                                                 Supervised Release:    Minimum: 5 years
                                                                        Maximum: Life

                                                 Special Assessment:    $100.00

To:     Honorable Michael P. Shea, United States District Judge

Cc:     U.S. Attorney's Office
        Clerk's Office - Hartford
        U.S. Marshals Service - Hartford
        Moira L. Buckley, Esq.