UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:16-cr-006 (MPS) |
| | : | |
| v. | : | |
| | : | |
| JOHN EASTMAN | : | MARCH 14, 2017 |

**DEFENDANT'S MOTION TO CONTINUE
SENTENCING AND TO AMEND SCHEDULING ORDER**

Pursuant to Fed.R.Crim.P. 32 and Local Rule 32(f), the Defendant, John Eastman, respectfully requests that the Court continue the sentencing in this case presently scheduled for May 31, 2017 until June 30, 2017 or at least 30 days from the original sentencing date.  The Government does not object to this motion.

The Defendant also requests that the scheduling order be amended in accordance with any continuance of the sentencing.  In support of this motion, the Defendant submits:

1. On March 2, 2017 the Defendant entered a guilty plea to count one of the indictment charging him with use of an interstate facility to persuade a minor to engage in unlawful sexual activity, in violation of § 18 U.S.C. 2422(b)

2. His sentencing is scheduled for May 31, 2017.

3. Undersigned counsel and the probation officer assigned to this matter have conferred and concluded that a continuance of at least 30 days is necessary so that they may each compile the information necessary for sentencing.  Mr. Eastman's history and the facts of the case present a multitude of issues that undersigned counsel believes will require additional time to address and, if possible, resolve prior to sentencing.

2318472v1

1

**WHEREFORE**, the Defendant respectfully requests that the Court continue the sentencing presently scheduled for May 31, 2017 until June 30, 2017 or at least 30 days from the original sentencing date.

                                        DEFENDANT,
                                        JOHN EASTMAN


                            BY:     _____/s/_____
                                        Moira L. Buckley
                                        Federal Bar No. ct18803
                                        The Law Office of Moira Buckley, LLC
                                        P.O. Box 424
                                        Marlborough, CT 06447
                                        Telephone (860) 724-1325
                                        Facsimile (860) 471-8334
                                        mbuckley@mbuckleylaw.com

## CERTIFICATION OF SERVICE

  I hereby certify that on March 14, 2017, the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's system.

                    /s/
                Moira L. Buckley