UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:16-cr-006 (MPS) |
| | : | |
| v. | : | |
| | : | |
| JOHN EASTMAN | : | MARCH 31, 2017 |

**MOTION TO WITHDRAW AS COUNSEL
AND TO APPOINT REPLACEMENT CJA COUNSEL**

Undersigned counsel moves to withdraw as counsel for the Defendant, John Eastman, in the above-referenced matter. On March 2, 2017, Mr. Eastman entered a guilty plea to one count of use of an interstate facility to persuade a minor to engage in unlawful sexual activity in violation of § 18 U.S.C. 2422(b). Mr. Eastman has since advised counsel that he wishes to withdraw his guilty plea and to inform the Court of his decision. Upon information and belief, the basis of Mr. Eastman's motion to withdraw would implicate undersigned counsel's representation of him and could make her a witness in a hearing on any such motion.

Additionally, counsel very recently was offered a position in the Federal Defender's Office and has accepted that position. Mr. Eastman had previously been represented by the Federal Defender's Office and they, upon his request, withdrew from representation of him on the basis of irreconcilable differences. While counsel does not necessarily think that joining the Federal Defender's Office would preclude her from continuing to represent Mr. Eastman free from conflict, counsel wanted to bring this factor to the Court's attention.

Undersigned counsel respectfully requests that the Court allow her to withdraw as counsel for Mr. Eastman and to appoint replacement counsel for Mr. Eastman from the

2318472v1                                  1

Criminal Justice Act Panel so that he may be counseled regarding his decision to withdraw his guilty plea free of any conflict of interest.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion together with any relief the Court deems appropriate.

BY: _____/s/_____
Moira L. Buckley
Federal Bar No. ct18803
The Law Office of Moira Buckley, LLC
P.O. Box 424
Marlborough, CT 06447
Telephone (860) 724-1325
Facsimile (860) 471-8334
mbuckley@mbuckleylaw.com

## CERTIFICATION OF SERVICE

 I hereby certify that on March 31, 2017, the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's system.

                /s/
              Moira L. Buckley