Crim-Mot hrg (Dec-2008)

**HONORABLE:** Michael P. Shea
**DEPUTY CLERK** D. Johnson     **RPTR/ECRO/TAPE** Marshall
**TOTAL TIME:** _____ hours  40  minutes   **USPO** _____    **INTERPRETER** _____
**DATE:** April 12, 2017   **START TIME:** 2:05   **END TIME:** 2:45
**LUNCH RECESS**  FROM: _____  TO: _____
**RECESS (if more than ½ hr)** FROM: _____  TO: _____

**CRIMINAL NO.** 3:16CR6 (MPS)   **Deft #** _____

UNITED STATES OF AMERICA

vs

JOHN EASTMAN

Gifford
AUSA

Buckley
Defendant's Counsel  ☒ CJA  ☐ Retained  ☐ PDA

## HEARING ON CRIMINAL MOTIONS

- ☒ # 105  Deft Eastman  Motion to withdraw attorney — ☐ granted ☐ denied ☒ advisement
- ☐ # ___  Deft  Motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Deft  Motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Deft  Motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Deft  Motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Deft  Motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Deft  Motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Deft  Motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Deft  Motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Govt's motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Govt's motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Govt's motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Govt's motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Deft ___ oral motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Deft ___ oral motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Deft ___ oral motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Govt's oral motion — ☐ granted ☐ denied ☐ advisement
- ☐ # ___  Govt's oral motion — ☐ granted ☐ denied ☐ advisement
- ☐ Brief(s) due _____ Response(s) due _____ Replies due _____
- ☐ Bond ☐ set at $_____ ☐ reduced to $_____   ☐ Non-surety ☐ Surety ☐ PR
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☒ Defendant REMANDED to custody
- ☐ Competency Hearing ☐ held ☐ continued until _____ at _____
- ☐ _____ hearing continued until _____ at _____
- ☐ Court finds defendant _____ ☐ competent ☐ incompetent
- ☐ Court orders defendant _____ to undergo psychiatric evaluation
- ☐ Motion Hearing continued until _____ at _____
- ☐ SEE PAGE II for additional entries