UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.  3:16-CR-006(MPS) |
| v.             : | |
| : | |
| JOHN EASTMAN        : | May 5, 2017 |

**GOVERNMENT'S MOTION TO CORRECT A CLERICAL
ERROR IN THE COURT'S RULING OF MAY 4, 2017**

The Government respectfully submits this motion, pursuant to Fed. R. Crim. P. 36, to correct what the Government believes may be a clerical error in the Court's May 4, 2017 Ruling (ECF No. 113) denying Mr. Eastman's motion to withdraw his guilty plea and granting his attorney's motion to withdraw as counsel.

At the bottom of page 18 of the Court's Ruling, the Court states "At the *plea hearing*, both Attorney Buckley and Mr. Eastman indicated that the basis of their disagreement was the question of whether Mr. Eastman should seek to withdraw his guilty plea." ECF No. 113 at 18 (emphasis added).  The Government does not believe this discussion with the Court occurred during the plea hearing.  Rather, the Government believes it may have occurred at the April 12, 2017 hearing on the motion to withdraw as counsel, when the Court was conducting the sealed portion of the hearing outside the presence of Government counsel.

While this should not affect the Court's decision on the merits of the motions, the Government anticipates that Mr. Eastman may seek to appeal the Court's decision after he is sentenced and the judgment of conviction has entered.  In order to avoid any confusion in the record about the timing of the above-referenced discussion with the Court in the event of an appeal, the Government respectfully requests that the Court amend page 18 of its Ruling to identify the correct the hearing at which the discussion with the Court took place.

## CONCLUSION

For the forgoing reasons, the Government respectfully requests that the Court grant this motion.

        Respectfully submitted,

        DEIRDRE M. DALY
        UNITED STATES ATTORNEY

        */s/   Neeraj N. Patel*
        NEERAJ N. PATEL
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No. phv04499
        157 Church Street, 25th Floor
        New Haven, CT  06510
        Tel.:   (203) 821-3700
        Fax:   (203) 773-5376
        Email: neeraj.patel@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2017, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        */s/   Neeraj N. Patel*
        Neeraj N. Patel
        Assistant United States Attorney