UNITED STATES DISTRICT COURT
DISTRICT ON CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 3:16-CR-00006 (MPS) |
| V. | : | |
| | : | |
| JOHN EASTMAN | : | MAY 8, 2017 |

## MOTION TO CONTINUE SENTENCING

Defendant John Eastman through counsel hereby moves to postpone his sentencing in this case not less than 90 days (except from August 20-29).  The ground for this motion is that the undersigned was appointed on May 6, 2017, to represent the defendant, and additional time is needed to adequately review the file, to investigate aspects of the defendant's background so that the matters can be reasonably presented in the Presentence Report, and to evaluate what actions should reasonably be taken at this point.  Defendant is in custody, and there is no known unfair prejudice to him if this motion is granted.  The undersigned met with him earlier today, and he was advised that this motion would be filed and he stated that he concurred with its being granted.  This is the first motion addressed to this time limit, and counsel for the government has no objection to its being granted.

THE DEFENDANT

By /s/ William M. Bloss
WILLIAM M. BLOSS
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL:  203-336-4421
FAX: 203-368-3244
Email: bbloss@koskoff.com

CERTIFICATION

    I hereby certify that on May 8, 2017, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.   Parties may access this filing through the Court's system.

    /S/ William M. Bloss
    WILLIAM M. BLOSS