UNITED STATES DISTRICT COURT
DISTRICT ON CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **NO. 3:16-CR-00006 (MPS)** |
| **V.** | **:** | |
| | **:** | |
| **JOHN EASTMAN** | **:** | **JULY 31, 2017** |

### MOTION TO CONTINUE SENTENCING

Defendant John Eastman through counsel hereby moves to postpone his sentencing in this case and to amend the schedule as follows:

1. Sentencing during the week of November 6, 2017 (*from October 4, 2017*).

2. Initial presentence report due September 30, 2017.

3. Objections to the initial presentence report due October 13, 2017.

4. Final presentence report due October 20, 2017.

5. Sentencing memoranda due October 27, 2017.

6. Responses to Sentencing memoranda are due November 3, 2017.

The ground for this motion is that the undersigned was appointed on May 6, 2017, to represent the defendant, and additional time is needed to adequately review the file, to investigate aspects of the defendant's background so that the matters can be reasonably presented in the Presentence Report, and to evaluate what actions should reasonably be taken at this point.  Perhaps most importantly, the undersigned has arranged for a mental health evaluation of defendant which may be of substantial interest in fashioning a reasonable sentence under the factors set forth in 18 U.S.C. § 3553.  This evaluation and the related report is expected to be completed on or about September 23, 2017.  Defendant is in custody, and there is no known unfair prejudice to him if

this motion is granted.  The undersigned has recently met with him, and he was advised that this motion would be filed and he stated that he concurred with its being granted.  This is the second motion addressed to this time limit, and counsel for the government has no objection to its being granted.  The United States Probation Office has also been contacted and reports that if the evaluation report is indeed prepared on or about September 23, 2017, then this schedule can be met from that office's perspective.

**THE DEFENDANT**

By /s/ William M. Bloss
WILLIAM M. BLOSS
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL:  203-336-4421
FAX: 203-368-3244
Email: bbloss@koskoff.com

CERTIFICATION

I hereby certify that on July 31, 2017, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/S/ William M. Bloss
WILLIAM M. BLOSS