## UNITED STATES DISTRICT COURT
## DISTRICT ON CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **NO. 3:16-CR-00006 (MPS)** |
| **V.** | **:** | |
| | **:** | |
| **JOHN EASTMAN** | **:** | **October 26, 2017** |

### MOTION TO CONTINUE SENTENCING

Defendant John Eastman through counsel hereby moves to postpone his sentencing in this case and to amend the schedule as follows:

1. Sentencing during the week of November 26-30, 2017 (*from Nov. 8, 2017*).

2. Defendant's Sentencing memorandum due November 14, 2017.

3. Government's Sentencing memorandum due on or before November 22, 2017.

The ground for this motion is that this case presents several complicated Sentencing Guidelines and § 3553 issues that require a brief additional extension.  Given the nature of the charges and the potential penalties it seems reasonable that a complete record be available.  Further, the undersigned still expects to present a mental health evaluation of defendant which may be of assistance in fashioning a reasonable sentence under the factors set forth in 18 U.S.C. § 3553. The undersigned expects that this will be completed very shortly and will be provided to the Probation Office and to the government.  Defendant is in custody, and there is no known unfair prejudice to him or to the government if this motion is granted.  This is the third motion by current counsel addressed to this time limit, and counsel for the government has no objection to its being granted.

**THE DEFENDANT**

By /s/ William M. Bloss
      WILLIAM M. BLOSS
      Federal Bar No. ct01008
      Koskoff Koskoff & Bieder, P.C.
      350 Fairfield Avenue
      Bridgeport, CT 06604
      TEL:  203-336-4421
      FAX: 203-368-3244
      Email: bbloss@koskoff.com

<u>CERTIFICATION</u>

I hereby certify that on October 26, 2017, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.   Parties may access this filing through the Court's system.

/S/ William M. Bloss

WILLIAM M. BLOSS