# EXHIBIT B

# INFORMATION

JD-CR-71 Rev 7-87
Old CCP-100

910-8023 M-5-91
Hotton

DISPOSITION DATE FEB 4 1998

**SUPERIOR COURT**

## TITLE, ALLEGATION, AND COUNTS

STATE OF CONNECTICUT VS. (Name of Accused): **JOHN EASTMAN**
ADDRESS: New Haven, Ct.
TO BE HELD AT (TOWN): Meriden
G.A.: 7
DOCKET NO.: 18456

The undersigned, Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut, in said Geographical Area, on his oath of office complains, deposes, and alleges that he has reason to believe and does believe that

**FIRST COUNT — DID COMMIT THE CRIME OF**
Attempted Sexual Assault 4th Degree
AT (TOWN): North Haven
ON OR ABOUT: 5-25-91
IN VIOLATION OF GENERAL STATUTE NO.: 53a-73a / 53a-49

**SECOND COUNT DID COMMIT THE CRIME OF**
Risk Of Injury To A Minor
AT (TOWN): North Haven
ON OR ABOUT: 5-25-91
IN VIOLATION OF GENERAL STATUTE NO.: 53a-21(2)

CONTINUED TO:
1. 12-18
2. 1-7-98 P
3. 1-14-98 ✗
4. 1-28-98 ✗
5. 2.4 ✗

DATE: 6-14-91  SIGNED (DEPUTY ASSISTANT STATE'S ATTORNEY)
DATE: 6-14-91  SIGNED JUDGE

## COURT ACTION

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA
JUDGE: Seguin  (DATE) 1-7-98
COURT INQUIRED, PLEA FOUND TO BE VOLUNTARY  w/PSI
IMMIGRATION WARNING ISSUED

FIRST COUNT — DATE OF PLEA 1/7/98 — PLEA: NG — FEB 4 1998 — 2 years Prob / 1 year E/S — 200 / 20
SECOND COUNT — 1/7/98 — 5 years Prob / 5 years E/S
THIRD COUNT — concurrent

sex offender treat.
sub abuse eval / treat.
no contact w/ victim

Seguin