UNITED STATES DISTRICT COURT
DISTRICT ON CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 3:16-CR-00006 (MPS) |
| V. | : | |
| | : | |
| JOHN EASTMAN | : | November 24, 2017 |

## MOTION TO WITHDRAW APPEARANCE

Defendant John Eastman moves that the undersigned counsel be allowed to withdraw his appearance for defendant in this case <u>following his sentencing</u> on November 28, 2017, for these reasons:

1. The undersigned is not currently a member of the Second Circuit's appellate panel under the Criminal Justice Act;

2. Defendant requests that counsel with no involvement with the case to this point handle the appeal so that appellate counsel can undertake a "fresh look" at the record for purposes of pursuing an appeal.

Defendant does not request a change in counsel before sentencing, and is prepared to proceed as scheduled.

THE DEFENDANT

By /s/ William M. Bloss
WILLIAM M. BLOSS
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL:  203-336-4421
FAX: 203-368-3244
Email: bbloss@koskoff.com

**CERTIFICATION**

I hereby certify that on November 24, 2017, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/S/ William M. Bloss
WILLIAM M. BLOSS