UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO: 3:16CR0006 (MPS) |
| v. | : | |
| | : | |
| JOHN EASTMAN | : | November 27, 2017 |

MOTION FOR ORDER OF FORFEITURE

Pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure and the plea agreement between the United States of America and the Defendant, John Eastman, the United States of America requests that this Court enter the attached Order of Forfeiture, forfeiting to the United States the property described in the plea agreement, and which orders the United States Department of Homeland Security and its components to seize and maintain custody of the forfeited property and dispose of it in accordance with the law.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*
_____
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. phv04499
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
PHONE NO.: (203) 821-3700
FAX: (203) 773-5373
EMAIL: neeraj.patel@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Neeraj N. Patel*
_____
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY