UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO: 3:16CR0006 (MPS) |
| v. : | |
| : | |
| JOHN EASTMAN : | |

ORDER OF FORFEITURE

WHEREAS, defendant John Eastman has pled guilty to Count One of the Indictment in this case, which charges him with use of an interstate facility to persuade a minor to engage in unlawful sexual activity, in violation of 18 U.S.C. § 2422(b), and he has agreed by way of a plea agreement letter dated March 2, 2017, to forfeiture of the below-referenced property;

WHEREAS, the Court finds, based on the Defendant's plea agreement letter that the United States of America ("Government") has established the requisite nexus between the below-referenced property and the offenses to which the defendant has pled guilty;

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 21 U.S.C. § 853, that all right, title and interest that the defendant may have in the following property: one (1) HP Pavilion desktop computer bearing serial number 3CR22116SQ, containing one (1) 500 gigabyte Hitachi computer hard drive bearing serial number JP1572FL0375ZK, is hereby condemned and forfeited to the United States of America.

IT IS FURTHER ORDERED, pursuant to 21 U.S.C. § 853(g) and Fed. R. Cri. P. 32.2(b)(3), that the United States Department of Homeland Security and its components shall seize said property and conduct any discovery proper in identifying, locating, or disposing of the property subject to forfeiture, and to commence proceedings that comply with any statutes governing third-party rights.

IT IS FURTHER ORDERED, pursuant to 21 U.S.C. § 853(n), that the Government may publish notice of the forfeiture in a manner consistent with the provisions of Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, which may include publication on the Government's forfeiture website on the internet (www.forfeiture.gov).  However, notification by publication is not required for assets valued at less than $1,000.00.  The Government shall also, to the extent practicable provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the property in an ancillary proceeding.  The foregoing publication and written notice shall include notice of the Government's intent to dispose of the property in accordance with the law, and notice that any person, other than the defendant, having or claiming an interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED, pursuant to Fed. R. Cri. P. 32.2.(b)(3), that this Order of Forfeiture shall be final as to the defendant and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED, pursuant to Fed. R. Cri. P. 32.2(c)(2), that this Order of Forfeiture shall be final as to a third party if no petition to adjudicate said third-party's interest is timely filed in accordance with 21 U.S.C. § 853(n).

SO ORDERED this _____ day of _____, 2017 at Hartford, Connecticut.

_____
HONORABLE MICHAEL P. SHEA
UNITED STATES DISTRICT JUDGE