# EXHIBIT A

# INFORMATION

JD-CR-71 Rev 7-87
(Old C.P-10C)

910-8023 M-5-91

**STATE OF CONNECTICUT SUPERIOR COURT**

DISPOSITION DATE FEB 4 1998

## TITLE, ALLEGATION, AND COUNTS

| STATE OF CONNECTICUT VS. (Name of Accused) | G.A | DOCKET NO. |
|---|---|---|
| JOHN EASTMAN | 7 | 18456 |

**ADDRESS:** [redacted] New Haven, Ct.

**TO BE HELD AT (TOWN):** Meriden

**COURT DATE:**

The undersigned, Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut, in said Geographical Area, on his oath of office complains, deposes, and alleges that he has reason to believe and does believe that

| CONTINUED TO | PURPOSE | REASON |
|---|---|---|
| 1. 12-18 | | |
| 2. 1-7-98 P | | |
| 3. 1-14-98 T | | |
| 4. 1-28-98 T | | |
| 5. 24 X | | |

**FIRST COUNT—DID COMMIT THE CRIME OF** Attempted Sexual Assault 4th Degree

| AT (TOWN) | ON OR ABOUT | IN VIOLATION OF GENERAL STATUTE NO. |
|---|---|---|
| North Haven | 5-25-91 | 53a-73a / 53a-49 |

**SECOND COUNT DID COMMIT THE CRIME OF** Risk Of Injury To A Minor

| AT (TOWN) | ON OR ABOUT | IN VIOLATION OF GENERAL STATUTE NO. |
|---|---|---|
| North Haven | 5-25-91 | 53a-21(2) |

**THIRD COUNT-DID COMMIT THE CRIME OF**

| AT (TOWN) | ON OR ABOUT | IN VIOLATION OF GENERAL STATUTE NO. |
|---|---|---|
| | | |

**DATE:** 6-14-91  SIGNED (DEPUTY ASSISTANT STATE'S ATTORNEY) [signature]

☐ SEE SECOND SHEET FOR ADDITIONAL COUNTS

**JURAT (FOR WARRANT ONLY) SUBSCRIBED AND SWORN BEFORE ME ON:** 6-14-91  SIGNED JUDGE/ASST CLERK COMM OF SUP COURT

## COURT ACTION

**DEFENDANT ADVISED OF RIGHTS BEFORE PLEA** [signature] (JUDGE) (DATE) 1-7-98

☐ ATTY ☐ PUB DEFENDER GUARDIAN

| BOND | SURETY | | ELECTION |
|---|---|---|---|
| | | ☐ CASH | ☐ COURT ☐ JURY |
| REDUCTION | B.O. | APPEAL | ELECTION WITHDRAWN DATE |
| | | | ☐ SEIZED PROPERTY |

ADDITIONAL DISPOSITION: 2 years — 200 / 1 year E/S — 20 / 5 years Prob / 5 years E/S / concurrent

| DATE OF PLEA | PLEA | PLEA WITHDRAWN DATE | VERDICT NEW PLEA FINDING | FINE | DAYS IN JAIL |
|---|---|---|---|---|---|
| FIRST COUNT 1/7/98 | NP | FEB 4 1998 | | | |
| SECOND COUNT 1/7/98 | | | | | |
| THIRD COUNT | | | | | |

| STATE'S ATTY. ON ORIG. DISP. | REPORTER ON ORIG. DISP. | SIGNED (CLERK ON ORIG. DISP.) | SIGNED (JUDGE ON ORIG. DISP.) |
|---|---|---|---|
| Maggiore | Bulls | D Huston | [signature] |
| DATE | | | JUDGE (OTHER THAN ORIG. DISP.) |

### OTHER COURT ACTION

FEB 4 1998 — sex offender treat. / sub abuse eval / treat. / no contact w/ Victim  [signature]

w/ OSI   IMMIGRATION WARNING ISSUED

COURT INQUIRED, PLEA FOUND TO BE VOLUNTARY

| FINE PAID | RECEIPT NO. | MITTIMUS ISSUED (DATE) | | TRIAL (TOWN) | |
|---|---|---|---|---|---|
| | | | | | ☐ SEE REVERSE SIDE |

STATE OF CONNECTICUT
SUPERIOR COURT
RECORDS CENTER

JAN 30 2015

CERTIFIED COPY
BY [signature]
TITLE [signature]