# EXHIBIT

# B

# ORDER OF PROBATION

JD-CR-66 Rev. 1-96
Gen. Stat. § 18-78, 53a-29, 30 31, 32, 33, 54-108
P.A. 95-142 §6

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

**TO: The Defendant named below**

| FROM (Judicial District or G.A.) | AT | JUDGE ORDERING PROBATION | DOCKET NO. |
|---|---|---|---|
| 7 | Meriden | Scalzo | 1618426 |

| NAME OF DEFENDANT | DATE SENTENCED | SENTENCED TO A TERM OF |
|---|---|---|
| John Eastman | 2-4-98 | 5 yrs eks sus eks comm |

| MODIFICATION OF ORIGINAL SENTENCE (Specify new sentence) | DATE OF MODIFICATION |
|---|---|

**CRIME(S) CONVICTED/ADJUDICATED OF** (Include General Statute sections violated)

53a-49 53a-73a
53a-21(a)

Execution of the above sentence is suspended, effective ☐ IMMEDIATELY ☐ AFTER _____

Subject to an **ORDER OF PROBATION**

| FOR A PERIOD OF | TO COMMENCE |
|---|---|
| 2 yr sus | ☐ IMMEDIATELY ☐ ON THE DAY YOU ARE RELEASED FROM IMPRISONMENT |

**NOTICE TO DEFENDANT**

You have been convicted/adjudicated of the crime(s) specified above in violation of the Connecticut General Statute(s) stated above and are hereby sentenced to the custody of the Commissioner of Correction or said Commissioner's agent for the term described above, execution suspended as shown above, subject to an order of probation for the period specified above. During the period of such probation, if you do not comply with the order set forth below, the Court may issue a warrant for your arrest, revoke your probation and require you to serve the above sentence, or may change the term or the conditions of your probation.

(Connecticut General Statute 53a-32)

It is ordered and adjudged that:

  a. Execution of said sentence be suspended to the extent shown above and that said defendant be placed on probation under the charge and supervision of the Office of Adult Probation, for the period of probation above shown.

  b. Said defendant during the probationary term fixed shall abide by the written statement of the conditions of probation furnished by the probation officer and the instructions given regarding the same.

  c. Said defendant shall abide by the following conditions of probation in addition to those that may be imposed by the Office of Adult Probation (C.G.S. § 53a-30b):

    1. If convicted of a violation of general statutes section 53-21(2), 53a-70, 53a-70a, 53a-70b, 53a-71, 53a-72a, or 53a-72b, immediately notify your probation officer whenever you change your residence address.

Sex offender treatment
Substance abuse eval/treat
No contact w/victim

| SIGNED (Assistant Clerk) | By Order of the Court | DATE SIGNED |
|---|---|---|
| | | 2-4-98 |

**DISTRIBUTION:** WHITE and YELLOW - send to Probation Officer    PINK - retained in court file