Crim-Sent (8/11/11)

HONORABLE: Michael P. Shea
DEPUTY CLERK D. Johnson          RPTR/ECRO/TAPE Marshall
TOTAL TIME: 1 hours 50 minutes    USPO J. Welks        INTERPRETER
DATE: Nov. 28, 2017    START TIME: 2:10     END TIME: 4:00
RECESS (if more than ½ hr)    FROM:          TO:

CRIMINAL NO. 3:16CR6 (MPS)     Deft #

UNITED STATES OF AMERICA            N. Patel
vs                                  AUSA

JOHN EASTMAN                        W. Bloss
                                    Defendant's Counsel

## SENTENCING

- [x] ☒ Sentencing held ☐ Sentencing continued until _____ at _____
- [ ] Deft failed to appear, Bench Warrant to issue
- [ ] Court departs ☐ Upward from the guidelines ☐ Downward from the guidelines
- [x] 204 month(s) imprisonment on Count(s) One of the ☐ superseding ☒ indictment ☐ information & ___ months(s) imprisonment on Count(s) _____ of the ☐ superseding ☐ indictment ☐ information
- [ ] Sentence on Count(s) _____ shall run ☐ concurrently ☐ consecutively ☐ to sentence imposed on Count(s) _____ ☐ to state sentence
- [ ] Deft shall get credit for time served on Count(s) _____
- [x] Upon release the defendant shall be on supervised release for a term of Life months
- [ ] Deft placed on probation for a period of _____ years on Count(s) _____ of the _____
- [ ] Government's motion for Final Order of Forfeiture ☐ Filed ☐ Granted ☐ Denied
- [ ] Preliminary Order of Forfeiture is outstanding
- [ ] Final Order of Forfeiture filed
- [ ] Deft shall pay a fine of $ _____ on Count(s) _____ to be paid by _____ ☐ in installments of $ _____ per _____ for a total of $ _____
- [x] A Special Assessment of ☐ $25 ☐ $50 ☒ $100 is imposed as to ☐ each of Count(s) One for a total of $ _____ ☐ to be paid immediately
- [ ] Court recommends incarceration at _____
- [ ] Deft shall pay $ _____ per month for the cost of ☐ incarceration ☐ supervised release ☐ community confinement (halfway house)
- [ ] Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution
- [ ] Bond ☐ continued ☐ set at $ _____
- [x] Deft remanded to the custody of the U.S. Marshal
- [x] Govt's ☒ oral motion to dismiss remaining counts ☐ Filed ☒ Granted ☐ Denied ☐ To be filed
- [ ] Govt's ☐ oral motion for acceptance of responsibility ☐ Filed ☐ Granted ☐ Denied
- [ ] PSI filed under seal ☐ If not appealed, PSI may be unsealed & returned to USPO
- [ ] Deft shall participate in the 500 hour drug rehabilitation treatment program
- [ ]

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON PAGE II