Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

District of __Connecticut__

Caption:

United States v.

John Eastman

Docket No.: 3:16cr006(MPS)

Michael P. Shea
(District Court Judge)

Notice is hereby given that __John Eastman__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ✓ __Denial of Motion to Suppress__ (specify) entered in this action on __August 15, 2016__ (date).

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |✓|

Defendant found guilty by plea |✓| trial | | N/A | .

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: __November 30, 2017__   N/A |___|

Bail/Jail Disposition: Committed |✓|   Not committed | |   N/A |

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | David A. Moraghan |
| Counsel's Address: | 257 Main St., 2-2 Floor |
| | Torrington, Connecticut  06790 |
| Counsel's Phone: | 860-482-7651 |
| Assistant U.S. Attorney: | Neeraj Patel |
| AUSA's Address: | 157 Church St., 25th Floor |
| | New Haven, Connecticut  06519 |
| AUSA's Phone: | 203-821-3720 |

Signature