Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

District of __Connecticut__

Caption:

United States _____ v.

John Eastman _____

Docket No.: __3:16cr006(MPS)__
__Michael P. Shea__
(District Court Judge)

Notice is hereby given that __John Eastman__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ✓ __Denial of Motion to Suppress__
(specify)
entered in this action on __August 15, 2016__.
(date)

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |✓|   Other |✓|

Defendant found guilty by plea |✓| trial |   | N/A |   |.

Offense occurred after November 1, 1987?  Yes |✓|  No |___|  N/A |___|

Date of sentence: __November 30, 2017__   N/A |___|

Bail/Jail Disposition: Committed |✓|   Not committed |   |   N/A |   |

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | David A. Moraghan |
| Counsel's Address: | 257 Main St., 2-2 Floor |
| | Torrington, Connecticut 06790 |
| Counsel's Phone: | 860-482-7651 |
| Assistant U.S. Attorney: | Neeraj Patel |
| AUSA's Address: | 157 Church St., 25th Floor |
| | New Haven, Connecticut 06519 |
| AUSA's Phone: | 203-821-3720 |

_[signature]_
Signature