APPEAL,CLOSED,EFILE

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:16−cr−00006−MPS−1

Case title: USA v. Eastman
Magistrate judge case number:  3:15−mj−00021−JGM

Date Filed: 01/07/2016
Date Terminated: 11/30/2017

---

Assigned to: Judge Michael P. Shea

**Defendant (1)**

| | |
|---|---|
| **John Eastman**<br>*TERMINATED: 11/30/2017* | represented by **David A. Moraghan**<br>Smith, Keefe, Moraghan & Waterfall, LLC<br>P.O. Box 1146<br>257 Main St., 2nd Floor<br>Torrington, CT 06790<br>860−482−7651<br>Fax: 860−482−7845<br>Email: dam@skmwlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Kelly M. Barrett**<br>Federal Public Defender's Office − NH<br>265 Church St., Suite 702<br>New Haven, CT 06510−7005<br>203−498−4200<br>Fax: 203−498−4207<br>Email: Kelly_barrett@fd.org<br>*TERMINATED: 08/22/2016*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender*<br><br>**Moira Lynn Buckley**<br>Federal Public Defender's Office − Htfd<br>10 Columbus Blvd.<br>6th Floor<br>Hartford, CT 06106−1976<br>860−493−6260<br>Fax: 860−493−6269<br>Email: moira_buckley@fd.org<br>*TERMINATED: 05/04/2017*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**William M. Bloss**<br>Koskoff, Koskoff & Bieder, P.C.<br>350 Fairfield Ave.<br>Bridgeport, CT 06604<br>203−336−4421<br>Fax: 203−368−3244<br>Email: bbloss@koskoff.com<br>*TERMINATED: 11/27/2017*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*Designation: CJA Appointment*

**David Smith Keenan**
Federal Public Defender's Office – NH
265 Church St., Suite 702
New Haven, CT 06510–7005
203–498–4200
Fax: 203–498–4207
Email: David_Keenan@fd.org
*TERMINATED: 08/22/2016*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| COERCION OR ENTICEMENT OF FEMALE (1) | The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total of 204 months, with credit for time served; supervised release for a total term of LIFE; special assessment of $100. |
| ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO; Possession of Child Pornography (2) | Dismissed on the motion of the Government |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2422.F– Persuading, inducing, coercing and enticing a minor to engage in unlawful sexual activity, and attempting to do the same. | |

**Plaintiff**

| **USA** | represented by | **Neeraj Patel** |
|---|---|---|
| | | U. S. Attorney's Office–CT
157 Church Street
25th Floor
New Haven, CT 06519
203–821–3720
Email: Neeraj.Patel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2017 | 144 | NOTICE OF APPEAL by John Eastman Filing fee $ 505. (Moraghan, David) (Entered: 12/01/2017) |

| | | |
|---|---|---|
| 12/01/2017 | 143 | NOTICE OF APPEAL as to 72 Order on Motion to Suppress by John Eastman. (Moraghan, David) (Entered: 12/01/2017) |
| 11/30/2017 | | Attorney update in case as to John Eastman. Attorney David A. Moraghan for John Eastman added. (Wood, R.) (Entered: 11/30/2017) |
| 11/30/2017 | | JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?crsurvey<br>(Johnson, D.) (Entered: 11/30/2017) |
| 11/30/2017 | | DISMISSAL OF COUNTS as to John Eastman. (Johnson, D.) (Entered: 11/30/2017) |
| 11/30/2017 | 142 | JUDGMENT as to John Eastman (1), Count 1, The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total of 204 months, with credit for time served; supervised release for a total term of LIFE; special assessment of $100.; Count 2, Dismissed on the motion of the Government<br>Signed by Judge Michael P. Shea on 11/30/17. (Johnson, D.) (Entered: 11/30/2017) |
| 11/29/2017 | 139 | NOTICE. Although the Court previously granted a motion for defense counsel to withdraw his appearance after sentencing, the Court requested and counsel agreed to file the notice of appeal on behalf of the defendant. His doing so is a service to the Court and should not be construed as an appearance in the case. It is the Court's expectation that separate counsel will be appointed for purposes of an appeal through the CJA panel.<br><br>Signed by Judge Michael P. Shea on 11/29/2017. (Self, A.) (Entered: 11/29/2017) |
| 11/29/2017 | 138 | PRESENTENCE INVESTIGATION REPORT (Revised) *(SEALED – government and defense counsel)* as to John Eastman. (available to USA, John Eastman) (Attachments: # 1 Evaluation)(Montesi, J) (Entered: 11/29/2017) |
| 11/28/2017 | 141 | Minute Entry for proceedings held before Judge Michael P. Shea: granting 140 ORAL Motion to Dismiss as to John Eastman (1); Sentencing as to John Eastman held on 11/28/2017; Motion Hearing as to John Eastman held on 11/28/2017 re 140 MOTION to Dismiss filed by USA. Total Time: 1 hours and 50 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 11/29/2017) |
| 11/28/2017 | 140 | ORAL MOTION to Dismiss count 2 by USA as to John Eastman. (Johnson, D.) Modified on 11/29/2017 (Johnson, D.). (Entered: 11/29/2017) |
| 11/27/2017 | 137 | ORDER. The 132 motion for forfeiture of property is hereby GRANTED.<br><br>Signed by Judge Michael P. Shea on 11/27/2017. (Self, A.) (Entered: 11/27/2017) |
| 11/27/2017 | 136 | ORDER. The 130 motion to withdraw appearance following tomorrow's sentencing is hereby GRANTED.<br><br>Signed by Judge Michael P. Shea on 11/27/2017. (Self, A.) (Entered: 11/27/2017) |
| 11/27/2017 | 135 | NOTICE. The court is filing under seal a 134 sworn incident report and arrest warrant application detailing forensic analysis of Eastman's computer. The documents are filed under seal because they include the names of minors.<br><br>Signed by Judge Michael P. Shea on 11/27/2017. (Self, A.) (Entered: 11/27/2017) |
| 11/27/2017 | 134 | Sealed Document: Sworn incident report and arrest warrant application (Johnson, D.) (Entered: 11/27/2017) |
| 11/27/2017 | 133 | RESPONSE/REPLY by USA as to John Eastman re 131 Order,, (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Patel, Neeraj) (Entered: 11/27/2017) |

