Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

District of **Connecticut**

Caption:

**United States** v.

**John Eastman**

Docket No.: **3:16cr006(MPS)**

**Michael P. Shea**
(District Court Judge)

Notice is hereby given that **John Eastman** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ✓ **Denial of Motion to Suppress** (specify) entered in this action on **August 15, 2016** (date).

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |✓|

Defendant found guilty by plea |✓| trial |___| N/A |___|.

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: **November 30, 2017**   N/A |___|

Bail/Jail Disposition: Committed |✓|   Not committed |___|   N/A |___|

Appellant is represented by counsel? Yes |✓| No |___|   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | David A. Moraghan |
| Counsel's Address: | 257 Main St., 2-2 Floor |
| | Torrington, Connecticut  06790 |
| Counsel's Phone: | 860-482-7651 |
| Assistant U.S. Attorney: | Neeraj Patel |
| AUSA's Address: | 157 Church St., 25th Floor |
| | New Haven, Connecticut  06519 |
| AUSA's Phone: | 203-821-3720 |

*[signature: David A. Moraghan]*
Signature