UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                  CRIMINAL NO.:  3:16-CR-0006(MPS)

v.

JOHN EASTMAN                               December 28, 2017

MOTION TO OBTAIN COPIES OF SEALED DOCUMENTS

The defendant, John Eastman, by and through counsel, hereby requests that this Court provide copies of sealed documents to the undersigned and respectfully represents as follows:

1. On or about November 30, 2017, judgment entered in the above-captioned matter sentencing the defendant in the above-captioned matter to a term of imprisonment of 204 months.

2. On November 30, 2017, the undersigned counsel was appointed by the United States Court of Appeals for the Second Circuit to represent the defendant in an appeal of the above-captioned matter.

3. On December 1, 2017, the undersigned counsel filed a Notice of Appeal (Document 143 and Document 144) on behalf of the defendant.

4. In order to properly and effectively represent the defendant, the undersigned counsel must have access to the sealed documents previously filed in the above-captioned matter.

5.     The undersigned respectfully requests that this Court provide the following sealed documents to him:

a.) Document 61: Sealed Document: Defendant's Proposed Findings of Fact and Conclusions of Law by John Eastman

b.) Document 64: Sealed Document: Government's Proposed Findings of Fact and Conclusions of Law Regarding Defendant's Motion to Suppress Evidence

c.) Document 134: Sworn indictment report and arrest warrant application

Wherefore, it is respectfully requested that this Court provide to the undersigned counsel copies of the sealed documents listed herein so that counsel may properly prepare his appeal for the defendant.

THE DEFENDANT,
JOHN EASTMAN

BY: _____
David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall
257 Main Street 2nd Floor
P.O. Box 1146
Torrington, CT 06790
(860) 482-7651
Federal Bar No.:  ct00054
e-mail:  dam@skmwlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    CRIMINAL NO.:  3:16-CR-0006(MPS)

v.

JOHN EASTMAN                                 December 28, 2017

## CERTIFICATION OF SERVICE

I hereby certify that on December 28, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

A courtesy copy was mailed to:

The Honorable Michael P. Shea
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, CT 06103

BY: _____
David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall
257 Main Street 2nd Floor
P.O. Box 1146
Torrington, CT 06790(860) 482-7651
Federal Bar No.:  ct00054
e-mail:  dam@skmwlaw.com