Case No: 3:16CR6 (MPS)  Aug. 7 2018
November 28, 2017 (sentencing)  (1)

Dear Michael P. Shea, U.S.D.J,

Hope you are well. On Nov. 28, 2017 you sentenced me to 17 years, of imprisonment with credit for time served which the B.O.P. gave me. You also on pages 56, 57, 58, 59 in the transcript of my sentence, that you would give me a extra year credit off my 17 years which would make it 16 years. Can you please send me something that will make it more clearer. The person who does the time sheet here for the B.O.P. doesn't understand what you actually ment by extra year credit in pages 56, 57, 58, 59 of my sentencing transcript. This person is trying to say when you told me to stand on page 60 of the transcript, It sayes I sentence you to 204 months, which is 17 years, of imprisonment with credit for time served. There saying there is no mention of an extra year in the sentence itself. Can you please correct this?

Thank you
Signed
John Eastman
John Eastman
8/7/2018

RECEIVED
AUG 10 2018
U.S. DISTRICT COURT
HARTFORD, CONN.