⇔22818-014⇔
John Eastman
F.C.I
PO BOX 1000
Otisville, NY 10963
United States

United States District Court of Connecticut
 Michael P. Shea, U.S.D.J.
"Attention": Clerks office
450 Main Street
Hartford, CT  06103