Dear Judge Michael P. Shea;

Hope you are well. I requested my discovery from Attorney David A. Moraghan on Aug. 16, 2018 in a letter on Aug. 20, 2018, Attorney wrote me back. He States this, I cannot give you the discovery. In district of Connecticut, the discovery is given pursuant to a letter agreement between the Government and the then lawyer which prohibits providing the client with any copies of the discovery. I cannot Simply burn a disk of all of it and send it to you. I suggest you write a letter to Judge Shea asking that your lawyer be allowed to provide you with copies of discovery. This is what Attorney Moraghan wrote to me. Here at Otisville F.C.I if discovery is sent I do not get custody of it, It goes to the Education Department. CD disks will be checked by Education Department then they will notify me when I can start to view them during during Education Hours. So I'm asking you Judge Shea Can you allow me my discovery in disk form So I can work on my case. I still have remedies I like to work on and I need my discovery to do so. Again I will not have custody of disks, Disks will be stored at the Education Department and given to me during Education hours to view. Can you please allow me this.

Thank you

Signed John Eastman

John Eastman

9/4/2018