UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 3:16-CR-0006(MPS) |
| v. | |
| JOHN EASTMAN | SEPTEMBER 26, 2018 |

### MOTION FOR DISCLOSURE OF DISCOVERY

John Eastman was convicted, and a judgment entered in his case on November 30th, 2017. Mr. Eastman plead guilty to the use of an interstate facility to persuade a minor to engage in unlawful sexual activity in violation of 18 U.S.C. § 2422(b), and when sentenced to two hundred and four (204) months, and thereafter shall be placed on supervised release for a term of life.

Undersigned counsel was appointed to represent Mr. Eastman to appeal the Court's ruling on his Motion to Suppress (Docket No. 72).

Mr. Eastman previously contacted the Court requesting that he be allowed to obtain a discovery disk of the underlying court proceedings to allow him to review and possibly take action on his case. The Court entered an order (Docket No. 153) denying the original request and advising Mr. Eastman that he should raise his concern with counsel, who then may request that the Court take action on his behalf.

Mr. Eastman has contacted undersigned counsel and has requested that I provide him with the entire breath of discovery in this case, that it be placed on a

computer disc and sent to him forthwith. This is not the first time that Mr. Eastman has made this request of counsel, which counsel has not provided to him.

There is information that was included in Mr. Eastman's case that was filed under seal. Undersigned counsel had to, appropriately, file a motion to gain access to the sealed information in order to properly represent Mr. Eastman on his appeal, (See Docket No. 147).

Given the nature of the charges that were brought against Mr. Eastman, the charge to which he eventually plead guilty to, and the numerous sealed discovery issues, undersigned counsel does not feel comfortable simply providing Mr. Eastman with the requested discovery but would rather request that the Court enter an order allowing discovery be provided to Mr. Eastman.

The discovery would be sent to the prison facility in its custody and control and Mr. Eastman would not have possession of the actual disc, nor would he be allowed to make copies of the contents of the disc. He would, however, be able to take as many and as comprehensive as he feels appropriate notes of the contents of the disc.

Undersigned counsel has contacted Assistant United States Attorney Neeraj Patel concerning this motion. Assistant United States Attorney Patel has indicated he will object to any discovery being provided to Mr. Eastman and will file a written objection after he sees undersigned counsel's motion.

WHEREFORE, the defendant, through counsel, requests that the Court consider and enter an order regarding what, if any, disclosure can be made to Mr. Eastman.

                THE DEFENDANT,
                JOHN EASTMAN


BY: _____
     David A. Moraghan, Esq.
     Smith, Keefe, Moraghan & Waterfall
     257 Main Street 2nd Floor
     P.O. Box 1146
     Torrington, CT 06790
     (860) 482-7651
     Federal Bar No.: ct00054
     e-mail: dam@skmwlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.:  3:16-CR-0006(MPS) |
| v. | |
| JOHN EASTMAN | SEPTEMBER 26, 2018 |

### CERTIFICATION OF SERVICE

I hereby certify that on September 26, 2018 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

A courtesy copy was mailed to:

The Honorable Michael P. Shea
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, CT 06103

BY: _____
David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall
257 Main Street 2nd Floor
P.O. Box 1146
Torrington, CT 06790(860) 482-7651
Federal Bar No.:  ct00054
e-mail:  dam@skmwlaw.com