Dear Michael P. Shea!

I would like all Skype conversations from the person I was convicted for and all conversations from the computer I used to communicate with this person. All messages I sent plus all messages I received from this person, especially a message that was sent on Nov. 11 2012 to computer I used. I request this information to use for my 2255. I request this information in paper form no CD please. The last CD that was sent I never got to view because this jail I'm in has an old media program.

I also request photos of my mothers apartment from original suppression Hearing and the diagram of mother's apartment drawn by Kelly M. Barrett's team member. These things were in original appendix of Suppression Hearing in March 2016 I need these things too for my 2255.

Signed [signature]
5/19/19