John Eastman
F.C.I
PO BOX 1000
Otisville, NY 10963
United States

⇔22818-014⇔
United States Court House
Att:Judge Michael P. Shea
450 MAIN ST
Hartford, CT 06103
United States

06103-302299