# Request For Appointment of Counsel To File A Compassionate Release Motion

John T. Eastman #22813-014
Case No. 3:16-CR-6

Dear Judge Shea!

Following a plea deal where I pleaded guilty to Enticing a Minor to Engage in Sexually Explicit conduct under 18 U.S.C. § 2251(a) on Nov. 29, 2017. I was sentenced to a term of 17 years. As of the day of writing of this letter, I have served approximately 9 years and 4 months of my sentence. I try everyday to be a role model inmate. I did a Drug program and worked as an orderly (Buffing Floors) for 3 and a half years. Additionally, I suffered from Covid-19 back in Jan. 4-19 of 2022, which I suffered from a blood vessel in my right eye to rupture which made my right eye vision distorted and dim. I been on the optometrist list for 8 months waiting patiently. I also suffer from High blood pressure and High cholesterol. I will enclose prescription labels to prove this. I also write this letter mainly due to my concern for my 73 yr old Mother, who suffers from debilitating knee and shoulder injuries to where she has to use a cane to move around. As a result of a leg injury (Hit by a car) at age 29 yrs old, as years went on her leg bowed, she awaits a knee surgery. In 2016 she also sustained a vertebrae fracture when rear ended by a pickup truck which has been giving her much problems. In addition to her physical infirmities she also suffers from hypertension and extreme case of life threatening allergies to various foods and medications. After she took the moderna vaccine she had life threatening allergic reaction and was given Ephinephrine (Adrenaline) shot. She cannot even get a flu shot because of her life threatening allergies. This puts her at High risk if she was to contract COVID due to her life threatening allergies to COVID vaccine and various medications. It would be very difficult to treat her. Although I have 2 sisters, My Mother hasn't seen or spoken to them in over



Case No. 3:16-CR-6

11 years. Since I have always been the only one closest to my mother and also named me the beneficiary of all her properties and sole beneficiary of her life insurance policy. I am the only person who can take care of her full time be there for her. If you were to grant me counsel to file a compassionate release motion. I also want to bring to your attention that ever since the COVID pandemic out-break in March 2020, this prison (like most Federal prisons) are run like the County jails where the prison time in many ways has become for more punitive than even the County jail. I understand this because the first 5yrs of my sentence was in the County jail, before I was even sentenced. As of now F.C.I. Otisville is on Code Red.

I am also enclosing a copy of my latest progress report and Certificate of Completion of prison program and medications I'm taking, and mother's Medical conditions. Some of them.

I request you to kindly appoint me counsel so that I can file a Compassionate Release Motion at the earliest possible.

I thank you for your time and consideration

Sincerely

John T. Eastman  22818-014
John T. Eastman

August 4, 2022