| | | |
|---|---|---|
| | **Individualized Needs Plan - Program Review   (Inmate Copy)** | SEQUENCE: 02089645 |
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 06-22-2022 |
| | Plan is for inmate: EASTMAN, JOHN   22818-014 | |

| | | | |
|---|---|---|---|
| Facility: | OTV OTISVILLE FCI | Proj. Rel. Date: | 12-04-2027 |
| Name: | EASTMAN, JOHN | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 22818-014 | DNA Status: | OTV03126 / 04-18-2019 |
| Age: | 54 | | |
| Date of Birth: | 10-02-1967 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OTV | EDUC PM | EDUCATION PM | 07-15-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OTV | ESL HAS | ENGLISH PROFICIENT | 03-08-2018 |
| OTV | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-08-2018 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

NO COURSES

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 01-20-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-05-2018 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 01-18-2022 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-07-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-07-2018 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 03-05-2018 |
| ED COMP | DRUG EDUCATION COMPLETE | 11-15-2018 |

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:**   **COMPLT**   **FINANC RESP-COMPLETED**   **Start: 04-24-2020**

Inmate Decision:   **AGREED**   **$25.00**   Frequency: **QUARTERLY**
Payments past 6 months:   **$0.00**   Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $200.00         Payments commensurate ?   N/A
New Payment Plan:   ** No data **

### Current FSA Assignments



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: EASTMAN, JOHN  22818-014

SEQUENCE: 02089645
Team Date: 06-22-2022

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 01-13-2021 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 06-21-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 06-21-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 06-21-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 03-25-2022 |
| N-EDUC N | NEED - EDUCATION NO | 06-21-2022 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 06-21-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 06-21-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 06-21-2022 |
| N-MEDICL N | NEED - MEDICAL NO | 06-21-2022 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 06-21-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 06-21-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 06-21-2022 |
| N-WORK Y | NEED - WORK YES | 06-21-2022 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 06-21-2022 |

### Progress since last review

acct bal 2$20.85
pre rel bal 0
Works Education PM

### Next Program Review Goals

Obtain good work evals from detail supervisor thru next team.
Needs areas identified above. Identified waiting lists: Anger Management, Key Train Act Work Keys, Supported Employment, Resolve Workshop. To determine if you qualify for any other programs based on your identified needs areas, and to enroll in any identified programs, submit request to appropriate department by next team.
Save any available funds toward release.

### Long Term Goals

Complete ROP 18 months prior to release with release plan to unit team.

### RRC/HC Placement

### Comments

FTC-INELIG
R-Med
N-FIN PV Y
UPDATED 06/2022


Follow diet & exercise recommendations from health care provider.
Follow safety and sanitation regulations.

Finance/Poverty Need Screen
Is there documentation in the PSR of any of the following?
__ Any history of Bankruptcy
__ No bank account
x No assets nor liabilities noted in PSR
__ Debts noted in Credit Report or other sources
__ Tax Liabilities/back taxes
__ Unpaid alimony/child support
__ other indications of lack of financial management skills (specify)
_____

YES xx NO _____ (if any of the above, check yes)
If the answer is yes, the inmate has a financial/poverty skills need.



**Individualized Needs Plan - Program Review    (Inmate Copy)**   SEQUENCE: 02089645
Dept. of Justice / Federal Bureau of Prisons                          Team Date: 06-22-2022
Plan is for inmate: EASTMAN, JOHN   22818-014

|                 |                |                |                          |
|---|---|---|---|
| Name:           | EASTMAN, JOHN  | DNA Status:    | OTV03126 / 04-18-2019    |
| Register No.:   | 22818-014      |                |                          |
| Age:            | 54             |                |                          |
| Date of Birth:  | 10-02-1967     |                |                          |

X _____
Inmate  (EASTMAN, JOHN. Register No.: 22818-014)

_____6/22/22_____
Date

_____              _____
Unit Manager / Chairperson                         Case Manager

_____6/22/22_____                                _____6/22/22_____
Date                                               Date

AUG 9 2022 AM 8:25
FILED-USDC-CT-HARTFORD



# Federal Bureau of Prisons
# FCI Otisville
# Certificate of Completion



**JOHN EASTMAN**
22818-014

In recognition of his participation in the Drug Education - Freedom From Drugs Program here at FCI Otisville, he is presented with this certificate of completion of the program.

