John Eastman #22818-814
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963



Case 3:16-cr-00006-MPS   Document 169-2   Filed 08/09/22   Page 1 of 1

Honorable Judge Michael P. Shea
Federal District Judge
450 Main St. Room A-12
Hartford, CT 06103

