UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMNIAL NO: 3:16CR 00006(MPS) |
| v. | : | |
| JOHN EASTMAN | : | AUGUST 12, 2022 |

**MOTION TO EXTEND TIME TO RESPOND TO COURT'S ORDER OF AUGUST 9,2022(DOC.No.170.)**

Undersigned counsel has received the Court's order, referenced above, concerning Mr. Eastman's motion for miscellaneous relief/ compassionate release.

Undersigned counsel primarily represented Mr. Eastman on his appeal, and Mr. Eastman was not satisfied with the appeal or decision.

While undersigned counsel would have no difficulty representing Mr. Eastman, I would like to contact Mr. Eastman to determine whether he would desire me to remain as his counsel for purposes of this important motion, or whether he would like a new attorney appointed from the Criminal Justice Act Panel to represent him in this motion.

I have written a letter to Mr. Eastman, which will be posted tonight, August 12, 2022. I do not anticipate having a response from Mr. Eastman by August 23rd, and would request that the Court consider extending the deadline for my response for four weeks, until on or about September 20, 2022, for a response.

If I receive a response from Mr. Eastman earlier than that, I will immediately notify the Court and make our position known.

Wherefore, it is respectfully requested that the Court extend the deadline set forth in this order of August 9, 2022, and that a response be filed by September 20, 2022.

                                              The Defendant,
                                              John Eastman

BY: _____
      David A. Moraghan, Esq.
      Smith, Keefe, Moraghan & Waterfall
      257 Main Street, Fl. 2-2
      Torrington, CT 06790,
      (860) 482-7651
      Federal Bar No.:  ct00054
      E-mail:  dam@skmwlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 3:16-cr00006-MPS** |
| v. | : | |
| **JOHN EASTMAN** | : | **AUGUST 12, 2022** |

### CERTIFICATION OF SERVICE

I hereby certify that on August 12, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A courtesy copy was mailed to:

The Honorable Michael Shea
United States Courthouse
450 Main Street Room A-12
Hartford, Connecticut 06103

BY: _____
David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall
257 Main Street, Fl. 2-2
P.O. Box 1146
Torrington, CT 06790
(860) 482-7651
Federal Bar No.: ct00054
E-mail: dam@skmwlaw.com