UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMNIAL NO: 3:16CR 00006(MPS) |
| v. | : | |
| JOHN EASTMAN | : | AUGUST 23, 2022 |

### STATEMENT REGARDING REPRESENTATION

1. On or about August 9, 2022, Mr. Eastman filed, pro se, a motion for compassionate release. As part of that motion, Mr. Eastman requested the appointment of counsel to assist him in the processing of the motion.

2. The court in ECF Dkt. No. 169 ordered undersigned counsel, who previously represented Mr. Eastman, to file a notice with the court as to whether counsel would move to withdraw or would move to continue to represent Mr. Eastman.

3. In Dkt. no. 172, the court order that we file such notice on or before September 20, 2022.

4. Pursuant to that order, undersigned counsel sent a letter to Mr. Eastman discussing our prior relationship, his unsuccessful appeal in the Second Circuit Court of Appeals, and whether or not he would be interested in

1

undersigned counsel continuing to representing him or whether he would want new counsel.

5. Mr. Eastman called undersigned counsel on August 22, 2022. We had a very good telephone conversation, and Mr. Eastman requested that I remain in the case and that I represent him on his motion for compassionate release.

6. Undersigned counsel is requesting to be reappointed, if necessary, to represent Mr. Eastman in his motion for compassionate release.

7. Undersigned counsel sent medial authorizations to Mr. Eastman, and also requested that he go to the medical facility and execute any and all releases they may require so that I may obtain his medical information as quickly as possible.

Wherefore, undersigned counsel, responding to the Court's order in Dkt. No. 172, notifies the Court that he will remain as Mr. Eastman's counsel in this matter and is doing so with the knowledge and approval of Mr. Eastman.

Wherefore, it is respectfully requested that the Court either continue undersigned counsel's representation or appoint undersigned counsel to represent Mr. Eastman in this matter.

The Defendant,
John Eastman

BY: _____
David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall
257 Main Street, Fl. 2-2
Torrington, CT 06790,
(860) 482-7651
Federal Bar No.: ct00054
E-mail: dam@skmwlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 3:16-cr00006-MPS** |
| v. | : | |
| **JOHN EASTMAN** | : | **AUGUST 23, 2022** |

### CERTIFICATION OF SERVICE

I hereby certify that on August 23, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A courtesy copy was mailed to:

The Honorable Michael Shea
United States Courthouse
450 Main Street Room A-12
Hartford, Connecticut 06103

BY: _____
David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall
257 Main Street, Fl. 2-2
P.O. Box 1146
Torrington, CT 06790
(860) 482-7651
Federal Bar No.: ct00054
E-mail: dam@skmwlaw.com

4