UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMNIAL NO: 3:16CR 00006(MPS) |
| v. | : | |
| JOHN EASTMAN | : | AUGUST 23, 2022 |

## MOTION TO CONTINUE

1. As noted in the previous filing, Dkt. No. 173, undersigned counsel is willing to remain as Mr. Eastman's Lawyer and to represent him in his compassionate release motion.

2. Mr. Eastman's pro se filed motion includes medical information concerning his mother, but very little, if any, concerning himself.

3. Undersigned counsel has both provided Mr. Eastman with medical authorizations and requested that he go to the medical facility at the prison at Terra Haute and execute any documents so that we can obtain his medical records.

1

4. In Addition, we need to obtain Mr. Eastman's request for the compassionate release from the warden at Terra Haute and the warden's denial of that motion to satisfy the exhaustion requirements of the motion.

Wherefore, it is respectfully requested that the matter be continued for two months in order to obtain the necessary information from the prison in order to proceed with Mr. Eastman's motion.

          The Defendant,
          John Eastman

BY: _____
     David A. Moraghan, Esq.
     Smith, Keefe, Moraghan & Waterfall
     257 Main Street, Fl. 2-2
     Torrington, CT 06790,
     (860) 482-7651
     Federal Bar No.: ct00054
     E-mail: dam@skmwlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA** : **CRIMINAL NO.: 3:16-cr00006-MPS**

v. :

**JOHN EASTMAN** : **AUGUST 23, 2022**

## CERTIFICATION OF SERVICE

I hereby certify that on August 23, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A courtesy copy was mailed to:

The Honorable Michael Shea
United States Courthouse
450 Main Street Room A-12
Hartford, Connecticut 06103

BY: _____
David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall
257 Main Street, Fl. 2-2
P.O. Box 1146
Torrington, CT 06790
(860) 482-7651
Federal Bar No.: ct00054
E-mail: dam@skmwlaw.com