Crim. No. 3:16-CR-006 (MPS)

To Judge Michael P. Shea:

I'm writing this letter to find out about Attorney David A. Moraghan. The lawyer you gave me to represent me for My Compassionate Release. I've been writing him to give him updates about My Health and My Mothers Health. I haven't gotten any letters back from him. I even tried to call him and get no answer. My Mother even tried calling and left messages to call her back. Did something happen to him? The last time I heard from him was January 2023, He told me he was going to file my Compassionate Release to the Court. I only have 2 ways of communication (Phone or Mail) I can't email here at Otisville because of my crime (Computer Crime). I wrote him about 6 or 7 times in the last year. The last letter I sent was about 2 week ago from the day of this letter that I'm writing you. I wrote him updating him that My Mother would be getting a knee transplant and a Rod through her fractured Femur on Feb. 6, 2024. She is now doing therapy at the Cheshire House in Waterbury CT. She will be there until March. I'm not trying to cause any waves. I'm just concerned on why My letters or phone calls aren't being answered? Is Attorney David A. Moraghan still representing me for My Compassionate Release? I told him in My last letter to him that I would write you if I didn't get an answer from him. Thank you for listening.

Signed John Eastman
Feb. 19, 2024