| | | |
|---|---|---|
| 11/27/2017 | [132](#) | MOTION for Forfeiture of Property *(Defendant's Computer)* by USA as to John Eastman. (Attachments: # [1](#) Text of Proposed Order)(Patel, Neeraj) (Entered: 11/27/2017) |
| 11/27/2017 | 131 | NOTICE. At sentencing tomorrow the parties should be prepared to address whether the enhancement under U.S.S.G. § 4B1.5 applies. In addition, the government shall file any judgment, information, or other *Shepard* approved documents concerning the defendant's conviction for illegal sexual contact under Conn. Gen. Stat. § 53–21 It shall file them on the docket as soon as possible and in any event before 3PM today. See ECF No. 123, PSR, at parag. 117.<br><br>Signed by Judge Michael P. Shea on 11/27/2017. (Self, A.) (Entered: 11/27/2017) |
| 11/24/2017 | [130](#) | MOTION for William Bloss to Withdraw as Attorney *Following Sentencing* by John Eastman. (Bloss, William) (Entered: 11/24/2017) |
| 11/22/2017 | [129](#) | SENTENCING MEMORANDUM by USA as to John Eastman (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B)(Patel, Neeraj) (Entered: 11/22/2017) |
| 11/15/2017 | [128](#) | PRESENTENCE INVESTIGATION REPORT (Supplement) *(SEALED – government and defense counsel)* as to John Eastman. (available to USA, John Eastman) (Montesi, J) (Entered: 11/15/2017) |
| 11/14/2017 | [127](#) | SENTENCING MEMORANDUM by John Eastman (Bloss, William) (Entered: 11/14/2017) |
| 10/27/2017 | | RESET SENTENCING SCHEDULING DEADLINE as to John Eastman Memo in aid of sentencing due 11/14/17; Government Response due 11/22/17; Sentencing set for 11/28/2017 02:00 PM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 10/30/2017) |
| 10/27/2017 | 126 | ORDER. The Court hereby VACATES the 119 order and orders that the following deadlines apply. Further extensions are unlikely.<br><br>1. Sentencing is scheduled for Tuesday, November 28, at 2:00 PM.<br><br>2. Defendant's Sentencing memorandum is due November 14, 2017.<br><br>3. Government's sentencing memorandum is due November 22, 2017.<br><br>Signed by Judge Michael P. Shea on 10/27/2017. (Self, A.) (Entered: 10/27/2017) |
| 10/26/2017 | [125](#) | Third MOTION to Continue *sentencing* by John Eastman. (Bloss, William) (Entered: 10/26/2017) |
| 10/17/2017 | [124](#) | Sealed Sentencing Recommendation: as to John Eastman (Montesi, J) (Entered: 10/17/2017) |
| 10/17/2017 | [123](#) | PRESENTENCE INVESTIGATION REPORT (Final Report) *(SEALED – government and defense counsel)* as to John Eastman. (available to USA, John Eastman) (Attachments: # [1](#) Addendum, # [2](#) Government's Objections, # [3](#) Defendant's Objections, # [4](#) Financial Information)(Montesi, J) (Entered: 10/17/2017) |
| 09/28/2017 | [122](#) | PRESENTENCE INVESTIGATION REPORT (Draft Report) *(SEALED – government and defense counsel)* as to John Eastman. (available to USA, John Eastman) (Attachments: # [1](#) Indictment, # [2](#) Plea Agreement)(Montesi, J) (Entered: 09/28/2017) |
| 08/01/2017 | | RESET SENTENCING SCHEDULING DEADLINE as to John Eastman PSI due 9/30/17; Objections due 10/13/17; 2nd PSI due 10/20/17; Memo in aid of sentencing due 10/27/17; Government Response due 11/3/17. Sentencing set for 11/8/2017 03:30 PM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 08/02/2017) |
| 08/01/2017 | 121 | ORDER The [120](#) motion to continue sentencing is hereby **GRANTED**. The Court hereby orders that following deadlines apply:<br><br>1. Sentencing is rescheduled for **November 8, 2017 at 3:30 pm** . |

| | | |
|---|---|---|
| | | 2. The initial presentence report is due **September 30, 2017**. |
| | | 3. Any objections to the initial presentence report are due **October 13, 2017**. |
| | | 4. The final presentence report is due **October 20, 2017**. |
| | | 5. Sentencing memoranda are due **October 27, 2017**. |
| | | 6. Responses to Sentencing memoranda are due **November 3, 2017** . |
| | | Signed by Judge Michael P. Shea on 8/1/2017. (Howard, H.) Modified on 8/1/2017 to bold dates (Hernandez, T.). Modified on 8/1/2017 (Hernandez, T.). (Entered: 08/01/2017) |
| 07/31/2017 | 120 | Second MOTION to Continue *Sentencing* by John Eastman. (Bloss, William) (Entered: 07/31/2017) |
| 05/15/2017 | | RESET SENTENCING SCHEDULING DEADLINE as to John Eastman PSI due 8/23/17; Objection due 9/6/17; 2nd PSI due 9/12/17; Memo in aid of sentencing due 9/23/17; Government Response due 9/28/17 ; Reply due 10/2/17. Sentencing set for 10/4/2017 01:00 PM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 05/15/2017) |
| 05/15/2017 | 119 | ORDER. The Court hereby VACATES the 118 order and orders that following deadlines apply: |
| | | 1. Sentencing shall be **October 4, 2017 at 1:00 pm**. |
| | | 2 The initial presentence report is due **August 23, 2017**. |
| | | 3. Any objections to the initial presentence report are due **September 6, 2017**. |
| | | 4. The final presentence report is due **September 12, 2017**. |
| | | 5. Sentencing memoranda are due **September 23, 2017**. |
| | | 6. Responses to Sentencing memoranda are due **September 28, 2017**. |
| | | 7. Any replies to the responses are due **October 2, 2017**. |
| | | Signed by Judge Michael P. Shea on 5/15/2017. (Howard, H.) (Entered: 05/15/2017) |
| 05/10/2017 | 118 | ORDER. The 117 motion to continue sentencing is GRANTED. The Court hereby orders that following deadlines apply: |
| | | 1. Sentencing is scheduled for **October 4, 2017 at 1:00 pm**. |
| | | 2 The initial presentence report is due **August 23, 2017** . |
| | | 3. Any objections to the initial presentence report are due **September 12, 2017** . |
| | | 4. The final presentence report is due **September 22, 2017**. |
| | | 5. Sentencing memoranda are due **September 11, 2017**. |
| | | 6. Responses to Sentencing memoranda are due **September 16, 2017**. |
| | | 7. Any replies to the responses are due **September 20, 2017**. |
| | | Signed by Judge Michael P. Shea on 5/10/2017. (Howard, H.) (Entered: 05/10/2017) |
| 05/08/2017 | 117 | First MOTION to Continue *Sentencing* by John Eastman. (Bloss, William) (Entered: 05/08/2017) |