This certificate is hereby issued this 15th day of November, 2018

_____
Dr. J. Bowe, PsyD, Drug Abuse Program Coordinator

_____
E. M. Dariotis, M.Ed., Drug Treatment Specialist

Eastman, Linda 72y F
DOB: 12/08/48

# Patient Chart Report

STAYWELL HEALTH CARE, INC

09/10/21 1:49 pm

## Patient Information

### Demographics

| | |
|---|---|
| Patient Number | 1280 |
| Chart Number | 29164 |
| Age/Sex | 72y F |
| Marital Status | Widowed |
| Emp. Status | Retired |
| Assigned Prov | Alvarez, Florymar MD |
| Primary Care Prov | Alvarez, Florymar MD |
| Care Coordinator | Jordan Ruiz LPN |
| Referring Prov | |
| Rel. to Guarantor | Self |
| Date of Birth | 12/08/1948 |
| Race | Caucasian (White) |
| Language | English |
| Mother's Maiden | |
| Social Security # | 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 |
| Became Patient | 12/17/08 |
| Last Visit | 08/23/21 |
| Home Phone | (203) 527-7591 |
| Work Phone | |
| Mobile Phone | (203) 805-3672 |
| Address | 157 Congress Ave Fl 3 Waterbury, CT 06708-3755 |
| Patient Consent | Yes |
| Rx History Consent | Rx Hx Consent Given for Any Prescriber |
| Date Set | 08/23/21 |
| Consent Notes | |

### Additional Information

| | |
|---|---|
| Primary Care | |
| Primary Care | |
| Parent/Guardian Full | |
| Parent/Guardian | |
| Parent/Guardian | |
| Email | leastman9826@comcast.net |
| Recall Method | Paper |
| Exempt from Reports | |
| Patient Exempt | No |

### Guarantor Information

| | | | |
|---|---|---|---|
| Guarantor | Eastman, Linda | Date of Birth | 12/08/1948 |
| Home Phone | (203) 527-7591 | Social Security # | 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 |
| Work Phone | | Account Date | 12/17/08 |
| Address | 157 Congress Ave Fl 3 | Employer | |
| | | Emp. Status | R |
| City, State & Zip | Waterbury CT 06708-3755 | | |

StayWell Health Center, Inc.
80 Phoenix Avenue
Waterbury, CT 06702
(203)756-8021

### Insurance Information

| | Insurance Plan Name | Insurance ID | Group # | Subscriber Name | Relation | Start and End Dates |
|---|---|---|---|---|---|---|
| 1 | Medicaid CHN Husky C | 002639626 | | Eastman, Linda | Self | 12/19/17 - |

**Eastman, Linda 72y F**
DOB: 12/08/48

## Patient Chart Report

STAYWELL HEALTH CARE, INC

09/10/21 1:49 pm

### Active Medications

| Drug Name | Diag | Dosage | Days | User | Status | Issued/Reported |
|---|---|---|---|---|---|---|
| Clobetasol Propionate 0.05% | L29.2 | ud 14 days, 0 | 3 | Pamela Steele | Current | 08/30/2021 |
| Nystatin 100000 UNIT/GM | B37.2 | ud 30 days, 0 | 12 | Pamela Steele | Current | 08/23/2021 |
| Fluconazole 150 MG Oral | B37.3 | ud 1 days, 0 | | Florymar | Current | 07/02/2021 |
| Repatha 140 MG/ML | | ud 30 days, 2 | 20 | Florymar | Current | 07/02/2021 |
| hydroCHLOROthiazide 25 | I10 | 90 days, 1 | 53 | Florymar | Current | 05/06/2021 |
| ProAir HFA 108 (90 Base) | J45.20 | q4-6h 30 days, | | Nicole | Current | 03/17/2021 |
| Valsartan 40 MG Oral Tablet | | 1qd 90 days, 1 | 3 | Nicole | Current | 03/17/2021 |
| Pantoprazole Sodium 40 MG | K21.9 | 1qd 90 days, 1 | 3 | Nicole | Current | 03/17/2021 |
| Prolia 60 MG/ML | | ud 30 days, 6 | 33 | Nicole | Current | 03/17/2021 |
| Flonase Allergy Relief | J30.9 | ud 30 days, 1 | | Nicole | Current | 09/18/2019 |
| EpiPen 2-Pak 0.3MG/0.3ML | Z00.01 | ud 30 days, 0 | | Nicole | Current | 09/18/2019 |
| Mega Multivitamin for Women | | 0 days, 0 refills | | | Reported | 04/17/2018 |
| CVS Vitamin B-12 5000MCG | | 0 days, 0 refills | | | Reported | 04/17/2018 |
| Aspir-81 Oral Tablet Delayed | | 0 days, 0 refills | | | Reported | 01/16/2018 |
| Calcium 600/Vitamin D 600- | | 0 days, 0 refills | | | Reported | 01/16/2018 |