| Date | # | Description |
|---|---|---|
| 05/08/2017 | 116 | ORDER. Corrected ruling on the 105 motion to withdraw as counsel and the 110 motion to withdraw guilty plea.<br><br>Signed by Judge Michael P. Shea on 5/8/2017. (Howard, H.) (Entered: 05/08/2017) |
| 05/08/2017 | 115 | ORDER. The 114 motion to correct a clerical error in the Court's 113 ruling of May 4, 2017 is hereby **GRANTED**. The Court hereby **VACATES** its 113 ruling on the 105 motion to withdraw as counsel and the 110 motion to withdraw guilty plea. In a separate order, the Court will issue a corrected ruling on the 105 motion to withdraw as counsel and 110 motion to withdraw guilty plea.<br><br>Signed by Judge Michael P. Shea on 5/8/2017. (Howard, H.) (Entered: 05/08/2017) |
| 05/05/2017 |  | Attorney update in case as to John Eastman. Attorney William M. Bloss for John Eastman added. (Wood, R.) (Entered: 05/05/2017) |
| 05/05/2017 | 114 | MOTION to Amend/Correct *Clerical Error in Court's Ruling of May 4, 2017* by USA as to John Eastman. (Patel, Neeraj) (Entered: 05/05/2017) |
| 05/04/2017 | 113 | ORDER. For the reasons discussed in the attached, the Motion to Withdraw Plea of Guilty (ECF No. 110) is **DENIED**, and the Motion to Withdraw as Counsel (ECF No. 105) is **GRANTED**. The Clerk's Office is directed to select new counsel from the CJA list and to unseal only pages 12 and 13 of the (ECF No. 111) transcript of the August 22, 2016 hearing. This order does not alter other currently sealed portions of that (ECF No. 111) transcript.<br><br>Signed by Judge Michael P. Shea on 5/4/2017. (Howard, H.) (Entered: 05/04/2017) |
| 05/03/2017 | 112 | TRANSCRIPT of Proceedings: as to John Eastman Type of Hearing: Plea. Held on March 2, 2017 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 5/24/2017. Redacted Transcript Deadline set for 6/3/2017. Release of Transcript Restriction set for 8/1/2017. (Marshall, M.) (Entered: 05/03/2017) |
| 05/03/2017 | 111 | SEALED TRANSCRIPT of Proceedings as to John Eastman held on August 22, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. Type of Hearing: Hearing on Motion to Withdraw. (Marshall, M.) (Entered: 05/03/2017) |
| 04/18/2017 | 110 | MOTION to Dismiss Counsel, MOTION to Withdraw Plea of Guilty by John Eastman. (Bozek, M.) (Entered: 04/19/2017) |
| 04/12/2017 | 109 | ORDER. As discussed today at the hearing concerning the 105 motion for Attorney Buckley to withdraw, the Court will permit Defendant Eastman to file a pro se motion to withdraw his guilty plea on or before **April 22, 2017**. Further, as discussed at the hearing today, the Court will reserve judgment on the 105 motion.<br><br>Signed by Judge Michael P. Shea on 4/12/2017. (Howard, H.) (Entered: 04/12/2017) |
| 04/12/2017 | 108 | Minute Entry for proceedings held before Judge Michael P. Shea: taking under advisement 105 Motion to Withdraw as Attorney. as to John Eastman (1); Motion Hearing as to John Eastman held on 4/12/2017 re 105 MOTION for Moira L. Buckley to Withdraw as Attorney filed by John Eastman. 40 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 04/12/2017) |
| 04/03/2017 | 107 | NOTICE OF HEARING ON MOTION as to John Eastman re 105 MOTION for Moira L. Buckley to Withdraw as Attorney ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Motion Hearing set for 4/12/2017 02:00 PM in Courtroom Two, 450 Main St., |

| | | |
|---|---|---|
| | | Hartford, CT before Judge Michael P. Shea<br>Signed by Judge Michael P. Shea on 4/3/17. (Johnson, D.) (Entered: 04/04/2017) |
| 04/03/2017 | 106 | ORDER. The Court will hold a hearing on the 105 motion to withdraw and for appointment of new counsel on **April 12, 2017 at 2:00 pm**, at which the defendant, Attorney Buckley, and an attorney from the U.S. Attorney's office must be present.<br><br>Signed by Judge Michael P. Shea on 4/3/2017. (Howard, H.) (Entered: 04/03/2017) |
| 03/31/2017 | 105 | MOTION for Moira L. Buckley to Withdraw as Attorney by John Eastman. (Buckley, Moira) (Entered: 03/31/2017) |
| 03/16/2017 | | RESET SENTENCING SCHEDULING DEADLINE as to John Eastman PSI due 5/12/17; Objections due 5/26/17; 2nd PSI due 6/5/17 Memo in aid of sentencing due 6/12/17; Government Response due 6/19/17; Reply due 6/22/17. Sentencing set for 6/26/2017 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 03/17/2017) |
| 03/16/2017 | | DOCKET ENTRY CORRECTION RE: ORDER 104 granting in part and denying in part 103 Motion to Continue as to John Eastman (1); modified text to reflect ruling on motion. Signed by Judge Michael P. Shea on 3/16/17. (Johnson, D.) (Entered: 03/16/2017) |
| 03/16/2017 | 104 | ORDER. The Defendant's 103 motion for continuance of sentencing is hereby **GRANTED AND DENIED IN PART**. The Court hereby orders that the following deadlines apply:<br><br>1. The presentence report is due **May 12, 2017**.<br><br>2. Any objections to the presentence report are due **May 26, 2017**.<br><br>3. The final presentence report is due **June 5, 2017**.<br><br>4. The Defendant's sentencing memorandum is due **June 12, 2017**.<br><br>5. The Government's sentencing memorandum is due **June 19, 2017**.<br><br>6. Any reply is due by **June 22, 2017**.<br><br>7. Sentencing is scheduled for **June 26, 2017 at 10:00 am**.<br><br>Signed by Judge Michael P. Shea on 3/16/2017. (Howard, H.) (Entered: 03/16/2017) |
| 03/14/2017 | 103 | First MOTION to Continue *Sentencing* by John Eastman. (Buckley, Moira) (Entered: 03/14/2017) |
| 03/02/2017 | 102 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to John Eastman. First Disclosure–PSI due 4/13/17; Objections Due 4/27/17; 2nd–Disclosure PSI due 5/8/17; Sentencing Memorandum due 5/15/17; Response due 5/22/17; Reply due 5/25/17 Sentencing set for 5/31/2017 02:30 PM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea<br>Signed by Judge Michael P. Shea on 3/2/17. (Johnson, D.) (Entered: 03/03/2017) |
| 03/02/2017 | 101 | PLEA AGREEMENT as to John Eastman (Johnson, D.) (Entered: 03/03/2017) |
| 03/02/2017 | 100 | Minute Entry for proceedings held before Judge Michael P. Shea:Change of Plea Hearing as to John Eastman held on 3/2/2017, Plea entered by John Eastman (1) Guilty Count 1. by John Eastman 50 minutes(Court Reporter Marshall.)(Johnson, D.) (Entered: 03/03/2017) |
| 03/02/2017 | 99 | ORDER. In light of the defendant entering a plea of guilty at the change of plea hearing today to count one of the 28 indictment, the 89 and 90 third motions to continue trial and deadline for notice of intent to plead guilty as well as the 79 motion to continue jury selection and deadline for indicating intent to plead guilty are hereby **DENIED** as moot. |