### Appointment History -- All Dates

| Date | Time | Description | Provider | Room | Status |
|---|---|---|---|---|---|
| 10/20/2021 | 11:00 am | Geriatric patient | Alvarez, Florymar MD | | |
| 10/12/2021 | 01:30 pm | Adult Prophy | Alickolli, Sonila RDH | | |
| 10/12/2021 | 01:00 pm | Brief Visit | Alvarez, Florymar MD | | |
| 09/13/2021 | 01:00 pm | Brief Visit | Alvarez, Florymar MD | | |
| 09/10/2021 | 01:00 pm | Brief Visit | Alvarez, Florymar MD | | |
| 08/23/2021 | 02:00 pm | GYN Sick Visit | Steele, Pamela CNM | | |
| 08/19/2021 | 01:00 pm | Brief Visit | Alvarez, Florymar MD | | Canceled |
| 08/10/2021 | 01:45 pm | Brief Visit | Alvarez, Florymar MD | | |
| 07/02/2021 | 11:30 am | Adult Follow Up | Alvarez, Florymar MD | | |
| 05/24/2021 | 12:30 pm | Brief Visit | Alvarez, Florymar MD | | |
| 05/06/2021 | 01:00 pm | Pre Op Physical | Alvarez, Florymar MD | | |
| 04/19/2021 | 11:30 am | Brief Visit | Maksymiw, Nicole DO, MPH | | |
| 04/09/2021 | 02:00 pm | Adult Prophy | Alickolli, Sonila RDH | | |
| 03/17/2021 | 11:45 am | Adult Follow Up | Maksymiw, Nicole DO, MPH | | |
| 03/16/2021 | 11:15 am | Brief Visit | Maksymiw, Nicole DO, MPH | | Canceled |
| 02/23/2021 | 10:30 am | DENTAL CONSULT | Bonacorsi, Anthony DDS | | |
| 02/16/2021 | 10:30 am | Brief Visit | Maksymiw, Nicole DO, MPH | | |
| 02/15/2021 | 01:00 pm | Brief Visit | Maksymiw, Nicole DO, MPH | | Rescheduled |
| 02/08/2021 | 01:45 pm | Brief Visit | Maksymiw, Nicole DO, MPH | | |
| 02/01/2021 | 02:15 pm | Brief Visit | Maksymiw, Nicole DO, MPH | | Canceled |
| 01/04/2021 | 02:00 pm | Brief Visit | Maksymiw, Nicole DO, MPH | | |
| 12/15/2020 | 03:00 pm | Internal Med Telehealth | Maksymiw, Nicole DO, MPH | | Rescheduled |
| 12/14/2020 | 01:30 pm | Internal Med Telehealth | Maksymiw, Nicole DO, MPH | | Rescheduled |

| Eastman, Linda 72y F | **Patient Chart Report** | 09/10/21 1:49 pm |
|---|---|---|
| DOB: 12/08/48 | STAYWELL HEALTH CARE, INC | |