| | | |
|---|---|---|
| | | Signed by Judge Michael P. Shea on 3/2/2017. (Howard, H.) (Entered: 03/02/2017) |
| 03/01/2017 | 98 | NOTICE OF HEARING as to John Eastman ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Change of Plea Hearing set for 3/2/2017 03:00 PM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Patel, Neeraj) (Entered: 03/01/2017) |
| 03/01/2017 | 97 | Minute Entry for proceedings held before Judge Michael P. Shea:Telephonic Status Conference as to John Eastman held on 3/1/2017 10 minutes(Court Reporter Marshall.)(Johnson, D.) (Entered: 03/01/2017) |
| 02/21/2017 | | Set Deadlines/Hearings as to John Eastman: Telephonic Status Conference set for 3/1/2017 09:15 AM before Judge Michael P. Shea (Johnson, D.) (Entered: 02/22/2017) |
| 02/21/2017 | 96 | Minute Entry for proceedings held before Judge Michael P. Shea:Telephonic Status Conference as to John Eastman held on 2/21/2017 13 minutes(Court Reporter Marshall.)(Johnson, D.) (Entered: 02/21/2017) |
| 02/21/2017 | 95 | ORDER. As discussed on the telephonic status conference held today, the Court will hold a further telephonic status conference on **March 1, 2017 at 9:15 am**. Chambers will provide counsel dial–in information via email.<br><br>Signed by Judge Michael P. Shea on 2/21/2017. (Howard, H.) (Entered: 02/21/2017) |
| 02/02/2017 | | Set Deadlines/Hearings as to John Eastman: Telephonic Status Conference set for 2/21/2017 02:00 PM before Judge Michael P. Shea (Johnson, D.) (Entered: 02/07/2017) |
| 02/02/2017 | 94 | Minute Entry for proceedings held before Judge Michael P. Shea:Telephonic Status Conference as to John Eastman held on 2/2/2017 15 minutes(Court Reporter Marshall.)(Johnson, D.) (Entered: 02/03/2017) |
| 02/02/2017 | | Set Deadlines/Hearings as to John Eastman: Telephonic Status Conference set for 2/21/2017 02:00 PM before Judge Michael P. Shea (Johnson, D.) (Entered: 02/03/2017) |
| 02/02/2017 | 93 | ORDER. As discussed on the telephonic status conference held today, the Court will hold a further telephonic status conference on **February 21, 2017 at 2:00 pm**.<br><br>Signed by Judge Michael P. Shea on 2/2/2017. (Howard, H.) (Entered: 02/02/2017) |
| 01/27/2017 | | Set Deadlines/Hearings as to John Eastman: Telephonic Status Conference set for 2/2/2017 04:00 PM before Judge Michael P. Shea (Johnson, D.) (Entered: 01/30/2017) |
| 01/27/2017 | 92 | ORDER. The Court will hold a telephonic status conference on **February 2, 2017 at 4:00 pm** to discuss defendant's 89 motion to continue jury selection. Chambers will provide dial–in information by email.<br><br>Signed by Judge Michael P. Shea on 1/27/2017. (Howard, H.) (Entered: 01/27/2017) |
| 01/25/2017 | 91 | WAIVER of Speedy Trial by John Eastman (Buckley, Moira) (Entered: 01/25/2017) |
| 01/25/2017 | 90 | Third MOTION to Continue *Trial and Deadline for Notice of Intent to Plead Guilty (date of motion corrected)* by John Eastman. (Buckley, Moira) (Entered: 01/25/2017) |
| 01/25/2017 | 89 | Third MOTION to Continue *Trial and Deadline for Notice of Intent to Plead Guilty* by John Eastman. (Buckley, Moira) (Entered: 01/25/2017) |
| 11/10/2016 | 88 | NOTICE as to John Eastman: The Court has received a letter dated November 1, 2016, attached here to the docket, from Defendant John Eastman. The Court will take no action based on the document, which has been filed under seal because it refers to communications between Mr. Eastman and his attorneys. The Court has provided a copy of the document to Defendant Eastman's counsel by email transmission today. The Court will rely on Defendant Eastmans counsel to review the document, communicate with Defendant Eastman, and take whatever action counsel deems appropriate in the circumstances. Defendant Eastman is notified that sending documents to the clerks office or the chambers of the undersigned judge is not authorized. All communications between a represented party and the judge assigned to |