## Diagnosis History -- All Dates

| Service Date | Code | Description | Provider |
|---|---|---|---|
| 05/06/2021 | I10 | Essential (primary) hypertension | Alvarez, Florymar MD |
| 05/06/2021 | M75.81 | Other shoulder lesions, right shoulder | Alvarez, Florymar MD |
| 04/19/2021 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 04/09/2021 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Alickolli, Sonila RDH |
| 03/17/2021 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 03/17/2021 | I10 | Essential (primary) hypertension | Maksymiw, Nicole DO, MPH |
| 02/23/2021 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 02/16/2021 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 02/08/2021 | M81.8 | Other osteoporosis without current pathological fracture | Maksymiw, Nicole DO, MPH |
| 01/04/2021 | E78.49 | Other Hyperlipidemia | Maksymiw, Nicole DO, MPH |
| 12/09/2020 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 12/03/2020 | E78.5 | Hyperlipidemia, unspecified | Alvarez, Florymar MD |
| 11/23/2020 | I10 | Essential (primary) hypertension | Maksymiw, Nicole DO, MPH |
| 11/23/2020 | M17.9 | Osteoarthritis of knee, unspecified | Maksymiw, Nicole DO, MPH |
| 11/23/2020 | M25.519 | Pain in unspecified shoulder | Maksymiw, Nicole DO, MPH |
| 11/23/2020 | Z00.01 | Encounter for general adult medical examination with abnormal findings | Maksymiw, Nicole DO, MPH |
| 11/17/2020 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 11/10/2020 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 11/02/2020 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 10/23/2020 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 10/07/2020 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Alickolli, Sonila RDH |
| 10/05/2020 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 10/05/2020 | I10 | Essential (primary) hypertension | Maksymiw, Nicole DO, MPH |
| 10/05/2020 | M25.512 | Pain in left shoulder | Maksymiw, Nicole DO, MPH |
| 09/30/2020 | E78.5 | Hyperlipidemia, unspecified | Maloney, Lindsey DNP APRN |
| 08/31/2020 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 07/30/2020 | M81.8 | Other osteoporosis without current pathological fracture | Maloney, Lindsey DNP APRN |
| 07/29/2020 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 06/29/2020 | E78.5 | Hyperlipidemia, unspecified | Helou, Elie MD |
| 05/27/2020 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 04/27/2020 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 04/06/2020 | E78.5 | Hyperlipidemia, unspecified | Helou, Elie MD |
| 03/30/2020 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 03/30/2020 | I10 | Essential (primary) hypertension | Maksymiw, Nicole DO, MPH |
| 03/26/2020 | N10 | Acute pyelonephritis | Maksymiw, Nicole DO, MPH |
| 03/23/2020 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 03/09/2020 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 02/24/2020 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 02/10/2020 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 02/05/2020 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Alickolli, Sonila RDH |
| 01/30/2020 | M81.8 | Other osteoporosis without current pathological fracture | Maksymiw, Nicole DO, MPH |
| 01/24/2020 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 01/09/2020 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 12/31/2019 | N90.9 | Noninflammatory disorder of vulva and perineum, unspecified | Steele, Pamela CNM |

| Eastman, Linda 72y F | | |
|---|---|---|
| DOB: 12/08/48 | | |

**Patient Chart Report**

STAYWELL HEALTH CARE, INC

09/10/21 1:49 pm

## Diagnosis History -- All Dates

| Service Date | Code | Description | Provider |
|---|---|---|---|
| 12/30/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 12/30/2019 | I10 | Essential (primary) hypertension | Maksymiw, Nicole DO, MPH |
| 12/27/2019 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 12/26/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 12/11/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 11/27/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 11/13/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 11/13/2019 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 10/30/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 10/16/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 10/16/2019 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 10/14/2019 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 10/07/2019 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 10/02/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 09/18/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 09/18/2019 | J30.9 | Allergic rhinitis, unspecified | Maksymiw, Nicole DO, MPH |
| 09/18/2019 | M17.9 | Osteoarthritis of knee, unspecified | Maksymiw, Nicole DO, MPH |
| 09/18/2019 | Z00.01 | Encounter for general adult medical examination with abnormal findings | Maksymiw, Nicole DO, MPH |
| 09/05/2019 | Z01.82 | Encounter for allergy testing | Maksymiw, Nicole DO, MPH |
| 09/04/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 09/04/2019 | H61.20 | Impacted cerumen, unspecified ear | Maksymiw, Nicole DO, MPH |
| 08/30/2019 | H61.23 | Impacted cerumen, bilateral | Maksymiw, Nicole DO, MPH |
| 08/22/2019 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Mishler, April RDH |
| 08/21/2019 | E78.49 | Other Hyperlipidemia | Maloney, Lindsey DNP APRN |
| 08/20/2019 | J20.9 | Acute bronchitis, unspecified | Maksymiw, Nicole DO, MPH |
| 08/19/2019 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 08/14/2019 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 08/07/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 08/07/2019 | J01.90 | Acute sinusitis, unspecified | Maksymiw, Nicole DO, MPH |
| 07/31/2019 | M81.8 | Other osteoporosis without current pathological fracture | Maksymiw, Nicole DO, MPH |
| 07/31/2019 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Alickolli, Sonila RDH |
| 07/24/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 07/10/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 06/26/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 06/12/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 06/12/2019 | H26.9 | Unspecified cataract | Maksymiw, Nicole DO, MPH |
| 06/12/2019 | Z01.810 | Encounter for preprocedural cardiovascular examination | Maksymiw, Nicole DO, MPH |
| 05/29/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 05/29/2019 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 05/13/2019 | Z01.20 | Encounter for dental examination and cleaning without abnormal findings | Bonacorsi, Anthony DDS |
| 04/30/2019 | E78.5 | Hyperlipidemia, unspecified | Maksymiw, Nicole DO, MPH |
| 04/30/2019 | I10 | Essential (primary) hypertension | Maksymiw, Nicole DO, MPH |