| | | |
|---|---|---|
| | | the case must take place through counsel of record. Defendants are not authorized to file and serve documents unless they have received permission to proceed pro se, and Mr. Eastman has not received such permission.<br>Signed by Judge Michael P. Shea on 11/10/2016. (Shafer, J.) (Entered: 11/10/2016) |
| 10/19/2016 | 87 | NOTICE OF E–FILED CALENDAR as to John Eastman: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 4/5/2017 09:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 10/19/2016) |
| 10/18/2016 | 86 | PRE–TRIAL ORDER as to John Eastman. A pre–trial conference is set for March 29, 2017 at 3:30 p.m. in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea. Jury trial is set for April 5, 2017 in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea.<br><br>Signed by Judge Michael P. Shea on 10/18/2016. (Howard, H.) Modified to correct date on 1/3/2017 (Shafer, J.). (Entered: 10/18/2016) |
| 10/03/2016 | | Set/Reset Deadlines/Hearings as to John Eastman: Jury Selection set for 4/5/2017 09:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 10/04/2016) |
| 10/03/2016 | 85 | ORDER. Defendant's 83 Motion to Continue Jury Selection until April 5, 2017 is **GRANTED**. Because new defense counsel appeared in the case only recently, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial. In particular, the Court finds that the time period from November 5, 2016 to and including April 5, 2017 is hereby excluded under 18 U.S.C. 3161(h)(7)(B)(iv), as the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account due diligence.<br><br>Signed by Judge Michael P. Shea on 10/03/2016. (Howard, H.) (Entered: 10/03/2016) |
| 09/29/2016 | 84 | WAIVER of Speedy Trial by John Eastman (Buckley, Moira) (Entered: 09/29/2016) |
| 09/29/2016 | 83 | MOTION to Continue *Jury Selection* by John Eastman. (Buckley, Moira) (Entered: 09/29/2016) |
| 09/12/2016 | 82 | NOTICE. As discussed on the telephonic status conference today, the Court will take no action on the 79 Defendant's Second Motion to Continue Jury Selection and Deadline for Indicating Intent to Plead Guilty. Defendant's counsel indicated that she will confer with her client regarding possibly filing an amended motion to continue jury selection and waiver of speedy trial. The Court will await any such motion before taking action on the 79 Defendant's motion.<br><br>Signed by Judge Michael P. Shea on 09/12/2016. (Howard, H.) (Entered: 09/12/2016) |
| 09/12/2016 | 81 | Minute Entry for proceedings held before Judge Michael P. Shea:Telephonic Status Conference as to John Eastman held on 9/12/2016 15 minutes(Court Reporter Marshall.)(Johnson, D.) (Entered: 09/12/2016) |
| 09/08/2016 | 80 | WAIVER of Speedy Trial by John Eastman (Buckley, Moira) (Entered: 09/08/2016) |
| 09/08/2016 | 79 | Second MOTION to Continue *Jury Selection and Deadline for Indicating Intent to Plead Guilty* by John Eastman. (Buckley, Moira) (Entered: 09/08/2016) |
| 09/02/2016 | | Set Deadlines/Hearings as to John Eastman: Telephonic Status Conference set for 9/12/2016 02:00 PM before Judge Michael P. Shea (Johnson, D.) (Entered: 09/06/2016) |
| 09/02/2016 | 78 | ORDER. The Court will hold a telephonic status conference on **September 12, 2016** at 2:00 p.m. Chambers will provide dial–in information by email.<br><br>Signed by Judge Michael P. Shea on 9/2/2016. (Hillier, D.) (Entered: 09/02/2016) |
| 08/23/2016 | 77 | ORDER. The 75 Motion to Dismiss Counsel is DENIED as moot because the Court granted the defendant's attorneys' 73 Motion to Withdraw. (ECF No. 76.) Attorney |

| | | |
|---|---|---|
| | | Moira Buckley now represents the defendant.<br><br>Signed by Judge Michael P. Shea on 8/23/2016. (Hillier, D.) (Entered: 08/23/2016) |
| 08/22/2016 | 76 | Minute Entry for proceedings held before Judge Michael P. Shea: Granting 73 Motion to Withdraw as Attorney. Kelly M. Barrett and David Smith Keenan withdrawn from case. as to John Eastman (1); Motion Hearing as to John Eastman held on 8/22/2016 re 73 MOTION for Kelly M. Barrett to Withdraw as Attorney *and For Appointment of CJA Counsel* filed by John Eastman. 20 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 08/23/2016) |
| 08/22/2016 | | Attorney update in case as to John Eastman. Attorney Moira Lynn Buckley for John Eastman added. (Wood, R.) (Entered: 08/23/2016) |
| 08/22/2016 | 75 | MOTION to Dismiss Counsel by John Eastman. (Shafer, J.) (Entered: 08/22/2016) |
| 08/17/2016 | | Set Deadlines re Motion or Report and Recommendation in case as to John Eastman 73 MOTION for Kelly M. Barrett to Withdraw as Attorney *and For Appointment of CJA Counsel*. Motion Hearing set for 8/22/2016 02:00 PM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 08/18/2016) |
| 08/17/2016 | 74 | ORDER. The Court will hold a hearing on the 73 Motion to Withdraw and for Appointment of New Counsel on **August 22, 2016** at 2:00 p.m. The defendant, Attorney Barrett, and Attorney Keenan, must attend. An attorney from the U.S. Attorney's office must also attend the hearing, although he or she may be excused from the courtroom for a portion of the hearing.<br><br>Signed by Judge Michael P. Shea on 8/17/2016. (Hillier, D.) (Entered: 08/17/2016) |
| 08/17/2016 | 73 | MOTION for Kelly M. Barrett to Withdraw as Attorney *and For Appointment of CJA Counsel* by John Eastman. (Barrett, Kelly) (Entered: 08/17/2016) |
| 08/15/2016 | 72 | ORDER. For the reasons discussed in the attached ruling, the Court DENIES the 30 Motion to Suppress.<br><br>Signed by Judge Michael P. Shea on 8/15/2016. (Hillier, D.) (Entered: 08/15/2016) |
| 08/03/2016 | 71 | SECOND REVISED PRE–TRIAL ORDER as to John Eastman<br>Signed by Judge Michael P. Shea on 8/3/16. (Johnson, D.) (Entered: 08/03/2016) |
| 08/01/2016 | | Terminate Deadlines and Hearings as to John Eastman: Telephonic Status Conference (Johnson, D.) (Entered: 08/02/2016) |
| 08/01/2016 | | Set/Reset Deadlines/Hearings as to John Eastman: Jury Selection set for 11/9/2016 09:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 08/02/2016) |
| 08/01/2016 | 70 | ORDER. The telephonic status conference set for August 3, 2016 is CANCELLED.<br><br>Signed by Judge Michael P. Shea on 8/1/2016. (Hillier, D.) (Entered: 08/01/2016) |
| 08/01/2016 | 69 | ORDER. The Court GRANTS the 67 Motion to Continue. Jury selection is reset for **November 9, 2016**. Signed by Judge Michael P. Shea on 8/1/2016. (Hillier, D.) (Entered: 08/01/2016) |
| 07/22/2016 | 68 | WAIVER of Speedy Trial by John Eastman (Barrett, Kelly) (Entered: 07/22/2016) |
| 07/22/2016 | 67 | Consent MOTION to Continue *Jury Selection and Deadline for Indicating Intent to Plead Guilty* by John Eastman. (Barrett, Kelly) (Entered: 07/22/2016) |
| 06/30/2016 | | Set Deadlines/Hearings as to John Eastman: Telephonic Status Conference set for 8/3/2016 09:00 AM before Judge Michael P. Shea (Johnson, D.) (Entered: 07/01/2016) |
| 06/30/2016 | 66 | ORDER. A telephonic status conference will be held on **August 3, 2016** at 9:00 a.m. Chambers will provide dial–in instructions by email.<br><br>Signed by Judge Michael P. Shea on 6/30/2016. (Hillier, D.) (Entered: 06/30/2016) |

| | | |
|---|---|---|
| 06/28/2016 | 65 | ORDER. The 60 and 63 Motions to Seal are GRANTED as to John Eastman (1). Signed by Judge Michael P. Shea on 6/28/16. (LaLone, L.) (Entered: 06/28/2016) |
| 06/27/2016 | 64 | Sealed Document: Government's Proposed Findings of Fact and Conclusions of Law Regarding Defendant's Motion to Suppress Evidence (UNREDACTED VERSION) by USA as to John Eastman – (Patel, Neeraj) (Entered: 06/27/2016) |
| 06/27/2016 | 63 | MOTION to Seal Unredacted Copy of Government's Proposed Findings of Fact and Conclusions of Law Regarding Defendant's Motion to Suppress Evidence by USA as to John Eastman. (Patel, Neeraj) (Entered: 06/27/2016) |
| 06/27/2016 | 62 | TRIAL MEMO *Government's Proposed Findings of Fact and Conclusions of Law Regarding Defendant's Motion to Suppress Evidence (REDACTED VERSION)* by USA as to John Eastman (Patel, Neeraj) (Entered: 06/27/2016) |
| 06/27/2016 | 61 | Sealed Document: Defendant's Proposed Findings of Fact and Conclusions of Law by John Eastman re 59 Trial Memo, 60 MOTION to Seal Defendant's Proposed Findings of Fact and Conclusions of Law MOTION Redact Portion of Defendant's Proposed Findings of Fact and Conclusions of Law re 59 Trial Memo – (Barrett, Kelly) (Entered: 06/27/2016) |
| 06/27/2016 | 60 | MOTION to Seal Defendant's Proposed Findings of Fact and Conclusions of Law, MOTION Redact Portion of Defendant's Proposed Findings of Fact and Conclusions of Law re 59 Trial Memo by John Eastman. (Barrett, Kelly) (Entered: 06/27/2016) |
| 06/27/2016 | 59 | TRIAL MEMO *(Defendant's Proposed Findings of Fact and Conclusions of Law* by John Eastman (Attachments: # 1 Exhibit F)(Barrett, Kelly) (Entered: 06/27/2016) |
| 06/24/2016 | 58 | ORDER. The 57 Motion for Extension of Time is GRANTED. The parties have until close of business on **June 27, 2016** to file their proposed findings of fact and conclusions of law.<br><br>Signed by Judge Michael P. Shea on 6/24/2016. (Hillier, D.) (Entered: 06/24/2016) |
| 06/24/2016 | 57 | Consent MOTION for Extension of Time to File Proposed Findings of Fact and Conclusions of Law until June 27, 2016 at 10:00 a.m. by USA as to John Eastman. (Patel, Neeraj) (Entered: 06/24/2016) |
| 06/21/2016 | 56 | Marked Witness List by USA as to John Eastman (Johnson, D.) (Entered: 06/22/2016) |
| 06/21/2016 | 55 | Marked Witness List by John Eastman (Johnson, D.) (Entered: 06/22/2016) |
| 06/21/2016 | 54 | Marked Exhibit List by USA as to John Eastman (Johnson, D.) (Entered: 06/22/2016) |
| 06/21/2016 | 53 | Marked Exhibit List by John Eastman. (Johnson, D.) (Entered: 06/22/2016) |
| 06/10/2016 | 52 | TRANSCRIPT of Proceedings: as to John Eastman Type of Hearing: Suppression Hearing. Held on May 31, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/1/2016. Redacted Transcript Deadline set for 7/11/2016. Release of Transcript Restriction set for 9/8/2016. (Marshall, M.) (Entered: 06/10/2016) |
| 05/31/2016 | 51 | Minute Entry for proceedings held before Judge Michael P. Shea: taking under advisement 30 Motion to Suppress as to John Eastman (1); Motion Hearing as to John Eastman held on 5/31/2016 re 30 MOTION to Suppress *Physical Evidence and Statements* filed by John Eastman. Total Time: 5 hours(Court Reporter Marshall.) (Johnson, D.) (Entered: 06/01/2016) |
| 05/17/2016 | 50 | RESPONSE/REPLY by John Eastman re 31 Memorandum in Support of Motion, 46 Memorandum in Opposition to Motion, 30 Motion to Suppress (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit E)(Barrett, Kelly) (Entered: 05/17/2016) |
| 05/06/2016 | 49 | ORDER approving 48 Stipulation Regarding Evidence Related to Defendant's Motion to Suppress.<br><br>Signed by Judge Michael P. Shea on 5/6/2016. (Hillier, D.) (Entered: 05/06/2016) |
| 05/06/2016 | 48 | STIPULATION *Regarding Evidence Related to Defendant's Motion to Suppress, and Proposed Order* by USA (Patel, Neeraj) (Entered: 05/06/2016) |
| 03/30/2016 | | Reset Deadlines re Motion in case as to John Eastman 30 MOTION to Suppress *Physical Evidence and Statements*. Replies due by 5/17/2016. Motion Hearing set for 5/31/2016 09:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 03/31/2016) |
| 03/30/2016 | 47 | ORDER. The suppression hearing currently set for March 31, 2016 is reset for May 31, 2016 at 9:00 a.m. and, if necessary, will continue on June 1, 2016 or June 2, 2016. The parties shall email chambers a proposed witness list and provide chambers' copies of exhibits by May 23, 2016 at 12:00 p.m. The plaintiff may file a reply to the Government's 46 Memorandum in Opposition by May 17, 2016.<br><br>Signed by Judge Michael P. Shea on 3/30/2016. (Hillier, D.) (Entered: 03/30/2016) |
| 03/28/2016 | 46 | Memorandum in Opposition by USA as to John Eastman re 30 MOTION to Suppress *Physical Evidence and Statements* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Patel, Neeraj) (Entered: 03/28/2016) |
| 03/14/2016 | 44 | ATTORNEY APPEARANCE: David Smith Keenan appearing for John Eastman (Keenan, David) (Entered: 03/14/2016) |
| 03/11/2016 | 45 | REVISED SCHEDULING ORDER as to John Eastman Jury Selection set for 9/7/2016 09:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea<br>Signed by Judge Michael P. Shea on 3/11/16. (Johnson, D.) (Entered: 03/15/2016) |
| 03/11/2016 | | Reset Deadlines/Hearings as to John Eastman: Jury Selection set for 9/7/2016 09:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea), Set Deadlines re Motion in case as to John Eastman 30 MOTION to Suppress *Physical Evidence and Statements*.Responses due by 3/31/2016 (Johnson, D.) (Entered: 03/14/2016) |
| 03/11/2016 | 43 | ORDER. Jury selection is reset for **September 7, 2016**. For the reasons set forth on the record at today's status conference, the time between today and September 7, 2016 shall be excluded in computing the time within which a trial must begin under the Speedy Trial Act. As a summary, the time is excluded because of the delay resulting from the filing of a motion to suppress, which the Court promptly will consider at a scheduled hearing. 18 U.S.C. § 3161(h)(1)(D).The time is also excluded because the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial because failing to deny a continuance in this case, which although not so unusual or so complex as to fall within clause (ii), would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(iv). Specifically, the defendant represents that such a continuance will be necessary for the defendant to find and retain a forensic expert to present his defense and to develop a trial strategy after the Court's disposition of the pending motion to suppress.<br><br>Signed by Judge Michael P. Shea on 3/11/2016. (Hillier, D.) (Entered: 03/11/2016) |
| 03/11/2016 | 42 | ORDER. A hearing on the 30 Motion to Suppress will be held on **March 31, 2016** at 9:00 a.m. and, if necessary, will continue on **April 1, 2016** at 9:00 a.m. The parties shall email chambers by **March 30, 2016** at 12:00 p.m. with (1) a proposed witness list and (2) any supplemental authority that the plaintiff wishes the Court to consider in light of the Government's response to the pending motion. The parties shall provide chambers' copies of exhibits by **March 30, 2016** at 12:00 p.m. |

| | | |
|---|---|---|
| | | Signed by Judge Michael P. Shea on 3/11/2016. (Hillier, D.) (Entered: 03/11/2016) |
| 03/11/2016 | 41 | Minute Entry for proceedings held before Judge Michael P. Shea:Status Conference as to John Eastman held on 3/11/2016 20 minutes(Court Reporter Marshall.)(Johnson, D.) (Entered: 03/11/2016) |
| 03/08/2016 | 40 | ORDER. The in–court status conference is reset for **March 11, 2016 at 10:00 a.m.** The defendant must be present.<br><br>Signed by Judge Michael P. Shea on 3/8/2016. (Hillier, D.) (Entered: 03/08/2016) |
| 02/16/2016 | | Set Deadlines re Motion or Report and Recommendation in case as to John Eastman 30 MOTION to Suppress *Physical Evidence and Statements*. Responses due by 3/28/2016 (Johnson, D.) (Entered: 02/17/2016) |
| 02/16/2016 | 39 | ORDER. The 38 Motion for Extension Time is GRANTED. The Government has until **March 28, 2016** to respond to the 30 Motion to Suppress Physical Evidence and Statements.<br><br>Signed by Judge Michael P. Shea on 2/16/2016. (Hillier, D.) (Entered: 02/16/2016) |
| 02/12/2016 | 38 | Consent MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Suppress *Physical Evidence and Statements* until March 28, 2016 by USA as to John Eastman. (Patel, Neeraj) (Entered: 02/12/2016) |
| 02/09/2016 | 37 | NOTICE OF E–FILED CALENDAR as to John Eastman: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 3/11/2016 03:30 PM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 02/10/2016) |
| 02/09/2016 | 36 | ORDER. The in–court status conference is reset for **March 11, 2016** at 3:30 p.m. The defendant must be present.<br><br>Signed by Judge Michael P. Shea on 2/9/2016. (Hillier, D.) (Entered: 02/09/2016) |
| 02/09/2016 | 35 | NOTICE OF E–FILED CALENDAR as to John Eastman: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 2/23/2016 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 02/09/2016) |
| 02/08/2016 | 34 | ORDER. The Court will hold an in–court status conference on **February 23, 2016** at 10:00 a.m, at which the defendant must be present.<br><br>Signed by Judge Michael P. Shea on 2/8/2016. (Hillier, D.) (Entered: 02/08/2016) |
| 02/02/2016 | 33 | SCHEDULING ORDER as to John Eastman; Substantive Motions due 2/23/2016, Government Response due 3/1/2016, Proposed Voir Dire Questions due 3/23/2016, Proposed Jury Instructions due 3/23/2016, Jury Selection set for 3/28/2016 at 8:45 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea. Signed by Judge Donna F. Martinez on 2/2/16. (Wood, R.) (Entered: 02/05/2016) |
| 02/02/2016 | 32 | Minute Entry for proceedings held before Judge Donna F. Martinez:Arraignment as to John Eastman (1) Counts 1,2 held on 2/2/2016, Plea entered by John Eastman Not Guilty on counts 1,2, indictment. Time 4 minutes(Court Reporter FTR.)(Wood, R.) (Entered: 02/05/2016) |
| 01/22/2016 | 31 | Memorandum in Support by John Eastman re 30 MOTION to Suppress *Physical Evidence and Statements* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Barrett, Kelly) (Entered: 01/22/2016) |
| 01/22/2016 | 30 | MOTION to Suppress *Physical Evidence and Statements* by John Eastman. (Barrett, Kelly) (Entered: 01/22/2016) |
| 01/07/2016 | 29 | ELECTRONIC FILING ORDER as to John Eastman – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Michael P. Shea on 1/7/2016. (Anastasio, F.) (Entered: 01/11/2016) |

| | | |
|---|---|---|
| 01/07/2016 | 28 | INDICTMENT returned before Judge Sarah A. L. Merriam. Grand jury number N−15−1 as to John Eastman (1) count(s) 1, 2. (Anastasio, F.) Modified text on 1/14/2016 (Anastasio, F.). (Entered: 01/11/2016) |
| 12/29/2015 | 27 | ORDER granting 26 Motion to Continue as to John Eastman (1). The Court orders that the time from 12/29/2015, through and including 2/6/2016, is excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. ' 3161(h)(8)(A), as this continuance is in the best interest of the defendant and that interest outweighs the public's interest in a speedy trial. Signed by Judge Joan G. Margolis on 12/29/15. (Campbell, A) [3:15−mj−00021−JGM] (Entered: 12/29/2015) |
| 12/22/2015 | 26 | Consent MOTION to Continue *Preliminary Hearing* by John Eastman. (Attachments: # 1 Exhibit Speedy Trial Waiver)(Barrett, Kelly) [3:15−mj−00021−JGM] (Entered: 12/22/2015) |
| 09/29/2015 | 25 | ORDER granting 23 Motion to Continue as to John Eastman (1).The Court orders that the time from October 6, 2015, through and including January 6, 2016 is excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. ' 3161(h)(8)(A), as this continuance is in the best interest of the defendant and that interest outweighs the public's interest in a speedy trial.. Signed by Judge Joan G. Margolis on 9/29/2015. (Perez, J.) [3:15−mj−00021−JGM] (Entered: 09/29/2015) |
| 09/28/2015 | 24 | WAIVER of Preliminary Examination or Hearing by John Eastman (Barrett, Kelly) [3:15−mj−00021−JGM] (Entered: 09/28/2015) |
| 09/28/2015 | 23 | Consent MOTION to Continue *Probable Cause Hearing* by John Eastman. (Barrett, Kelly) [3:15−mj−00021−JGM] (Entered: 09/28/2015) |
| 07/23/2015 | 22 | ORDER granting 20 Motion to Continue as to John Eastman (1). The Court orders that the time from July 6, 2015, through and including October 6, 2015 is excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. ' 3161(h)(8)(A), as this continuance is in the best interest of the defendant and that interest outweighs the public's interest in a speedy trial. Signed by Judge Joan G. Margolis on 7/23/2015. (Perez, J.) [3:15−mj−00021−JGM] (Entered: 07/23/2015) |
| 07/23/2015 | 21 | WAIVER of Preliminary Examination or Hearing by John Eastman (Barrett, Kelly) [3:15−mj−00021−JGM] (Entered: 07/23/2015) |
| 07/23/2015 | 20 | Third MOTION to Continue *Probable Cause Hearing (Unopposed)* by John Eastman. (Barrett, Kelly) [3:15−mj−00021−JGM] (Entered: 07/23/2015) |
| 06/26/2015 | 19 | USM Return of Service on Arrest Warrant executed as to John Eastman on 2/20/2015 (Malone, P.) [3:15−mj−00021−JGM] (Entered: 07/01/2015) |
| 04/27/2015 | 18 | ORDER granting 16 Motion to Continue as to John Eastman (1). The Court orders that the time from April 27, 2015, through and including July 6, 2015 is excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. ' 3161(h)(8)(A), as this continuance is in the best interest of the defendant and that interest outweighs the public's interest in a speedy trial. Signed by Judge Joan G. Margolis on 4/27/2015. (Perez, J.) [3:15−mj−00021−JGM] (Entered: 04/27/2015) |
| 04/27/2015 | 17 | WAIVER of Preliminary Examination or Hearing by John Eastman (Barrett, Kelly) [3:15−mj−00021−JGM] (Entered: 04/27/2015) |
| 04/27/2015 | 16 | Second MOTION to Continue *Probable Cause Hearing* by John Eastman. (Barrett, Kelly) [3:15−mj−00021−JGM] (Entered: 04/27/2015) |
| 04/07/2015 | 15 | PROTECTIVE ORDER as to John Eastman Signed by Judge Joan G. Margolis on 4/6/2015. (Perez, J.) [3:15−mj−00021−JGM] (Entered: 04/07/2015) |
| 04/06/2015 | 14 | ELECTRONIC ORDER granting 13 Motion for Protective Order as to John Eastman (1). Signed by Judge Joan G. Margolis on 4/6/15. (Margolis, Joan) [3:15−mj−00021−JGM] (Entered: 04/06/2015) |
| 03/26/2015 | 13 | Consent MOTION for Protective Order by USA as to John Eastman. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Patel, Neeraj) [3:15−mj−00021−JGM] (Entered: 03/26/2015) |

| 03/09/2015 | 12 | WAIVER of Preliminary Examination or Hearing by John Eastman (Barrett, Kelly) [3:15–mj–00021–JGM] (Entered: 03/09/2015) |
| --- | --- | --- |
| 03/05/2015 | 11 | ORDER granting 10 Motion to Continue as to John Eastman (1). The Court orders that the time from March 6, 2015, through and including May 6, 2015 is excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. ' 3161(h)(8)(A), as this continuance is in the best interest of the defendant and that interest outweighs the public's interest in a speedy trial.. Signed by Judge Joan G. Margolis on 3/5/2015. (Perez, J.) [3:15–mj–00021–JGM] (Entered: 03/05/2015) |
| 03/05/2015 | 10 | Consent MOTION to Continue *Preliminary Hearing* by John Eastman. (Barrett, Kelly) [3:15–mj–00021–JGM] (Entered: 03/05/2015) |
| 02/23/2015 | 4 | ATTORNEY APPEARANCE Neeraj Patel appearing for USA (Patel, Neeraj) [3:15–mj–00021–JGM] (Entered: 02/23/2015) |
| 02/20/2015 | 9 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to John Eastman Kelly M. Barrett for John Eastman appointed Signed by Judge Joan G. Margolis on 2/20/2015. (Perez, J.) [3:15–mj–00021–JGM] (Entered: 02/24/2015) |
| 02/20/2015 | 8 | SEALED CJA 23 Financial Affidavit by John Eastman (Perez, J.) [3:15–mj–00021–JGM] (Entered: 02/24/2015) |
| 02/20/2015 | 7 | ORDER OF DETENTION granting 5 Motion for Pretrial Detention as to John Eastman (1). Signed by Judge Joan G. Margolis on 2/20/2015. (Perez, J.) [3:15–mj–00021–JGM] (Entered: 02/24/2015) |
| 02/20/2015 | 6 | Minute Entry for proceedings held before Judge Joan G. Margolis:Initial Appearance as to John Eastman held on 2/20/2015, Motion Hearing as to John Eastman held on 2/20/2015 re 5 MOTION for Pretrial Detention filed by USA, ( Probable Cause Hearing set for 3/6/2015 01:00 PM in Courtroom Four, 141 Church Street, New Haven, CT before Judge Joan G. Margolis) Defendant detained. Total time: 6 minutes(Court Reporter FTR.)(Perez, J.) [3:15–mj–00021–JGM] (Entered: 02/24/2015) |
| 02/20/2015 | 5 | ORAL MOTION for Pretrial Detention by USA as to John Eastman. (Perez, J.) [3:15–mj–00021–JGM] (Entered: 02/24/2015) |
| 02/13/2015 | 3 | Application for Writ of Habeas Corpus ad Prosequendum as to John Eastman with order thereon. Original writ and two true attested copies handed USM for service. Signed by Judge Joan G. Margolis. (Campbell, A) [3:15–mj–00021–JGM] (Entered: 02/13/2015) |
| 02/12/2015 | 2 | ELECTRONIC FILING ORDER as to John Eastman – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Joan G. Margolis on 2/12/2105. (Perez, J.) [3:15–mj–00021–JGM] (Entered: 02/13/2015) |
| 02/12/2015 | 1 | COMPLAINT Signed by Judge Joan G. Margolis as to John Eastman (1). (Attachments: # 1 Affidavit) (Perez, J.) [3:15–mj–00021–JGM] (Entered: 02/13/2015) |